IC

FILED

MAR 23 2026 GmC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** **Evan J Cronin**

(Please print)

**STREET ADDRESS:** **211 W Wacker Drive STE 120 #2217**

**CITY/STATE/ZIP:** **Chicago, IL 60606**

**PHONE NUMBER:** **(312) 725-9960**

**CASE NUMBER:**
**1:26-cv-03220**
**Judge Sara L. Ellis**
**Magistrate Judge Laura K. McNally**
**RANDOM / Cat 2**

_Evan Cronin_
Signature

_March 23, 2026_
Date

### REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

 I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

## legal@cronintaxservices.com

E-Mail Address
(Please Print Clearly)

Updated 03/26/14