# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF ILLINOIS

**EVAN J CRONIN**

*Plaintiff*

)
)
)
v.                                                  )
)
)                    Civil Action No. 1:26-cv-03220
**UPWORK INC.; UPWORK GLOBAL LLC; TERMA**          )
**PROJECT, INC.; FRACTIONAL TAX, INC.;**           )
**FRACTIONAL TAX USA, LLC, CHANDLER**              )
**MURPHY; NISHCHAL BASNYAT**                       )
)

*Defendant*

## AFFIDAVIT OF SERVICE

I, Jamie L. White, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to UPWORK INC. in Sangamon County, IL on May 4, 2026 at 12:30 pm at 901 S 2nd St, Ste 201, Springfield, IL 62704-7909 by leaving the following documents with Raven Scott who as INTAKE_SPECIALIST at Registered Agent Solutions is authorized by appointment or by law to receive service of process for UPWORK INC.. Proof Colorado, LLC mailed a copy of the documents via Certified Mail to 901 S 2nd St, Ste 201, Springfield, IL 62704-7909 on May 4, 2026 with tracking number 92028902608950087044441 (See ExhibitsM1a, M1b).

Alias SUMMONS IN A CIVIL ACTION
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, AND DAMAGES

Additional Description:
Photo taken.
Race: White, Sex: Female, Est. Age: 25-34, Hair: Red, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.7923166667,-89.6535283333
Photograph: See Exhibit 1

Total Cost: $188.90

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Jamie L. White*

Executed in

Signature

Jamie L. White

Sangamon County ,

+1 (217) 801-3585

IL on 5/5/2026 .

Proof Illinois LLC

No. 117.001863

Exhibit 1a)

Page 3



# Mailing 1 - Service Evidence

## Exhibit M1a - Proof of Service

**Document Type:** Proof of Service

**Document Name:** mailing-proof-of-service-199553

*This document is attached as part of this exhibit and forms part of this affidavit.*

## Exhibit M1b - Certificate of Acceptance

**Document Type:** Certificate of Acceptance

**Document Name:** mailing-proof-of-acceptance-199553

*This document is attached as part of this exhibit and forms part of this affidavit.*

EDEXISPOS-FCM

ATTORNEY OR PARTY OF CASE SERVING THESE DOCUMENTS:

Evan Cronin
Proof Tech
Telephone: (312) 725-9960
Email:

**FOR COURT USE ONLY**

## PROOF OF SERVICE BY FIRST-CLASS MAIL

1.  I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2.  My residence or business address is:

    Edex Information Systems
    795 California 49
    Jackson, CA 95642

CASE NUMBER/S:

1730536

3.  On (date)   05/04/2026   the following documents were served from (city & state):   Jackson, California

    1.  1.26-CV-03220DOC8SUMMONSALIASUPWORK INC..PDF
    2.  1.26-CV-03220DOC1COMPLAINT.PDF

    [ ]   Continued on the Attachment of Served Documents (form EDEXISPOS_D)

4.  The documents listed above were enclosed in a sealed envelope or package addressed to the persons listed in 5 (below). The sealed envelope or package was then placed for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5.  The names and addresses of each person to whom I mailed the documents:

    1.  UPWORK INC. [Priority Mail Certified Return Receipt Elect]
        901 S 2ND ST STE 201 SPRINGFIELD, IL 62704

    [ ]   Continued on the Attachment of Served Parties (form EDEXISPOS_P)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature Date:   05/04/2026

▶

Charles Bowen

| (Name of person completing this form) | (Signature of person completing this form) |

This page left intentionally blank

# CERTIFIED MAIL ACCEPTANCE RECEIPT

The United States Postal Service accepted this mailing at the postal facility and on the date indicated below. EDEXIS receives and securely retains all USPS-provided tracking data associated with this mailing. This Certificate of Acceptance was generated based upon USPS "In-Process" scan data as received directly from the United States Postal Service.



ACCEPTED
05/04/2026
Jackson, CA 95642

**USPS TRACKING#**  9202 8902 6089 5008 7044 41

**Sender** (from):

Proof Tech

,

EDEXIS OrderID:  20260504104545_A00064011

USPS Acceptance Date: 05/04/2026
"In-Process" movement scans received.
USPS Post Office: **Jackson/West Sac**
Return Receipt (Electronic): YES
USPS Service:  Priority Mail Envelope

**Recipient** (mailed to):

UPWORK INC.
901 S 2ND ST STE 201
SPRINGFIELD, IL 62704

**USPS Acceptance/Movement Scan Data**

05/04/2026 X00: Received by US Postal Service for delive - Jackson, CA 95642

05/04/2026 MA : Manifest Accepted - Jackson, CA 95642

05/04/2026 03 : Carrier Accept or Pickup - Jackson, CA 95642

**View All Tracking**



## Certificate Compliance Statement

EDEXIS is a neutral, third-party document printing and mailing service for the legal and medical industries in the United States. We are not a party to any matter of action related to the sender or recipient of this mailing. This mail piece was processed in compliance with our normal business practices and delivered to the US Postal Service by EDEXIS employees. This certificate was generated after receiving "In-Process" tracking data from the US Postal Service. Scan the QR code above to view all tracking data for this mailing.

**Edex Information Systems, Inc.**
795 California 49
Jackson, CA 95642 USA
(866) 438-3339 - (209) 223-3461
support@edexis.com
edexis.com