AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Illinois

| | |
|---|---|
| EVAN J CRONIN | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| UPWORK INC.; UPWORK GLOBAL LLC; | ) |
| TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; | ) |
| FRACTIONAL TAX USA, LLC; | ) |
| CHANDLER MURPHY; NISHCHAL BASNYAT | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:26-cv-03220

## Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Upwork Inc.
c/o Registered Agent Solutions, Inc.
901 S. 2nd Street, Suite 201
Springfield, IL 62704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Evan J Cronin, pro se
211 W Wacker Drive STE 120 #2217
Chicago, IL 60606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5-1-2026

_____
*Signature of Clerk or Deputy Clerk*