**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Evan J. Cronin v. Upwork Inc. et al          Case Number: 26 cv 03220

An appearance is hereby filed by the undersigned as attorney for:

Terma Project, Inc.

Attorney name (type or print): Chad J. Layton

Firm: Goldberg Segalla LLP

Street address: 222 W. Adams Street, Suite 2250

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6243339
(See item 3 in instructions)          Telephone Number: 312-572-8422

Email Address: clayton@goldbergsegalla.com

Are you acting as lead counsel in this case?          ✔ Yes  ☐ No

Are you a member of the court's general bar?          ✔ Yes  ☐ No

Are you a member of the court's trial bar?          ✔ Yes  ☐ No

Are you appearing *pro hac vice*?          ☐ Yes  ✔ No

If this case reaches trial, will you act as the trial attorney?          ✔ Yes  ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  5/12/2026

Attorney signature:          S/ Chad J. Layton
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023