**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| EVAN J. CRONIN,<br><br>      Plaintiff,<br><br>     v.<br><br>UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT,<br><br>      Defendants. | Case No. 1:26-cv-03220<br><br>Judge Sara L. Ellis<br>Magistrate Judge Laura K. McNally |

**DEFENDANTS TERMA PROJECT, INC., FRACTIONAL TAX, INC., FRACTIONAL TAX USA, LLC, CHANDLER MURPHY AND NISHCHAL BASNYAT'S UNOPPOSED RULE 6(b)(1)(A) MOTION FOR A TWENTY-ONE-DAY EXTENSION OF THEIR RESPONSIVE PLEADING DEADLINE**

Defendants TERMA PROJECT, INC., FRACTIONAL TAX, INC., FRACTIONAL TAX USA, LLC, CHANDLER MURPHY and NISHCHAL BASNYAT (the "Fractional Tax Defendants"), through their attorneys, Goldberg Segalla LLP, state as follows in support of their Unopposed Motion For a Twenty-One-Day Extension of Their Responsive Pleading Deadline pursuant to Federal Rule of Civil Procedure 6(b)(1)(A):

1.     Plaintiff has no objection to the relief requested in this motion.

2.     This is the Fractional Tax Defendants' first request for an extension of their responsive pleading deadline.

3.     On March 23, 2026, Plaintiff EVAN J. CRONIN ("Plaintiff") filed his Complaint for Declaratory and Injunctive Relief, and Damages ("Complaint") [Dkt. No. 1].

1

4. Plaintiff alleges eleven (11) different causes of action, stemming from a purported unauthorized use of his right of publicity. The Complaint itself includes 57 pages with 229 separate paragraphs and an additional one hundred fifty (150) pages of exhibits are attached in support thereof.

5. On April 7, 2026, the Fractional Tax Defendants executed a Waiver of Service of Summons [Dkt. No. 7], and the deadline for Defendants to file their responsive pleadings was set for May 25, 2026. The Waiver of Service was executed by the Fractional Tax Defendants former counsel Andrew Murphy of Taft Stettinius & Hollister LLP.

6. On May 4, 2026, the Fractional Tax Defendants retained their current counsel, Goldberg Segalla LLP, to represent them in this matter.

7. The Fractional Tax Defendants are requesting a reasonable extension of the current responsive pleading deadline. Given the numerous claims and dense factual allegations asserted in the Complaint, new counsel for the Fractional Tax Defendants—who were just recently retained— are requesting additional time in order to ensure there is a sufficient opportunity to properly investigate and respond to the Complaint.

8. In light of these circumstances, the Fractional Tax Defendants submit that good cause exists for this Honorable Court to exercise its discretion and grant the relief requested in this motion. FED. R. CIV. P. 6(b)(1)(A) (providing that "a court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]"); *McCann v. Cullinan*, No. 11-cv-50125, 2015 U.S. Dist. LEXIS 91362, at *19-20, 31 (N.D. Ill. July 14, 2015) (noting that "good cause" under Federal Rule of Civil Procedure 6 "is not a high standard" and "imposes a light burden"); *Chicago Reg'l Council of Carpenters v. Unique Casework Installations, Inc.*, Case No. 1:14-cv-02911, 2014 U.S. Dist.

2

LEXIS 170493, at *3, *5 n.1 (N.D. Ill. Dec. 9, 2014); *Chicago Reg'l Council of Carpenters v. Unique Casework Installations, Inc.*, Case No. 1:14-cv-02911, Dkt. Nos. 6, 11, 14, 16 (N.D. Ill. May 19, 2014 - Aug. 4, 2014) (granting a second extension setting a responsive pleading deadline more than three months after the original deadline, where defense counsel had just been retained and required time to investigate the claims and legal theories, while managing a heavy caseload and a preplanned vacation).

9.      On May 11 and 12, counsel for the Fractional Tax Defendants conferred with Plaintiff regarding the relief requested in this motion. Plaintiff has consented to the request for a twenty-one-day extension.

10.      Allowing the requested extension will not cause any undue delay, especially considering the fact that two Defendants—Upwork Inc. and Upwork Global LLC—have yet to appear.

11.      Accordingly, the Fractional Tax Defendants respectfully request that this Honorable Court grant the Fractional Tax Defendants an additional twenty-one days to file their responsive pleading.

## CONCLUSION

WHEREFORE, for the reasons stated herein, Defendants TERMA PROJECT, INC., FRACTIONAL TAX, INC., FRACTIONAL TAX USA, LLC, CHANDLER MURPHY and NISHCHAL BASNYAT respectfully request that this Honorable Court enter an order:

i.      granting Defendants' motion;

ii.     extending the responsive pleading deadline by twenty-one (21) days unit June 15, 2026; and

iii.    providing for any other relief that this Honorable Court deems just and proper.

Dated: May 13, 2026                 Respectfully submitted,

GOLDBERG SEGALLA LLP

By:  */s/ Patrycia Piaskowski*
       Attorneys for Defendants

TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT

Chad J. Layton, ARDC No. 6243339
Patrycia Piaskowski, ARDC No. 6346239
GOLDBERG SEGALLA LLP
222 West Adams Street, Suite 2250
Chicago, Illinois 60606
(312) 572-8400
clayton@goldbergsegalla.com
ppiaskowski@goldbergsegalla.com

4

## CERTIFICATE OF SERVICE

The undersigned certifies that, on May 13, 2026, a copy of the foregoing **Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat's Unopposed Rule 6(b)(1)(A) Motion for a Twenty-One-Day Extension of Their Responsive Pleading Deadline** was served on all parties who have appeared, via the Court's CM/ECF system.

> */s/ Patrycia Piaskowski*
> Attorney for Defendants
>
> TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT

5