**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| EVAN J. CRONIN, <br><br> Plaintiff, <br><br> v. <br><br> UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT, <br><br> Defendants. | Case No. 1:26-cv-03220 <br><br> Judge Sara L. Ellis <br> Magistrate Judge Laura K. McNally |

**NOTICE OF MOTION**

**TO:**  Evan J. Cronin
211 West Wacker Drive
Suite 120, Number 2217
Chicago, Illinois 60606
(312) 725-9960
legal@cronintaxservices.com

**PLEASE TAKE NOTICE** that on **Wednesday, May 20, 2025, at 9:45 a.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sara L. Ellis or any judge sitting in her stead in **Courtroom 1403** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the following motion attached hereto: **Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat's Unopposed Rule 6(b)(1)(A) Motion for a Twenty-One-Day Extension of Their Responsive Pleading Deadline**.

1

Dated: May 13, 2026

Respectfully submitted,

GOLDBERG SEGALLA LLP

By: */s/ Patrycia Piaskowski*
Attorneys for Defendants

TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT

Chad J. Layton, ARDC No. 6243339
Patrycia Piaskowski, ARDC No. 6346239
GOLDBERG SEGALLA LLP
222 West Adams Street, Suite 2250
Chicago, Illinois 60606
(312) 572-8400
clayton@goldbergsegalla.com
ppiaskowski@goldbergsegalla.com

## CERTIFICATE OF SERVICE

The undersigned certifies that, on May 13, 2026, a copy of the foregoing **Notice of Motion** was served on all parties who have appeared, via the Court's CM/ECF system.

Dated: May 13, 2026                By:   */s/ Patrycia Piaskowski*
                                         Attorney for Defendants

TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT

3