**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| EVAN J. CRONIN,<br><br>Plaintiff,<br><br>v.<br><br>UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT,<br><br>Defendants. | Case No. 1:26-cv-03220<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Laura K. McNally |

**UPWORK DEFENDANTS' PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants Upwork Inc. and Upwork Global LLC ("Upwork Defendants"), by and through their undersigned counsel and for their Partially Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint (the "Motion"), state as follows:

1.      On March 23, 2026, Plaintiff Evan J. Cronin ("Plaintiff") filed his Complaint for Declaratory and Injunctive Relief, and Damages ("Complaint") (Dkt. No. 1).

2.      On April 7, 2026, the Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax Usa, LLC, Chandler Murphy and Nishchal Basnyat (collectively, "Fractional Tax Defendants") executed a Waiver of Service of Summons. (Dkt. 7.)

3.      According to the affidavit of service, on May 4, 2026, Upwork Defendants were served with the Complaint. As such, their deadline to answer or otherwise plead is May 26, 2026.[1]

---

[1] The 21st day following service is May 25, 2026, which is a holiday.

1

4.      On May 19, 2026, the Court granted Fractional Tax Defendants' motion for extension of time to answer or otherwise plead and ordered Defendants' responsive pleading due by June 15, 2026.

5.      Undersigned counsel was recently retained to assist the Upwork Defendants in the matter. Counsel is currently becoming familiar with the facts of the case and reviewing the relevant documentation. As such, Upwork Defendants' counsel require additional time to investigate the facts of the case in order to answer or otherwise respond to the Complaint.

6.      Accordingly, Upwork Defendants seek an extension until June 15, 2026, to answer or otherwise plead to the Complaint—the same deadline for the Fractional Tax Defendants' answer.

7.      This is Upwork Defendants' first request for an extension of time.

8.      Upwork Defendants' counsel has contacted Plaintiff and counsel for Fractional Tax Defendants regarding this Motion. Plaintiff consented to Upwork Defendants' request for an extension of time and does not object to this Motion. Fractional Tax Defendants have not yet responded with their position.

9.      Federal Rule of Civil Procedure 6(b) provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time… with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…" Fed. R. Civ. P. 6(b).

10.     Good cause exists as granting this Motion will not unfairly prejudice or unduly delay this litigation; rather it will allow for orderly responses to the Complaint.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order: (1) granting this Motion; (2) extending the deadline for Defendants to answer or otherwise plead

2

to the Complaint to June 15, 2026; and (3) for such other and further relief as this Court deems just and appropriate.

**DATED**: May 22, 2026

**BLANK ROME LLP**

*s/Gabrielle Ganze*

Harrison Brown
Gabrielle Ganze
444 W. Lake Street, 16th Floor
Chicago, IL 60606
Tel.:   (312) 776-2584
Fax:   (312) 896-9181
Email: harrison.brown@blankrome.com
Email: gabrielle.ganze@blankrome.com

*Attorneys for Defendants Upwork Inc. and
Upwork Global LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 22, 2026, I electronically filed the foregoing *Unopposed Motion for Extension of Time to Respond to the Complaint* with the Court via the ECF System, it is available for viewing and downloading from the ECF system, and a true and correct copy was served to all counsel of record registered with the ECF system.

*s/ Gabrielle Ganze*
Gabrielle Ganze
