UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EVAN J. CRONIN,

   Plaintiff,

  v.

UPWORK INC.; UPWORK GLOBAL LLC;
TERMA PROJECT, INC.; FRACTIONAL
TAX, INC.; FRACTIONAL TAX USA, LLC;
CHANDLER MURPHY; and NISHCHAL
BASNYAT,

   Defendants.

Case No. 1:26-cv-03220

Judge Sara L. Ellis
Magistrate Judge Laura K. McNally

## NOTICE OF MOTION

**TO:** Evan J. Cronin
211 West Wacker Drive
Suite 120, Number 2217
Chicago, Illinois 60606
(312) 725-9960
legal@cronintaxservices.com

Chad J. Layton
Patrycia Piaskowski
222 West Adams Street, Suite 2250
Chicago, Illinois 60606
(312) 572-8400
clayton@goldbergsegalla.com
ppiaskowski@goldbergsegalla.com

**PLEASE TAKE NOTICE** that on **Wednesday, May 27, 2025, at 9:45 a.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sara L. Ellis or any judge sitting in her stead in **Courtroom 1403** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the following motion attached hereto: **Defendants Upwork Inc. and Upwork Global LLC Partially Unopposed Motion for Extension of Time to File Their Responsive Pleading.**

1

**DATED**: May 22, 2026

**BLANK ROME LLP**

*s/ Gabrielle Ganze*
Harrison Brown
Gabrielle Ganze
444 W. Lake Street, 16th Floor
Chicago, IL 60606
Tel.:     (312) 776-2584
Fax:      (312) 896-9181
Email:  harrison.brown@blankrome.com
Email:  gabrielle.ganze@blankrome.com

*Attorneys for Defendants Upwork Inc. and
Upwork Global LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on May 22, 2026, a copy of the foregoing **Notice of Motion** was served on all parties who have appeared, via the Court's CM/ECF system.

**BLANK ROME LLP**

*s/ Gabrielle Ganze*
Gabrielle Ganze

*Counsel for Defendants Upwork Inc. and Upwork Global LLC*

3