**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Evan J. Cronin v. Upwork Inc, et al.

Case Number: 26-cv-03220

An appearance is hereby filed by the undersigned as attorney for:

Defendants Upwork Inc. and Upwork Global LLC

Attorney name (type or print): Harrison M. Brown

Firm: Blank Rome LLP

Street address: 2029 Century Park East, 6th Floor

City/State/Zip: Los Angeles, CA 90067

Bar ID Number: 291503
(See item 3 in instructions)

Telephone Number: (424) 239-3400

Email Address: harrison.brown@blankrome.com; courtmail@blankrome.com

Are you acting as lead counsel in this case? ☑Yes ☐No

Are you a member of the court's general bar? ☑Yes ☐No

Are you a member of the court's trial bar? ☐Yes ☑No

Are you appearing *pro hac vice*? ☐Yes ☑No

If this case reaches trial, will you act as the trial attorney? ☑Yes ☐No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 22, 2026

Attorney signature: S/ Harrison M. Brown
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023