# EXHIBIT B
## Content Assignment and Use of Name Approval Agreement

Docusign Envelope ID: DE7B7B5C-9EA1-4534-BFA2-0A1992TE7B75

# FRACTIONAL TAX, INC

# CONTENT ASSIGNMENT AND

# USE OF NAME APPROVAL AGREEMENT

As a condition and requirement of engaging in work for Fractional Tax, Inc, a Delaware corporation, and its assets (namely fractionaltax.com, and its various social media channels) and any of its current or future subsidiaries (whether or not wholly-owned), affiliates, successors, or assigns (collectively, the "Company"), and in consideration of the privilege of providing services to the Company and my receipt of compensation, if any, now and hereafter paid to me by the Company, I hereby agree to the following:

**(a) Work-for Hire**

(i) To the extent that I create, either before or after the date of this Agreement, recipes, texts, images, designs or other items of a nature that I provide to the Company pursuant to this Agreement, the foregoing shall be collectively referred to herein as "Deliverables."

(ii) The Company is and shall be the sole and exclusive owner of all right, title and interest throughout the world in and to the Deliverables and the results and proceeds thereof, including all patents, copyrights, trademarks, trade secrets and other intellectual property rights (collectively, "Intellectual Property Rights") therein. Deliverables are and shall be "works made for hire" to the greatest extent permitted by applicable law, as defined in Section 101 of the Copyright Act (title 17 of the U.S. Code), and for which I am adequately compensated herein.

**(b) Assignment of Created Content**

(i) If, for any reason, any of the Deliverables do not constitute a work made for hire, I hereby irrevocably assign and transfer to the Company (and its successors and assigns) all of my right, title and interest throughout the world in and to any and all Company Content, including any content created by me or my team for the benefit of or to be used for fractionaltax.com, its various social media channels, or any other related online publications (collectively, "Company Content").

(ii) I hereby irrevocably assign all patent, copyright, trademark, trade secret, database rights, and other intellectual property rights and other proprietary rights therein, including without limitation all granted patents, written content, and all patent applications relating to any such Company creations and all divisions, continuations, continuations-in-part, reissues and extensions of such content or such applications, and the right to claim for such patent or patent applications the full benefits and priority rights under the International Patent Cooperation Treaty, as amended, the Paris Convention for the Protection of Industrial Property, as amended, and any and all other international agreements, treaties or conventions to which the United States adheres and any other applicable international treaty or applicable law, all in each case recognized in the United States, any foreign jurisdiction or under any international treaty regime.

— 46 —

(iii) I hereby waive and irrevocably quitclaim to the Company (and its successors and assigns) any and all claims, of any nature whatsoever, that I now have or may hereafter have for infringement of any and all rights in or to the Company Content.

(iv) I hereby allow the Company to use and exploit, in any manner it deems appropriate, content created by me or my team for any purpose including but not limited to online publication, software and/or technological applications, physical publication in the form of books, booklets, or in any other way it deems appropriate.

**(c) Use of Name, Picture and Video**

(i) I hereby irrevocably assign and allow the Company to use, in its sole discretion, my name, biodata, picture, and/or video in connection with the Intellectual Property and Company Content on any "by line," heading, or on the 'About Us' page. This includes, but is not limited to, the use of my name, biodata, picture, and/or video in related websites, social media channels, newsletters, and email communications or future applications ("apps") or other technologies related to the business of the Company. Notwithstanding the foregoing, the Company is not obligated to credit me with any of the Intellectual Property and Company Content.

(ii) I agree that upon termination of this Agreement, the Company may retain and continue to use my name in work products or contributions I created during my engagement, including but not limited to articles, videos, or other deliverables, as part of the Company's intellectual property. However, I understand that the Company will remove my name, biodata, and references to my association with the Company from the team page, "About Us" section, or similar materials on its websites and presentation documents. If I discover that my name or biodata remains on the "About Us" page or team page of the Company on any materials or platforms following termination, with the exception of aforementioned deliverables like blog articles or videos made for the Company, I agree to notify the Company in writing and allow the Company thirty (30) business days from the date of notice to investigate and, where appropriate, remove such references.

(d) I represent and warrant to the Company that:

(i) I have the right to enter into this Agreement, to grant the rights granted herein and to perform fully all of my obligations in this Agreement;

(ii) no other party is required to authorize or consent to my being bound by the terms and conditions hereof;

(iii) my entering into this Agreement with Company and my performance hereunder do not and will not conflict with or result in any breach or default under any other agreement to which I am subject;

(iv) there are no circumstances in which this Agreement and my association with the Company would tend to have a materially adverse effect on the reputation and image of the Company; and

Docusign Envelope ID: 9E7B7E8C-9EAF-4527-B7A2-64F95B1FE7D7

(v) all Intellectual Property rights in and to the Site, the Courses, Mentorships and Company Project Materials belong solely to Company, including ideas, suggestions or contributions thereto which shall be deemed works-for-hire with no requirement of additional consideration or credit.

(e) Company represents and warrants that:

(i) it has the right to enter into this Agreement, to grant the rights granted herein and to perform fully all of its obligations in this Agreement;

(ii) no other party is required to authorize or consent to their being bound by the terms and conditions hereof; and

(iii) entering into this Agreement and performance of Company's obligations do not and will not conflict with or result in any breach or default under any other agreement to which they are each subject.

The parties have executed this Content Assignment and Use of Name Approval Agreement on the respective dates set forth below, to be effective as of the Effective Date first above written.

**{Signature Page – Next Page}**

**The Company:**

**Fractional Tax, Inc.**

By:

**Name:** Nishchal Basnyat

**Title:** Authorized Signatory

**Address:**

14 Wall Steet, Fl 20
New York, New York 10005

**Date:** 1/7/2025

**Counterparty / Officer:**

**Evan J Cronin CPA & Tax Services**

**By:** Evan J Cronin

**Name:** Evan J Cronin

**Title:** Owner

**Address:**

**Date:** 1/7/2025

— 49 —