[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

EVAN J CRONIN

Plaintiff )
)
) Case Number: 26-cv-03220
v. )
)
UPWORK INC. et al. ) Judge: Sara L. Ellis
)
)
Defendant )

## NOTICE OF MOTION

**TO:** Evan J Cronin;legal@cronintaxservices.com

Gabrielle Ganze;

gabrielle.ganze@blankrome.com

**PLEASE TAKE NOTICE** that on June 18, 2026 **at** 1:30 pm **,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sara L Ellis or any judge sitting in his or her stead in **Courtroom** 1403 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:** Defendants Terma Project, Inc.; Fractional Tax, Inc.; Fractional Tax, USA, LLC; Chandler Murphy; and Nishchal Basnyat Motion to Compel Arbitration

### CERTIFICATE OF SERVICE

I hereby certify that on 6/15/2026 , I provided service to the person or persons listed above by the following means: Court's CM/ECF Filing portal

Signature: *Chad Layton* Date: 6/15/2026

Name (Print): Chad J. Layton

Address: Goldberg Segalla, LLP Phone: 312.572.8422

222 West Adams Street, Suite 2250

Chicago, IL 60606

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]