**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EVAN J. CRONIN, <br><br> Plaintiff, <br><br> v. <br><br> UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT, <br><br> Defendants. | Case No. 1:26-cv-03220 <br><br> Judge Sara L. Ellis <br> Magistrate Judge Laura K. McNally |

**STATEMENT OF EFFORTS TO REACH AN ACCORD REGARDING
DEFENDANTS TERMA PROJECT, INC.; FRACTIONAL TAX, INC.;
FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; AND
NISHCHAL BASNYAT'S MOTION TO COMPEL ARBITRATION**

Pursuant to Local Rule 37.2 and Judge Ellis' Case Procedures on Motion Practice, on May 15, 2026, counsel for Defendants Terma Project, Inc.; Fractional Tax, Inc.; Fractional Tax, USA, LLC; Chandler Murphy; and Nishchal Basnyat (collectively the "Fractional Tax Defendants") conferred via telephone with Plaintiff and requested the referral of this matter to arbitration. Thereafter, the parties exchanged written correspondence addressing this issue. Further, on June 11, 2026, the Fractional Tax Defendants provided Plaintiff with a draft of its Motion to Compel Arbitration. On June 15, 2026, the parties conducted another telephonic "meet and confer" following which the parties "agreed to disagree" regarding the arguments raised in the Fractional Tax Defendants' instant motion.

Dated: June 15, 2026

Respectfully submitted,

GOLDBERG SEGALLA LLP

By: */s/ Chad J. Layton*

Attorneys for Defendants Terma Project, Inc.; Fractional Tax, Inc.; Fractional Tax, USA, LLC; Chandler Murphy; and Nishchal Basnyat
Chad J. Layton, ARDC No. 6243339
Patrycia Piaskowski, ARDC No. 6346239
Goldberg Segalla LLP
222 West Adams Street, Suite 2250
Chicago, Illinois 60606
(312) 572-8400
clayton@goldbergsegalla.com
ppiaskowski@goldbergsegalla.com

## CERTIFICATE OF SERVICE

The undersigned states that a copy of the foregoing **Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat, Statement of Efforts to Reach an Accord Regarding Motion to Compel Arbitration** was filed with the United States District Court, Northern District of Illinois, Eastern Division using the CM/ECF system on June 15, 2026, which will send notification of such filings to all parties of record.

Evan J Cronin
211 W Wacker Drive STE 120 #2217
Chicago, IL 60606
legal@cronintaxservices.com
*Attorney for Plaintiff*

Gabrielle Ganze
Harrison Maxwell Brown
Blank Rome LLP
444 W. Lake Street
16th Floor
Chicago, IL 60606
gabrielle.ganze@blankrome.com
harrison.brown@blankrome.com
courtmail@blankrome.com
*Attorney for Defendants Upwork Inc.*
*and Upwork Global LLC*

/s/  Chad J. Layton
*Attorney for Defendants Terma Project, Inc.,*
*Fractional Tax, Inc., Fractional Tax USA, LLC,*
*Chandler Murphy, and Nishchal Basnyat,*

3