**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EVAN J. CRONIN,<br><br>     Plaintiff,<br><br>     v.<br><br>UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT,<br><br>     Defendants. | Case No. 1:26-cv-03220<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Laura K. McNally |

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants Upwork Inc. and Upwork Global LLC ("Upwork Defendants"), and Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax Usa, LLC, Chandler Murphy and Nishchal Basnyat (collectively, "Fractional Tax Defendants") by and through their undersigned counsel, for their Unopposed Joint Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint (the "Motion"), state as follows:

1.     On March 23, 2026, Plaintiff Evan J. Cronin ("Plaintiff") filed his Complaint for Declaratory and Injunctive Relief, and Damages ("Complaint") (Dkt. No. 1).

2.     On May 19, 2026, the Court granted Fractional Tax Defendants' motion for extension of time to answer or otherwise plead and ordered their responsive pleading due June 15, 2026. On June 1, 2026, the Court granted Upwork Defendants' motion for extension of time to answer or otherwise plead and ordered their responsive pleading due June 15, 2026.

3.     This unopposed Motion is the Defendants' second request for an extension of time.

1

001926.00012/158381847v.3

4. Effective June 12, 2026, lead counsel for Upwork Defendants, Harrison Brown, has departed from Blank Rome LLP. In light of this development, Upwork Defendants are in the process of transitioning their representation to Allison Powers, of Blank Rome LLP, who will be assuming the role of lead counsel. Concurrent with this submission, Upwork Defendants are filing a notice of substitution of counsel and accompanying notice of appearance of Allison Powers reflecting this change.

5. Due to the above transition, and given that Plaintiff has recently indicated an intent to proceed with a motion related to arbitrability styled as a *Motion to Declare the Upwork Defendants in Default Under 9 U.S.C. § 3 and to Enjoin Enforcement of the Class Action/Jury Trial Waiver*, Upwork Defendants require a brief extension of the relevant responsive pleading deadline to July 1, 2026. This extension will allow new lead counsel for Upwork Defendants to become fully apprised of the record and to assess the appropriate responsive strategy, including any response to Plaintiff's anticipated motion and any impact on Upwork Defendants' responsive pleading posture. Upwork Defendants are also contemplating filing a motion to compel arbitration, either preemptively, or in opposition to Plaintiff's motion.

6. On June 11, 2026, the Fractional Tax Defendants provided Plaintiff with a memorandum detailing numerous arguments they intend to advance in a Motion to Dismiss. The Fractional Tax Defendants have requested the opportunity to "meet and confer" with Plaintiff regarding these arguments.

7. On June 15, 2026, the Fractional Tax Defendants filed a Motion to Compel Arbitration based on a mandatory arbitration clause that is included in one of the subject agreements.

2

8.      Additionally, at the suggestion of Plaintiff, extending Fractional Defendants' responsive pleading deadline to July 1, 2026, will allow for orderly and aligned responses to the Complaint. The extension of time will also allow additional time for the Fractional Tax Defendants to meet and confer with Plaintiff regarding arguments that the Fractional Tax Defendants intend to raise in their anticipated Motion to Dismiss Plaintiff's Complaint.

9.      Accordingly, the Defendants seek an extension until July 1, 2026, to answer or otherwise plead to the Complaint.

10.     All Parties have conferred regarding the request for relief sought herein. Fractional Tax Defendants have joined Upwork Defendants' request for an extension of time for the reasons stated herein. Plaintiff has consented to Defendants' request for an extension of time and does not object to this Motion.

11.     Federal Rule of Civil Procedure 6(b) provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time… with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…" Fed. R. Civ. P. 6(b). *McCann v. Cullinan*, No. 11-cv-50125, 2015 U.S. Dist. LEXIS, 91362, at *19-20, 31 (N.D. Ill. July 14, 2015) (noting that "good cause" under Federal Rule of Civil Procedure 6 "is not a high standard" and "imposes a light burden").

12.     Good cause exists as granting this Motion will not unfairly prejudice or unduly delay this litigation; rather it will allow for orderly responses to the Complaint.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order: (1) granting this Motion; (2) extending the deadline for Defendants to answer or otherwise plead to the Complaint to July 1, 2026; and (3) for such other and further relief as this Court deems just and appropriate.

3

**DATED**: June 15, 2026

**BLANK ROME LLP**

*s/ Allison Powers*

Allison Powers, 6297448
Gabrielle Ganze
444 W. Lake Street, 16th Floor
Chicago, IL 60606
Tel.: (312) 776-2584
Fax: (312) 896-9181
Email: allison.powers@blankrome.com
Email: gabrielle.ganze@blankrome.com

*Counsel for Defendants Upwork Inc. and Upwork Global LLC*

**GOLDBERG SEGALLA LLP**

*s/ Chad Layton*

Chad J. Layton, Esq.
Patrycia Piaskowski
222 West Adams Street, Suite 2250
Chicago, IL 60606
Tel: 312.572.8422
clayton@goldbergsegalla.com
ppiaskowski@goldbergsegalla.com

*Counsel for Terma Project, Inc.; Fractional Tax, Inc.; Fractional Tax USA, LLC; Chandler Murphy; and Nishchal Basnyat*

4

001926.00012/158381847v.3

## CERTIFICATE OF SERVICE

I hereby certify that, on June 15, 2026, I electronically filed the foregoing *Joint Unopposed Motion for Extension of Time to Respond to the Complaint* with the Court via the ECF System, it is available for viewing and downloading from the ECF system, and a true and correct copy was served to all counsel of record registered with the ECF system.

s/ *Allison Powers*
Allison Powers

001926.00012/158381847v.3