**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EVAN J. CRONIN,

      Plaintiff,

      v.

UPWORK INC.; UPWORK GLOBAL LLC;
TERMA PROJECT, INC.; FRACTIONAL
TAX, INC.; FRACTIONAL TAX USA, LLC;
CHANDLER MURPHY; and NISHCHAL
BASNYAT,

      Defendants.

Case No. 1:26-cv-03220

Judge Sara L. Ellis
Magistrate Judge Laura K. McNally

## <u>NOTICE OF MOTION</u>

**TO:**    Evan J. Cronin
211 West Wacker Drive
Suite 120, Number 2217
Chicago, Illinois 60606
(312) 725-9960
legal@cronintaxservices.com

       Chad J. Layton
Patrycia Piaskowski
222 West Adams Street, Suite 2250
Chicago, Illinois 60606
(312) 572-8400
clayton@goldbergsegalla.com
ppiaskowski@goldbergsegalla.com

**PLEASE TAKE NOTICE** that on **Tuesday, June 23, 2025, at 1:45 p.m.**, or as soon

thereafter as I may be heard, I shall appear before the Honorable Judge Sara L. Ellis or any judge

sitting in her stead in **Courtroom 1403** of the U.S. District Court of the Northern District of

Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the

following motion attached hereto: **Defendants' Unopposed Joint Motion for Extension of Time**

**to Answer or Otherwise Plead to Plaintiff's Complaint.**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 15, 2026, a copy of the foregoing **Notice of Motion** was served on all parties who have appeared, via the Court's CM/ECF system.

**BLANK ROME LLP**

*s/ Allison Powers*
Allison Powers

*Counsel for Defendants Upwork Inc. and*
*Upwork Global LLC*

2