**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| EVAN J. CRONIN,<br><br>     Plaintiff,<br><br>     v.<br><br>UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT,<br><br>     Defendants. | Case No. 1:26-cv-03220<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Laura K. McNally |

### DEFENDANTS UPWORK INC. AND UPWORK GLOBAL LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants Upwork Inc. and Upwork Global LLC ("Upwork"), by and through their undersigned counsel, submit the following notification of affiliates:

1. Upwork Global LLC is wholly owned by a publicly traded affiliate and co-defendant, Upwork Inc. (Nasdaq: UPWK).

2. Ater a diligent review, the Upwork Inc. has identified no entity or individual owning 5% or more of its common stock and has no other known affiliates pursuant to Local Rule 3.2.

Dated: June 15, 2026

                              **BLANK ROME LLP**

                              By: */s/ Allison Powers*
                              Allison Powers

1

Gabrielle Ganze
444 W. Lake Street, 16th Floor
Chicago, IL 60606
Tel.:    (312) 776-2584
Email: allison.powers@blankrome.com
Email: gabrielle.ganze@blankrome.com

*Attorneys for Defendants Upwork Inc. and Upwork
Global LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 15, 2026, I electronically filed the foregoing *Rule 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notification of Affiliates* to be filed electronically and served by e-mail to all parties by operation of the Court's CM/ECF System. Parties may access this filing through the Court's CM/ECF System.

*/s/ Allison Powers*
Allison Powers