**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EVAN J. CRONIN,

        Plaintiff,

    v.

UPWORK INC.; UPWORK GLOBAL LLC;
TERMA PROJECT, INC.; FRACTIONAL
TAX, INC.; FRACTIONAL TAX USA, LLC;
CHANDLER MURPHY; and NISHCHAL
BASNYAT,

        Defendants.

Case No. 1:26-cv-03220

Judge Sara L. Ellis

Magistrate Judge Laura K. McNally

## <u>CORRECTED NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL</u>

Pursuant to Local Rule 83.17, Defendants Upwork Inc. and Upwork Global LLC ("Upwork Defendants"), respectfully request that the Court kindly enter the appearance of Allison Powers for and on behalf of the Upwork Defendants, and kindly withdraw the appearance of Harrison Brown, who was previously entered for Upwork Defendants in this action but withdrew from Blank Rome effective June 12, 2026.

Dated: June 15, 2026

**BLANK ROME LLP**

*/s/ Allison Powers*
Allison Powers, 6297448
444 West Lake Street, Suite 1650
Chicago, IL 60606
Tel: 312.776.2546
allison.powers@blankrome.com

*Substituting Attorney for Defendants Upwork Inc. and Upwork Global LLC*

1

2

## <u>CERTIFICATE OF SERVICE</u>

I, Raymond Arroyo, an attorney, certify that on June 15, 2026, I caused the foregoing to be served on all counsel of record via ECF filing.

<i>/s/ Allison Powers</i>