## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Evan J. Cronin

                Plaintiff,

v.

Upwork Inc., et al.

                Defendant.

Case No.: 1:26–cv–03220
Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion for extension of time to answer or otherwise plead [30]. Defendants' responsive pleadings are due by 7/1/2026. The Court strikes the status date set for 6/18/2026 and resets if to 7/9/2026 at 1:30 PM. The Court enters and continues Defendants' motion to compel arbitration [26] to the next status date. The Court orders the parties to file their initial joint status report by 7/2/2026 and include their respective positions on the motion to compel arbitration. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: (650) 479–3207, Access Code: 2314 361 1508. Entering an attendee code is not required. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call–in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll–free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice. (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.