**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EVAN J. CRONIN,<br><br>        Plaintiff,<br><br>    v.<br><br>UPWORK INC.; UPWORK GLOBAL LLC;<br>TERMA PROJECT, INC.; FRACTIONAL<br>TAX, INC.; FRACTIONAL TAX USA,<br>LLC; CHANDLER MURPHY; and<br>NISHCHAL BASNYAT,<br><br>        Defendants. | Case No. 1:26-cv-03220<br><br>Hon. Sara L. Ellis<br><br>Magistrate Judge Laura K. McNally |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.2**

Pursuant to Local Rule 37.2 and Judge Ellis's Case Procedures — which apply the meet-and-confer requirement 'to all motions that a party wishes to file' — Plaintiff Evan J. Cronin certifies the following efforts to resolve the matters raised in Plaintiff's Motion to Declare the Upwork Defendants in Default Under 9 U.S.C. § 3 and to Enjoin Enforcement of the Class Action/Jury Trial Waiver:

1.      On May 28, 2026 — twelve days before the conference described below — Plaintiff transmitted to counsel of record for the Upwork Defendants a written notice setting out the relief sought by this Motion, the documented factual chronology, the legal grounds on which the Motion rests, and seven threshold questions on which Plaintiff sought the Upwork Defendants' positions. (Ex. 12.)

2.      Counsel exchanged correspondence on June 2, June 3, and June 8, 2026, to arrange a mutually available time for a telephone conference. In response to the Upwork Defendants' June 2 request for proposed times, Plaintiff offered twenty specific time slots across three business days

Page 1 of 2

on June 3; the Upwork Defendants selected none of those slots and, on June 8, instead offered to confer the following day, June 9, between 11:00 AM and 2:00 PM Central Time, which Plaintiff accepted, agreeing to 11:30 AM. (Ex. 13A.)

3. Counsel conferred by telephone on June 9, 2026, from approximately 11:31 to 11:37 AM Central Time. Plaintiff participated pro se; Gabrielle N. Ganze and Allison N. Powers participated on behalf of the Upwork Defendants. Plaintiff memorialized the conference in writing the same day, and the Upwork Defendants confirmed the participants and substance of the call in their written response. (Ex. 13B.)

4. During the conference, Plaintiff presented threshold issues underlying the Motion and requested the Upwork Defendants' position — to stipulate, dispute, or decline — on each. The Upwork Defendants declined to respond to any of the issues. The Upwork Defendants confirmed in writing on June 9, 2026, that they oppose this Motion, that they intend to file a responsive pleading to the Complaint in due course, and that they would respond in due course to any motion filed.

5. Neither during the conference nor in the parties' subsequent correspondence have the Upwork Defendants identified any factual matter or legal authority that they contend would defeat the Motion.

6. Despite this good-faith consultation, the parties were unable to reach an accord. The correspondence reflecting these efforts is attached as Exhibits 12, 13A, and 13B.

Dated: June 30, 2026

Respectfully submitted,

/s/ Evan J. Cronin
Evan J. Cronin
211 W. Wacker Drive, Suite 120 #2217, Chicago, Illinois 60606
Tel.: +1 (312) 725-9960 | Email: legal@cronintaxservices.com
Plaintiff, Pro Se