**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EVAN J. CRONIN,<br><br>  Plaintiff,<br><br>  v.<br><br>UPWORK INC.; UPWORK GLOBAL LLC;<br>TERMA PROJECT, INC.; FRACTIONAL<br>TAX, INC.; FRACTIONAL TAX USA,<br>LLC; CHANDLER MURPHY; and<br>NISHCHAL BASNYAT,<br><br>  Defendants. | Case No. 1:26-cv-03220<br><br>Hon. Sara L. Ellis<br><br>Magistrate Judge Laura K. McNally |

**NOTICE OF MOTION**

**TO:**

**Allison N. Powers**
**Gabrielle N. Ganze**
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Tel.: +1 (312) 776-2546
Email: allison.powers@blankrome.com
Email: gabrielle.ganze@blankrome.com
*Counsel for Defendants Upwork Inc. and Upwork Global LLC*

**Chad J. Layton**
**Patrycia Piaskowski**
GOLDBERG SEGALLA LLP
222 West Adams Street, Suite 2250
Chicago, Illinois 60606
Tel.: +1 (312) 572 8422
Email: clayton@goldbergsegalla.com
Email: ppiaskowski@goldbergsegalla.com
*Counsel for Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA,*
*LLC, Chandler Murphy, and Nishchal Basnyat*

**PLEASE TAKE NOTICE** that on **Thursday, July 9**, 2026, at **1:45 PM**, or as soon

thereafter as I may be heard, I shall appear before the Honorable Judge Sara L. Ellis, or any judge

sitting in her stead in **Courtroom 1403** in the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **PLAINTIFF'S MOTION TO DECLARE THE UPWORK DEFENDANTS IN DEFAULT UNDER 9 U.S.C. § 3 AND TO ENJOIN ENFORCEMENT OF THE CLASS ACTION/JURY TRIAL WAIVER** [Dkt. 36].

Dated: June 30, 2026

Respectfully submitted,

*/s/ Evan J. Cronin*
Evan J. Cronin
211 W. Wacker Drive, Suite 120 #2217
Chicago, Illinois 60606
Tel.: +1 (312) 725-9960
Email: legal@cronintaxservices.com
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

The undersigned, Evan J. Cronin, hereby certifies that on June 30, 2026, he caused the following documents to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, through the Court's CM/ECF system:

(1) **Notice of Motion** for **Plaintiff's Motion to Declare the Upwork Defendants in Default Under 9 U.S.C. § 3 and to Enjoin Enforcement of the Class Action/Jury Trial Waiver**;

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and N.D. Ill. Local Rule 5.9, service of the foregoing documents has been effected on all counsel of record by the Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all registered users, including the following counsel:

| | |
|---|---|
| **Allison N. Powers** | **Chad J. Layton** |
| **Gabrielle N. Ganze** | **Patrycia Piaskowski** |
| BLANK ROME LLP | GOLDBERG SEGALLA LLP |
| 444 West Lake Street, Suite 1650 | 222 West Adams Street, Suite 2250 |
| Chicago, Illinois 60606 | Chicago, Illinois 60606 |
| | |
| *Counsel for Defendants Upwork Inc. and Upwork Global LLC* | *Counsel for Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat* |

I further certify that there are no non-registered participants who require service by other means.

Dated: June 30, 2026

Respectfully submitted,

*/s/ Evan J. Cronin*
Evan J. Cronin
211 W. Wacker Drive, Suite 120 #2217
Chicago, Illinois 60606
Tel.: +1 (312) 725-9960
Email: legal@cronintaxservices.com
Plaintiff, Pro Se