UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EVAN J. CRONIN,

      Plaintiff,

    v.

UPWORK INC.; UPWORK GLOBAL LLC;
TERMA PROJECT, INC.; FRACTIONAL
TAX, INC.; FRACTIONAL TAX USA, LLC;
CHANDLER MURPHY; and NISHCHAL
BASNYAT,

      Defendants.

Case No. 1:26-cv-03220

Judge Sara L. Ellis
Magistrate Judge Laura K. McNally

**<u>NOTICE OF MOTION</u>**

**TO:**   Evan J. Cronin
     211 West Wacker Drive
     Suite 120, Number 2217
     Chicago, Illinois 60606
     (312) 725-9960
     legal@cronintaxservices.com

     Chad J. Layton
     Patrycia Piaskowski
     222 West Adams Street, Suite 2250
     Chicago, Illinois 60606
     (312) 572-8400
     clayton@goldbergsegalla.com
     ppiaskowski@goldbergsegalla.com

**PLEASE TAKE NOTICE** that on **Thursday, July 9, 2026, at 1:30 p.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sara L. Ellis or any judge sitting in her stead in **Courtroom 1403** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the following motion attached hereto: **Upwork Defendants' Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint.**

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that, on July 1, 2026, a copy of the foregoing **Notice of Motion** was served on all parties who have appeared, via the Court's CM/ECF system.

**BLANK ROME LLP**

*s/ Allison Powers*
Allison Powers

*Counsel for Defendants Upwork Inc. and Upwork Global LLC*

2