**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| EVAN J. CRONIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT,<br><br>　　　　　Defendants. | Case No. 1:26-cv-03220<br><br>Judge Sara L. Ellis<br>Magistrate Judge Laura K. McNally |

### NOTICE OF MOTION

**TO:**　Evan J. Cronin
211 West Wacker Drive
Suite 120, Number 2217
Chicago, Illinois 60606
(312) 725-9960
legal@cronintaxservices.com

Chad J. Layton
Patrycia Piaskowski
222 West Adams Street, Suite 2250
Chicago, Illinois 60606
(312) 572-8400
clayton@goldbergsegalla.com
ppiaskowski@goldbergsegalla.com

**PLEASE TAKE NOTICE** that on **Thursday, July 9, 2026, at 1:30 p.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sara L. Ellis or any judge sitting in her stead in **Courtroom 1403** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the following motion attached hereto: **Upwork Defendants' Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint.**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that, on July 1, 2026, a copy of the foregoing **Notice of Motion** was served on all parties who have appeared, via the Court's CM/ECF system.

**BLANK ROME LLP**

*s/ Allison Powers*
Allison Powers

*Counsel for Defendants Upwork Inc. and
Upwork Global LLC*