**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EVAN J. CRONIN,

      Plaintiff,

      v.

UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT,

      Defendants.

No. 1:26-cv-03220

Judge Sara L. Ellis
Magistrate Judge Laura K. McNally

**DEFENDANTS TERMA PROJECT, INC., FRACTIONAL TAX, INC.,
FRACTIONAL TAX USA, LLC, CHANDLER MURPHY, AND
NISHCHAL BASNYAT'S UNOPPOSED MOTION FOR LEAVE TO FILE A
RULE 12(b)(6) MOTION AND MEMORANDUM IN EXCESS OF FIFTEEN (15) PAGES**

Defendants TERMA PROJECT, INC., FRACTIONAL TAX, INC., FRACTIONAL TAX USA, LLC, CHANDLER MURPHY, and NISHCHAL BASNYAT (the "Fractional Tax Defendants"), through their attorneys, Goldberg Segalla LLP, move this Court for leave to file a Rule 12(b)(6) Motion to Dismiss and Supporting Memorandum of Law ("Motion and Memorandum"), submitted concurrently, exceeding the fifteen (15) page limit set forth in Local Rule 7.1 by nine (9) pages.

1.     Neither Plaintiff nor counsel for Co-Defendants Upwork Inc. and Upwork Global LLC object to the relief requested in this motion.

2.     Pursuant to Local Rule 7.1, the Fractional Tax Defendants' Motion and Memorandum shall not exceed fifteen (15) pages without prior approval of the Court.

1

3.      Plaintiff's voluminous Complaint for Declaratory and Injunctive Relief, and Damages ("Complaint") spans fifty-seven (57) pages, asserts eleven (11) claims, and contains eleven (11) exhibits with subparts, spanning one hundred fifty-one (151) pages.

4.      The Fractional Tax Defendants worked diligently to condense their Motion and Memorandum to the fifteen (15) page limitation. However, to adequately address all of the numerous claims raised in Plaintiff's Complaint in their Motion and Memorandum, the Fractional Tax Defendants respectfully request an additional nine (9) pages.

5.      The Fractional Tax Defendants Motion and Memorandum is attached as "Exhibit A".

6.      Accordingly, the Fractional Tax Defendants hereby request leave to file a twenty-four (24) page Motion and Memorandum (not including the cover page, table of contents, and table of authorities).

WHEREFORE, Defendants request the entry of an Order granting Defendants TERMA PROJECT, INC., FRACTIONAL TAX, INC., FRACTIONAL TAX USA, LLC, CHANDLER MURPHY, and NISHCHAL BASNYAT leave to file a twenty-four (24) page Motion to Dismiss and Supporting Memorandum of Law.

Dated: July 1, 2026

Respectfully submitted,

GOLDBERG SEGALLA LLP

By:  */s/ Patrycia Piaskowski*

Attorneys for Defendants
TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT

Chad J. Layton, ARDC No. 6243339
Patrycia Piaskowski, ARDC No. 6346239
GOLDBERG SEGALLA LLP
222 West Adams Street, Suite 2250
Chicago, Illinois 60606
(312) 572-8400
clayton@goldbergsegalla.com
ppiaskowski@goldbergsegalla.com

3

## CERTIFICATE OF SERVICE

The undersigned certifies that, on July 1, 2026, a copy of the foregoing **Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat's Motion for Leave to File Motion and Memorandum in Excess of Fifteen (15) Pages** was filed with the United States District Court for the Northern District of Illinois using the CM/EF system, which will send notification of such filings to all parties of record.

/s/ *Patrycia Piaskowski*

Attorneys for Defendant
TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT

4