# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

EVAN J. CRONIN,

      Plaintiff,

    v.

UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT,

      Defendants.

Case No. 1:26-cv-03220

Judge Sara L. Ellis
Magistrate Judge Laura K. McNally

## NOTICE OF MOTION

**TO:**  Evan J. Cronin
211 West Wacker Drive
Suite 120, Number 2217
Chicago, Illinois 60606
legal@cronintaxservices.com

Allison N. Powers
Gabrielle Ganze
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
allison.powers@blankrome.com
gabrielle.ganze@blankrome.com

**PLEASE TAKE NOTICE** that on **Thursday, July 9, 2026, at 1:45 PM**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sara L. Ellis or any judge sitting in her stead in **Courtroom 1403** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present the following motion, filed concurrently: **Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat's Unopposed Motion for Leave to File a Rule 12(b)(6) Motion and Memorandum in Excess of Fifteen (15) Pages**.

1

Dated: July 1, 2026

Respectfully submitted,

GOLDBERG SEGALLA LLP

By: */s/ Patrycia Piaskowski*
Attorneys for Defendants
TERMA PROJECT, INC.; FRACTIONAL
TAX, INC.; FRACTIONAL TAX USA, LLC;
CHANDLER MURPHY and NISHCHAL
BASNYAT

Chad J. Layton, ARDC No. 6243339
Patrycia Piaskowski, ARDC No. 6346239
GOLDBERG SEGALLA LLP
222 West Adams Street, Suite 2250
Chicago, Illinois 60606
(312) 572-8400
clayton@goldbergsegalla.com
ppiaskowski@goldbergsegalla.com

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that, on July 1, 2026, a copy of the foregoing **Notice of Motion** was filed with the United States District Court for the Northern District of Illinois using the CM/EF system, which will send notification of such filings to all parties of record.

*/s/ Patrycia Piaskowski*

Attorneys for Defendants
TERMA PROJECT, INC.; FRACTIONAL
TAX, INC.; FRACTIONAL TAX USA, LLC;
CHANDLER MURPHY and NISHCHAL
BASNYAT