**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| EVAN J. CRONIN,<br><br>      Plaintiff,<br><br>  v.<br><br>UPWORK INC., UPWORK GLOBAL LLC, TERMA PROJECT, INC., FRACTIONAL TAX, INC., FRACTIONAL TAX USA, LLC, CHANDLER MURPHY, and NISHCHAL BASNYAT,<br><br>      Defendants. | Case No. 1:26-cv-03220<br><br>Hon. Sara L. Ellis<br><br>Hon. Laura K. McNally |

**DEFENDANTS UPWORK GLOBAL LLC AND UPWORK INC.'S OPPOSED MOTION
TO COMPEL ARBITRATION AND STAY ACTION**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, Defendants Upwork Global LLC and Upwork Inc. (together, "Upwork"), through undersigned counsel, move to compel arbitration of Plaintiff Evan J. Cronin's ("Plaintiff") Complaint for the reasons stated in their accompanying Memorandum of Law. Counsel for Upwork conferred with Plaintiff about Upwork's intention to file a Motion to Compel Arbitration and understands that Plaintiff intends to oppose the Motion.

WHEREFORE, Defendants Upwork Global LLC and Upwork Inc. respectfully request that this Court compel arbitration of Plaintiff Evan J. Cronin's Complaint and grant all other appropriate relief.

**DATED:** July 22, 2026

**BLANK ROME LLP**

_s/ Allison Powers_
Allison Powers
Gabrielle Ganze
444 W. Lake Street, 16th Floor
Chicago, IL 60606
Tel.: (312) 776-2546
Email: allison.powers@blankrome.com

_Counsel for Defendants Upwork Inc. and
Upwork Global LLC_

1