# EXHIBIT A

Docusign Envelope ID: 36674792-C19B-8E6B-80FC-1556880CZ507

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| EVAN J. CRONIN, | |
| Plaintiff, | |
| v. | Case No. 1:26-cv-03220 |
| UPWORK INC., UPWORK GLOBAL LLC, TERMA PROJECT, INC., FRACTIONAL TAX, INC., FRACTIONAL TAX USA, LLC, CHANDLER MURPHY, and NISHCHAL BASNYAT, | Hon. Sara L. Ellis<br><br>Hon. Laura K. McNally |
| Defendants. | |

<u>DECLARATION OF AMY LE</u>

I, Amy Le, declare as follows:

1. I have been Senior Manager of Legal Ops at Upwork Global LLC ("Upwork") since March 2025, and held the similar role of Legal Program Manager beginning in November 2022. I have been employed with Upwork since May 2019.

2. My duties include reviewing various business records such as electronic records of contracts and user activity on the Upwork platform located at www.upwork.com ("the Upwork Platform").

3. I have personal knowledge of Upwork's corporate structure and have additionally reviewed records that Upwork maintains electronically in the ordinary course of business.

4. I am specifically familiar with the agreements, user form submissions and experience, and user history involving Evan Cronin ("Cronin"), a user of the Upwork platform who I understand has brought claims against Upwork and others as the Plaintiff in the above-captioned matter.

5. Upwork Inc. and Upwork Global LLC (together, "Upwork") are not two separate entities; they are the same company. In 2025, Upwork Inc. was statutorily converted from a corporation to a limited liability company and renamed as Upwork Global LLC. I am authorized to submit this Declaration on behalf of Upwork.

6. Upwork is an international freelancing platform which supports contracts and facilitates payments between clients and freelancers in over 180 countries. Upwork helps growing businesses find and work with top-notch talent and agencies.

7. As explained in more detail in Section 2.1 of the User Agreement attached and referenced below as Exhibits 3 and 4, the Upwork Platform enables users to find one another, enter into service relationships and agreements, receive and provide Freelancer Services, and make and receive payments through escrow.

8. Upwork neither performs nor employs individuals to perform freelancer services. Upwork is not a party to any agreements that clients make with freelancers, and users of the Upwork Platform are solely responsible for their agreements with one another.

9. At all times relevant to this Action, before users can contract to work with other parties on the Upwork Platform, users are required to agree to certain terms with Upwork (Upwork's Terms of Service), including Upwork's User Agreement.

10. When creating an account on the Upwork marketplace, and before they can proceed, users are asked to check a box acknowledging that they "understand and agree to the Upwork Terms of Service, including the User Agreement," above the "Create my account" button.

11. Below, as attached as **Exhibit 1**, is a true and correct image of the Client account creation page during the time period relevant in this Action:



12.     It is not possible, and at all times relevant to this Action was not possible, for a user to create an account without first checking the box indicating the user's understanding and agreement. If a user attempts to proceed without checking the box, the webpage will display a message asking the user to accept the terms before proceeding.

13.     Below, as **Exhibit 2**, is a true and correct image of the message that is displayed if a user attempts to create an account without first checking the box during the time period relevant in this Action:

Docusign Envelope ID: 36674792-C19B-8E6B-89FC-1556880CZ507



14. On October 17, 2024, Upwork received an Electronic Record of Plaintiff's acceptance of version 6.7 User Agreement along with the associated email address, ██████@gmail.com, and IP address ████████. At the same time, Plaintiff created an account on the Upwork Platform. A true and correct copy of the Electronic Record of Plaintiff's acceptance of the User Agreement v.6.7 is attached hereto as **Exhibit 3**.

15. On March 4, 2025, Upwork received an Electronic Record of Plaintiff's acceptance of version 6.8 User Agreement along with the same associated email address, ██████@gmail.com, and the same IP address ████████. A true and correct copy of the Electronic Record of Plaintiff's acceptance of the User Agreement v.6.8 is attached hereto as **Exhibit 4**.

16. It is my understanding, based on my review of prior emails communications between Plaintiff and Upwork, that the ██████@gmail.com is associated with Plaintiff.

17. In addition, at all relevant times, before entering into a service contract with a freelancer, users, including Plaintiff, were and are required to acknowledge and agree again to Upwork's Terms of Service, including the User Agreement.

18. According to Upwork's records, Plaintiff used the Upwork Platform and entered into a service contract with the entities and persons collectively known as the Fractional Tax

Defendants[1] in Cronin's lawsuit.  Doing so caused him to again acknowledge and agree to Upwork's Terms of Service, including the User Agreement, at that time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____7/21/2026_____, at ____Palo Alto____, ____CA____.

By: _____

Signed by:

*Amy Le*

67C1BF2068B14BC...

Amy Le

---

[1] Fractional Defendants refers collectively to Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat.