**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EVAN J. CRONIN, <br><br> Plaintiff, <br><br> v. <br><br> UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT, <br><br> Defendants. | Case No. 1:26-cv-03220 <br><br> Hon. Sara L. Ellis <br><br> Magistrate Judge Laura K. McNally |

**PLAINTIFF'S MOTION FOR A TWO-DAY EXTENSION OF TIME
TO RESPOND TO THE PENDING MOTIONS TO COMPEL ARBITRATION
AND FOR A CORRESPONDING TWO-DAY EXTENSION OF
DEFENDANTS' REPLY DEADLINES**

Plaintiff Evan J. Cronin, appearing *pro se*, respectfully moves this Court for a two-day extension of the briefing deadlines set by the Court's July 9, 2026 Minute Order (Dkt. 43). Plaintiff seeks the same relief as to both pending motions (Dkt. 26 and 44) to compel arbitration and therefore submits a single motion. In support, Plaintiff states as follows:

**BACKGROUND**

1. Two motions to compel arbitration are currently pending: the motion filed by the Upwork Defendants (Dkt. 44) and the motion filed by the Fractional Tax Defendants (Dkt. 26) (together, the "Arbitration Motions").

2. By Minute Order entered July 9, 2026 (Dkt. 43), the Court set a single briefing schedule governing both Arbitration Motions: Plaintiff's responses are due August 5, 2026;

Page 1 of 6

Defendants' replies are due August 19, 2026; and the next status hearing on the Arbitration Motions is set for November 17, 2026.

3.      This motion is filed on August 5, 2026—before the response deadline set by Dkt. 43 has expired. The request is therefore governed by Rule 6(b)(1)(A), which authorizes the Court to extend a deadline "for good cause . . . if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

### RELIEF REQUESTED

4.      Plaintiff requests a uniform two-day extension of the Dkt. 43 schedule, as follows:

    a.  Plaintiff's responses to both Arbitration Motions would be due Friday, August 7, 2026; and

    b.  Defendants' replies in support of both Arbitration Motions would be due Friday, August 21, 2026.

5.      Plaintiff presents this request as a single motion because both deadlines arise from the same scheduling order and the same relief is sought as to each, such that one order will resolve the entire request.

6.      Plaintiff requests the corresponding extension of Defendants' reply deadlines on his own initiative so that no Defendant loses any portion of the reply period that Dkt. 43 currently affords.

### GOOD CAUSE FOR THE REQUESTED EXTENSION

7.      Plaintiff is proceeding *pro se* and is the sole person responsible for every aspect of this litigation. He has no co-counsel, associate, paralegal, or support staff, and he simultaneously operates a solo professional practice whose demands fall on him alone. Every task required to

oppose the Arbitration Motions—legal research, drafting, record review, cite-checking, and formatting—must be performed by Plaintiff personally.

8. The two Arbitration Motions were filed by separate groups of Defendants, rest on different contractual records, and raise distinct legal questions. They cannot be answered in a single consolidated brief; each requires its own response.

9. Plaintiff has substantially completed both briefs. The additional forty-eight hours are needed to complete cite-checking and properly verify each factual assertion against the record. Plaintiff seeks to submit accurate, properly supported briefs rather than to file rushed submissions that would burden the Court and opposing counsel and invite avoidable supplemental briefing.

10. Consistent with the Court's Case Procedures governing extensions of time, Plaintiff states that this is his **FIRST** request for an extension of the deadlines set in Dkt. 43. No prior extension of these deadlines has been sought or granted.

## THE EXTENSION WILL NOT PREJUDICE ANY PARTY OR DELAY THE CASE

11. The requested extension will not delay this litigation. The next status hearing on the Arbitration Motions is not set until November 17, 2026 (Dkt. 43)—nearly three months after the extended reply deadline.

12. Because Defendants' reply deadlines would be extended by the same two days, no Defendant will have less time to reply than Dkt. 43 currently provides. The relief sought is therefore symmetrical and works no prejudice to any party.

13. This request is not made for the purpose of delay. Plaintiff does not seek to modify any other provision of Dkt. 43.

## COMPLIANCE WITH THE COURT'S MEET-AND-CONFER REQUIREMENT

14.     Plaintiff is aware that this Court applies the meet-and-confer requirement to all motions, and that its Case Procedures require a party seeking an extension of time to contact all other parties to determine whether they object.

15.     Plaintiff files this motion late in the evening on August 5, 2026, the day on which the response deadline expires. No conferral has occurred. At this hour, neither a telephone call nor an in-person conference with counsel for either group of Defendants was realistically possible, and a written request transmitted this late could not reasonably have been received and answered before the deadline ran.

16.     Plaintiff accordingly cannot represent that this motion is unopposed, and does not style it as an agreed or uncontested motion. All counsel of record will receive notice of this filing through the Court's CM/ECF system contemporaneously with filing, and any Defendant that objects to the relief sought may promptly advise the Court. Given the reciprocal nature of the relief — which extends Defendants' reply deadlines by the same two days — Plaintiff does not anticipate opposition.

17.     Consistent with the Court's Case Procedures regarding proposed orders, no proposed order accompanies this motion, as proposed orders on routine motions such as motions for extensions of time are unnecessary.

18.     Finally, because the requested response date of August 7, 2026 precedes the earliest date on which this motion could be noticed for presentment under the Court's Case Procedures, and because the relief sought is routine and time-sensitive, Plaintiff respectfully requests that the Court rule on this motion on the papers without requiring an appearance.

**WHEREFORE**, Plaintiff Evan J. Cronin respectfully requests that the Court enter an order:

    a.   Extending Plaintiff's deadline to respond to both pending Motions to Compel Arbitration from August 5, 2026 to August 7, 2026;

    b.   Extending Defendants' deadline to file replies in support of both Motions from August 19, 2026 to August 21, 2026; and

    c.   Granting such other and further relief as the Court deems just and proper.

Dated: August 5, 2026

Respectfully submitted,

/s/ Evan J. Cronin
Evan J. Cronin
211 W. Wacker Drive, Suite 120 #2217
Chicago, Illinois 60606
Tel.: +1 (312) 725-9960
Email: legal@cronintaxservices.com
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

The undersigned, Evan J. Cronin, hereby certifies that on August 5, 2026, he caused the following document to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, through the Court's CM/ECF system:

(1)     *Plaintiff's Motion for a Two-Day Extension of Time to Respond to the Pending Motions to Compel Arbitration and for a Corresponding Two-Day Extension of Defendants' Reply Deadlines*.

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and N.D. Ill. Local Rule 5.9, service of the foregoing document has been effected on all counsel of record by the Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all registered users, including the following counsel:

| | |
|---|---|
| Allison N. Powers | Chad J. Layton |
| Gabrielle N. Ganze | Patrycia Piaskowski |
| BLANK ROME LLP | GOLDBERG SEGALLA LLP |
| 444 West Lake Street, Suite 1650 | 222 West Adams Street, Suite 2250 |
| Chicago, Illinois 60606 | Chicago, Illinois 60606 |
| | |
| Counsel for Defendants Upwork Inc. and Upwork Global LLC | Counsel for Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat |

I further certify that there are no non-registered participants who require service by other means.

Respectfully submitted,

Dated: August 5, 2026

*/s/ Evan J. Cronin*
Evan J. Cronin
211 W. Wacker Drive, Suite 120 #2217
Chicago, Illinois 60606
Tel.: +1 (312) 725-9960
Email: legal@cronintaxservices.com
Plaintiff, Pro Se