**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EVAN J. CRONIN,<br><br>Plaintiff,<br><br>v.<br><br>UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT,<br><br>Defendants. | Case No. 1:26-cv-03220<br><br>Hon. Sara L. Ellis<br><br>Magistrate Judge Laura K. McNally |

**NOTICE OF MOTION**

TO:

Allison N. Powers
Gabrielle N. Ganze
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Tel.: +1 (312) 776-2546
Email: allison.powers@blankrome.com
Email: gabrielle.ganze@blankrome.com
*Counsel for Defendants Upwork Inc. and Upwork Global LLC*

Chad J. Layton
Patrycia Piaskowski
GOLDBERG SEGALLA LLP
222 West Adams Street, Suite 2250
Chicago, Illinois 60606
Tel.: +1 (312) 572 8422
Email: clayton@goldbergsegalla.com
Email: ppiaskowski@goldbergsegalla.com
*Counsel for Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat*

PLEASE TAKE NOTICE that on **Wednesday, August 26, 2026, at 9:45 AM**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sara L. Ellis, or any judge

sitting in her stead in Courtroom 1403 in the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **PLAINTIFF'S PARTIALLY OPPOSED MOTION FOR LEAVE TO FILE HIS RESPONSES INSTANTER AND TO RESET DEFENDANTS' REPLY DEADLINES** (Dkt. 49).

**Dated: August 19, 2026**

**Respectfully submitted,**

*/s/ Evan J. Cronin*
Evan J. Cronin
Pro Se Plaintiff
211 W. Wacker Drive, Suite 120 #2217
Chicago, IL 60606
Tel.: +1 (312) 725-9960
Email: legal@cronintaxservices.com

## CERTIFICATE OF SERVICE

The undersigned, Evan J. Cronin, hereby certifies that on August 19, 2026, he caused the following documents to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, through the Court's CM/ECF system:

(1) Notice of Motion for *Plaintiff's Partially Opposed Motion for Leave to File His Responses Instanter and to Reset Defendants' Reply Deadlines*.

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and N.D. Ill. Local Rule 5.9, service of the foregoing documents has been effected on all counsel of record by the Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all registered users, including the following counsel:

Allison N. Powers
Gabrielle N. Ganze
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606

Counsel for Defendants Upwork Inc. and Upwork Global LLC

Chad J. Layton
Patrycia Piaskowski
GOLDBERG SEGALLA LLP
222 West Adams Street, Suite 2250
Chicago, Illinois 60606

Counsel for Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat

I further certify that there are no non-registered participants who require service by other means.

**Dated: August 19, 2026**

**Respectfully submitted,**

*/s/ Evan J. Cronin*
Evan J. Cronin
Pro Se Plaintiff
211 W. Wacker Drive, Suite 120 #2217
Chicago, IL 60606
Tel.: +1 (312) 725-9960
Email: legal@cronintaxservices.com