**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

# EXHIBIT COMPENDIUM

*in support of*

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS UPWORK GLOBAL LLC AND UPWORK INC.'S MOTION TO COMPEL ARBITRATION AND STAY ACTION (Dkt. 44)

Evan J. Cronin — Plaintiff

*Respectfully submitted, August 21, 2026*

*14 exhibits, including three demonstrative figures • 78 pages • index follows*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

# EXHIBIT COMPENDIUM INDEX


| Exhibit | Document Description | Page |
|---|---|---|
| 1 | Record of Upwork Support Case No. 51489662 as Transmitted to Upwork on April 16, 2025 (SignNow Print, with Audit Log) | 4 |
| 2 | April 1, 2025 Notice to legalnotices@upwork.com, with Upwork's Automated Proof-of-Receipt Replies | 22 |
| 3 | Professional Statement to Upwork, Dated April 16, 2025 | 26 |
| 4 | April 16, 2025 Transmittal Email of the Professional Statement | 41 |
| 5 | Screenshots of Support-Case Dashboard "Last Activity" Entries, April 16–17, 2025 | 44 |
| 6 | Demand Letter of Pullman & Comley Dated April 29, 2025 | 49 |
| 7 | Upwork Legal Email Thread: April 29, 2025 Acknowledgment and May 9, 2025 Response Commitment | 54 |
| 8 | Follow-Up and Cure Letter of Pullman & Comley Dated June 6, 2025 | 57 |
| 9 | Support-Case Record for Case No. 51489662, Printed June 4, 2026 — Excerpts: the "Solved" Case Panel and the April 16, 2025 Case Entries | 60 |
| 10 | LinkedIn Profiles of Yosef Mahmood and Anastasiia Dryha of Upwork's Legal Team | 64 |
| 11 | Exhibit 21.1 to Upwork Inc.'s Form 10-K for Fiscal Year 2024 — Subsidiaries of Upwork Inc. | 69 |
| 12 | Exhibit 10.2 to Upwork Inc.'s Form 10-Q for the Quarter Ended September 30, 2025 | 71 |
| 13 | Exhibit 21.1 to Upwork Inc.'s Form 10-K for Fiscal Year 2025 — Subsidiaries of Upwork Inc. | 74 |
| 14 | Plaintiff's Demonstrative Summaries — Figure 1 (Section 14's Action Verbs), Figure 2 (Performance, Verb by Verb), and Figure 3 (the Record Chronology) | 76 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 1

## Record of Upwork Support Case No. 51489662 as Transmitted to Upwork on April 16, 2025 (SignNow Print, with Audit Log)

**Date / Operational Origin:** Support case opened by Plaintiff through Upwork's designated support channel on March 28, 2025 at 2:37 p.m., reporting that his name, image, and CPA credentials were being used by another Upwork user in client-facing proposals and communications without his consent, and requesting escalation and internal review. This is the sixteen-page print of the case record that Plaintiff made from his Upwork account on the morning of April 16, 2025 (browser header 4/16/25, 7:23 AM), processed through SignNow minutes later (Document ID c281485…, uploaded 12:28:55 PM UTC), and transmitted to legalnotices@upwork.com that morning as an attachment to the 7:43 a.m. email at Exhibit 4, which lists it by name and size; the SignNow audit log for the document follows as the seventeenth page. The record contains Upwork's written responses within the case, including its March 29, 2025 statements that "[a]fter consulting with our team, we are able to confirm that this does not constitute a violation" and that Plaintiff had "the option to leave the agency" (page 4), and, from Upwork Trust & Safety, "[o]n the screenshots, that you have shared, it appears that you were not the one who sent these services to clients" (page 8). The case panel on page 1 shows the case "Open," created March 28, 2025 at 2:37 p.m., with last activity on April 2, 2025 at 5:55 p.m., and lists Yosef Mahmood and Anastasiia Dryha of Upwork's legal team among the persons carbon-copied. The SignNow file was not text-searchable; an invisible text layer was added to this copy by optical character recognition, and the page images are unaltered. The first page of the same case record as it stood on June 4, 2026 is Exhibit 9.

*— Document follows this cover page —*

Help Center | Getting Started | Work | Payment | Account safety | Learning & growth | Contact Support | Back to upwork.com | Search articles

Requests

# Freelancer - Other - Hi, I need to report a violation of Upwork's Terms of Service. My name and CPA credentials are being use...

| | |
|---|---|
| Id | #51489662 |
| Status | Open |
| Created | March 28, 2025 at 2:37 PM |
| Last activity | April 2, 2025 at 5:55 PM |
| Requester | Evan Cronin |
| CCs | Noel Yosef Mahmood Anastasiia Dryha |

## Attachments

- Upwork_Eric_(02.28.2025).png (60 KB)
- Upwork_Jerome_(03.27.2025).png (60 KB)
- Upwork_Mario_(03.03.2025_Audit Ex).png (90 KB)
- IMG_0304.PNG (500 KB)
- Upwork Agency Profile.pdf (900 KB)
- Fractional Agency 300+ entities served claim.png (400 KB)

Evan Cronin
March 28, 2025 at 2:37 PM

Hi, I need to report a violation of Upwork's Terms of Service. My name and CPA credentials are being used by another Upwork user in client proposals and communications without my consent.

I am a licensed CPA (Evan J Cronin), and I was subcontracted by another freelancer or agency account. However, they submitted work and proposals under my name and presented deliverables as if I had signed off on them—before I had reviewed or agreed.

I have documentation showing this behavior and can provide screenshots and client records. This misrepresentation is harming my professional reputation and may violate Upwork's policies on false representation and identity misuse.

Please escalate this for internal review. I need a case opened and confirmation that this is being addressed.

Evan Cronin
March 28, 2025 at 3:43 PM

Formal Statement to Upwork Trust & Safety: Unauthorized Use of Identity and Professional Credential by Fractional Tax

To Whom It May Concern,

I am submitting this statement to formally report a serious violation of Upwork's Terms of Service by the agency account Fractional Tax. I am a licensed CPA who was subcontracted by this agency to support technical tax preparation and compliance work. However, I have since discovered that my name, image, and professional credentials have been used without my full authorization in client-facing proposals, communications, and representations of services—falsely implying authorship, control, and responsibility for work I had no opportunity to review or approve.

The following four examples, which I am uploading alongside this statement, clearly demonstrate this pattern of identity misuse, credential abuse, and reputational exploitation:

## Example 1: Eric Gaines – "I run Fractional Tax"

Screenshot: Upwork_Eric_(02.28.2025).png

In this message, sent without my knowledge or consent, the text states:

“Hi Eric, I run Fractional Tax...”

This falsely presents me as the owner or operator of the agency. My name, image, and license were used to pitch services I did not authorize, using misleading language that directly violates Upwork's standards on accurate representation.

## Example 2: Jerome Rappel – Repeated Misrepresentation + Client Engagement

Screenshot: Upwork_Jerome_(03.27.2025).png

This message is especially egregious because it was sent after I had already issued two separate warnings to Fractional Tax about the unauthorized use of my name and credentials. Despite those warnings, they submitted yet another proposal using my identity—again stating that I “run” the agency and misrepresenting my role.

Not only does this message contain the same false statements as prior examples, but the client responded, clearly believing they were engaging me directly. At this point, the issue can no longer be described as a misunderstanding—it reflects deliberate and continued misuse of my name, in willful disregard of my prior communications.

## Example 3: Mario Cvetic – Unauthorized Representation of Attest Services Under My CPA Credential

Screenshot: Upwork_Mario_(03.03.2025_Audit Ex).png

Supporting Slack Proof: IMG_0304.PNG

This proposal falsely presents me as the author of a message claiming that I run a firm “specializing in international tax compliance and financial auditing.” Not only did I not approve or send this message—but I had already raised this exact concern internally.

I explicitly asked whether Fractional Tax offers audit or attest services and was told on record by the internal team:

“Correct! Since we aren’t a licensed CPA firm, we do not.”

This Slack exchange confirms that I was acting in full professional compliance, seeking to clarify that these services were outside scope. Despite that, my name and CPA license were still used to pitch audit-related services to a client, potentially exposing me to:

State Board of Accountancy disciplinary action
Violation of professional standards (AICPA SSTS, Circular 230)
Regulatory exposure for offering attest services without licensure
Civil malpractice liability if the client relied on a misrepresented CPA engagement
This isn't a misunderstanding. It’s a clear instance of credential misuse after internal confirmation that such services were

Formal and Final Notice Regarding Use of Name, Likeness, and Client-Facing Repre.pdf
(300 KB)
Delaware Charter Revocation – Fractional Tax Inc. (Revoked as of 3-9-2025).pdf
(60 KB)

impermissible—and I was not the author of the message sent under my name.

## Example 4: Zephrina / ZMC – Proposal Submitted Under My Name Before Review, With Risk-Laden Scope

Screenshot: Upwork_Zephrina_(03.04.2025).png

This Upwork proposal offered complex tax compliance support for Form 5500 and retirement plan filings under my full name, photo, and CPA credential—before I had reviewed the client's facts or confirmed the scope. These filings are governed by IRS and DOL rules and may trigger audit or ERISA reporting thresholds, depending on the structure of the plan.

At the time the proposal was submitted:

I had not reviewed the engagement
I had not confirmed whether an audit would be required
I had not approved or authorized the messaging
Yet, the proposal was submitted under my name, giving the client the impression that I had scoped, reviewed, or endorsed it
What's important for Upwork to understand is that this was committed through the Fractional Tax agency account. I do not hold the contractual relationship with the client on Upwork, nor do I have control over what is submitted on my behalf. I am expected to provide scoping guidance, but I do not have platform-level approval rights to stop or revise proposals submitted under my name.

This situation highlights a serious concern for how my identity has been used on the platform. I was presented to the client as the responsible CPA, yet I had no ability to review or approve the proposal submitted under my name. Although I later confirmed that no audit was required the initial proposal occurred without my knowledge or consent.

I am reaching out to request a full accounting of how my identity has been used on the Fractional Tax agency account. My goal is to prevent further misuse and to ensure there is a complete audit trail of proposals and messages submitted under my name, particularly in engagements involving regulated or high-risk services. Based on my visibility, I believe I have only seen the instances where a client responded, meaning other proposals may have been submitted using my identity without my knowledge, of which I am still unaware. As a licensed CPA, I am subject to strict ethical and regulatory obligations, and the continued use of my name and credential without review or approval places my license and professional standing at risk.

Accordingly, I am formally requesting a record of every instance in which my name, photo, or CPA credential was used in connection with a proposal, message, or deliverable submitted through the Fractional Tax agency account. This request is made in good faith pursuant to the Illinois Right of Publicity Act (765 ILCS 1075/1 et seq.), which prohibits the unauthorized commercial use of an individual's identity —including their name, likeness, and professional persona—without

written consent. I reside in Illinois, and the unauthorized use of my professional identity has resulted in reputational and regulatory exposure within the state, triggering protection under Illinois law as well as applicable CPA licensing and ethical standards.

Upwork_Eric_(02.28.2025).png
(60 KB)
Upwork_Jerome_(03.27.2025).png
(60 KB)
Upwork_Mario_(03.03.2025_Audit Ex).png
(90 KB)
IMG_0304.PNG
(500 KB)

Ahmad W
March 29, 2025 at 4:22 PM

Hello Evan,

Thank you for contacting Upwork Support!

I understand you would like to report a serious violation of Upwork Terms of Service by an agency you're a part of, please allow me to assist.

I'm really sorry to hear you're going through this frustrating situation; it must be incredibly stressful. I can imagine how upsetting this situation would be, and I'm here to assist you to alleviate some of that frustration.

I would like to provide you more information on how working under an agency is like:

To help keep agency workflows centralized and running smoothly, business managers can submit a proposal on behalf of any agency member. They can also edit or withdraw all agency proposals, as well as accept or decline all offers. Agency members can also submit proposals themselves, which will be binding on the agency. All proposals will draw from the agency's collective Connects balance. When you are working under an agency, you are considered a team.

Similarly, an agency's business managers can both edit the terms of contracts and end them. Both the contracted agency member (the agency member actively working on the contract) and all business managers can submit milestones on fixed-price contracts. All contracts are paid into the agency's collective financial account balance.

After consulting with our team, we are able to confirm that this does not constitute a violation. You have the option to leave the agency if you feel that your team is using your name and CPA credentials without your consent or if the business managers are submitting proposals on your behalf.

You can read these helpful articles I've shared with you to learn more about how an agency operates.

Agency proposals and offers
Agency Contracts
Work for an agency
Leave an Agency

I hope this helps. If you have any questions or need more help, please don't hesitate to get in touch. Thanks for using Upwork!

It was such a pleasure helping you today! Just a quick note before I let you go... In a couple of hours you'll receive an email asking about my service to you today. I truly hope I can count on you to leave me honest feedback. This helps us to ensure we're meeting customer expectations and improving your experience.

Best Regards,

Ahmad

upwork | Customer Support Team
Help Center: https://support.upwork.com

***Help Us Help You!*** *Shortly after this message, you'll receive an email asking if I was able to solve your issue. Your feedback will be appreciated as this helps us to provide the best service possible.*

Keem
March 29, 2025 at 7:16 PM

Hi Evan,

We received your recent report of a possible violation on Upwork and we wanted to take a moment to thank you.

We take all customer reports very seriously. To help us better investigate, we would appreciate any details you can provide. If possible, please reply to this email with the User ID of the agency and freelancer and proof that they are using your name to sign off work.

This additional information will help us evaluate the situation and determine what action to take. We appreciate your help in keeping Upwork safe and we look forward to your response.

Best,
Keem
Upwork Trust & Safety

Evan Cronin
March 29, 2025 at 10:20 PM

Dear Keem,

Thank you again for your follow-up. I appreciate your willingness to investigate this matter and want to ensure that all relevant facts and documentation are now formally on record.

As stated in my prior message, I have already invoked my rights under the Illinois Right of Publicity Act (765 ILCS 1075), which prohibits the unauthorized commercial use of an individual's name, likeness, or professional persona without express written consent. Upwork was formally placed on legal notice at that time, and this message serves as both a reminder and an escalation.

# Summary of the Issue

I am an Agency member under the Upwork agency:

Fractional Tax, Inc.
https://www.upwork.com/agencies/1782780848665907200

While I understand that Upwork allows business managers to submit proposals on behalf of team members to streamline agency workflows, that policy does not apply in this case. I was the only visible agency member, and during my time on the account, proposals were submitted under my name and CPA license without my knowledge, authorization, or consent.

At the time I joined the agency, I did not understand that business managers could submit proposals under my name without my direct involvement, and I would not have agreed to that arrangement. I was not a business manager, had no visibility into proposals submitted on my behalf, and had no ability to approve, decline, or retract them.

Importantly, I am not an employee of Fractional Tax, Inc., nor have I authorized the company to supervise or direct the use of my CPA license or professional identity. Simply agreeing to join the agency account did not confer blanket authority to commercially exploit my credentials or represent my participation in client-facing engagements.

No platform policy or Terms of Service can override the legal and ethical obligations attached to professional licensure. This is not a matter of team delegation—it is the unauthorized commercial use of a licensed professional's identity, made without visibility or control by the person being represented.

Further, proposals submitted under my name included false representations that violate Upwork's own Terms of Service, including inflated experience claims and misleading client-facing statements. This is not speculation—it is a readily provable fact based on documentation already shared in prior correspondence. These are proposals I would never have supported or consented to, and their submission under my identity creates serious reputational, ethical, and regulatory exposure.

Additionally, the agency's public-facing materials claim "300+ entities served", include testimonial-style graphics formatted to resemble verified Upwork reviews, and heavily imply international tax expertise —an area directly tied to my professional background. These claims were made while I was, and still am as of the sending of this message, the only listed agency member. They falsely suggest my involvement, endorsement, and authorship, despite my lack of consent or participation.

# Formal Demands (Under Legal and Licensing Authority)

Pursuant to my rights under the Illinois Right of Publicity Act (765 ILCS 1075) and my obligations as a licensed CPA, I respectfully but

firmly demand the following actions:

A complete record of all proposals submitted through the Fractional Tax agency account since I was added as a team member in February 2025, specifically including:

Proposals submitted under my name or profile,
Proposals referencing my CPA designation, MT (Master's in Taxation) credential, or professional biography,
Proposals that were later edited or withdrawn, in whole or in part,
All associated submission and modification timestamps,
Any metadata indicating who submitted, modified, or retracted each proposal.
This demand includes proposals that may have been withdrawn or deleted, as I have already raised serious concerns regarding unauthorized submissions. I have reason to believe such actions may have been taken after the fact, potentially in an effort to conceal unauthorized activity. My legal and ethical obligations require full transparency and preservation of all related records.

Immediate removal of any proposal, communication, or representation made through the Fractional Tax agency account that includes my name, image, CPA license, Master's in Taxation, or any related professional credentials or identity markers without my express authorization.
Permanent disassociation of my name, licensing credentials, and academic distinctions from the Fractional Tax agency account.
Preservation of all internal logs and platform records, including any actions taken in response to this and prior notices, to ensure compliance with legal and regulatory obligations.

## Enforcement Timeline

If I do not receive a response and corrective action within 7 calendar days, I will be required to escalate this matter through the following channels:

The Illinois Attorney General's Consumer Protection Division
The Federal Trade Commission
Civil remedies for unauthorized use, reputational harm, and commercial misrepresentation
Potential referral to the Illinois Department of Financial and Professional Regulation (IDFPR)
I appreciate your attention to this matter and your professionalism throughout. I hope we can resolve this promptly and transparently.

Sincerely,
Evan J Cronin, CPA
Licensed in Illinois & Pennsylvania; California (application pending)

## Attachments:

Screenshot of "300+ Entities Served" agency marketing image
PDF of Upwork agency profile showing only 3 completed jobs and Evan as sole team member

Upwork Agency Profile.pdf
(900 KB)

[Fractional Agency 300+ entities served claim.png]
(400 KB)

Travis
March 29, 2025 at 10:48 PM

Hi Evan,

I trust you are safe and well.

Thank you for the important information that you shared. I can understand the urgency of this issue to get straightened out.

We are collating all of this information to establish the violation.

We need additional clarification as we build solid evidence to use as a basis of our action.

On the screenshots, that you have shared, it appears that you were not the one who sent these services to clients. Does this mean that your credentials are shared with your agency?

Looking forward to your response.

Best,
Travis
Upwork Trust & Safety

Evan Cronin
April 1, 2025 at 2:33 AM

**This message is submitted as a formal continuation of my statutory rights assertion under the Illinois Right of Publicity Act (765 ILCS 1075) and related professional licensing laws. It serves as my third formal request for action and documentation concerning the unauthorized use of my name, CPA license, and professional identity on the Upwork platform.**

Hi Travis,

Thank you again for continuing to review this matter. I'd like to provide additional clarification and supporting documentation regarding my prior affiliation with the agency account that misused my professional identity.

The agency I joined on Upwork was operating under the name Fractional Tax Inc., and my contractor agreement was specifically with that Delaware-incorporated entity. I was never a business manager or

proposal author for the agency account—I joined solely to perform subcontracted tax work. I did not have access to proposal submission features or client-facing messaging.

I never authorized the agency to use my CPA license, name, or biography in proposals I didn't write, yet several were submitted under my identity—without my knowledge and not visible to me until after clients had already replied. In reviewing the language and structure of these submissions, I strongly suspect some were generated or enhanced using AI, further distancing them from my involvement. And while I have evidence of several such instances, I have strong reason to believe there were many more I never saw—meaning the damage is likely greater than I even realize. The pattern of conduct raises serious concerns under applicable professional ethics rules and may also implicate statutory violations, including those related to identity misuse and misrepresentation.

This behavior represents a serious violation of Upwork's Terms of Service and puts me at risk of reputational and professional harm. As a **licensed CPA in multiple U.S. jurisdictions** specializing in U.S. international tax, I am bound by strict ethical and legal obligations for any representations made under my name—especially in matters involving cross-border compliance, global clients, and regulated financial and tax services. The misrepresentation of my identity in proposals to international clients raises additional risks that go beyond domestic engagement misclassification.

After I was added to their Slack workspace, I was tagged in client threads and pressured to respond to proposals that had been submitted using my name without my prior knowledge or approval. At first, I assumed the misuse was a one-off and responded in good faith, believing it to be an internal coordination error. However, after realizing this was part of a recurring pattern, I made repeated calls for the misuse to stop—including formally asserting my statutory rights under Illinois law and requesting full access to any proposals submitted under my name.

Shortly after those requests, my contractor agreement was terminated and my external agency platform access was revoked, including Slack, email, and MyTax (their client document portal). To be clear, they had no control over my personal Upwork account, which remains mine exclusively.

Additionally, I have since discovered that **Fractional Tax Inc.'s corporate charter was formally revoked as of March 9, 2025**. I am providing a copy of the official Delaware record as evidence of that revocation. I am also attaching the email exchange between myself and Fractional Tax Inc., in which I directly raised these issues, asserted my statutory rights, and requested access to any proposals submitted under my name.

As of the sending of this message, they have not responded to my March 31, 2025 reply to their notice of termination, nor have they acknowledged my invocation of rights under applicable law. This

pattern of nonresponse and access revocation has left me with no internal recourse and now requires formal platform intervention.

In light of all of this, I respectfully request:

1. Immediate removal of my name, biography, and CPA credentials from any proposal or listing I did not directly submit

2. Review of the agency account for misuse of identity, AI-generated submissions, and possible Terms of Service violations

3. Confirmation that no proposals or client communications are incorrectly linked to my profile

4. **Full disclosure of all metadata, content, and submission records for any proposals submitted, modified, or rescinded by the agency during the time I was affiliated with their Upwork agency account—particularly those submitted under my name.**

**This is now the third time I am formally making this request, and I do so again under my rights as previously asserted—including those provided under the Illinois Right of Publicity Act (765 ILCS 1075)**. At this stage, I am respectfully **requesting written acknowledgment from Upwork that my statutory rights have been formally invoked** and are being reviewed as part of this matter. I understand this may require internal escalation, but a clear response is necessary at this point.

Please let me know if you need anything further. Thank you again for helping protect the professional integrity of the platform.

Best regards,
Evan J Cronin, CPA

Licensed in:

- Illinois (Active)
- Pennsylvania (Active)
- California (Pending Final Fingerprint Verification)

Attachments:

1. Delaware Charter Revocation – Fractional Tax Inc. (Revoked as of 3/9/2025)

2. Formal and Final Notice Regarding Use of Name, Likeness, and Client-Facing Representation
– Statutory Rights Assertion and Proposal Access Request (No Response as of sending; sent via my professional email evan@cronintaxservices.com)

Evan J Cronin
EvanJC14@gmail.com|(267) 261-3116

Formal and Final Notice Regarding Use of Name, Likeness, and Client-Facing Repre.pdf
(300 KB)
Delaware Charter Revocation – Fractional Tax Inc. (Revoked as of 3-9-2025).pdf
(60 KB)

Liam C.
April 1, 2025 at 5:50 PM

Hi Evan,

Thank you for your reply and for providing the above information.

To move forward with our investigation, we would request the following information:
-screenshots showing the Agency sent proposals using your credentials that you did not approve
-screenshots of contracts where your credentials were used but did not involve you as the direct freelancer working with the client
-screenshots of any additional information showing the violation

Thank you for your patience and we hope to hear from you again.

Best,
Liam
Upwork Trust & Safety

Evan Cronin
April 1, 2025 at 6:24 PM

**This message is submitted as a formal continuation of my statutory rights assertion under the Illinois Right of Publicity Act (765 ILCS 1075) and related professional licensing laws. It serves as my FOURTH FORMAL REQUEST for action and documentation concerning the unauthorized use of my name, CPA license, and professional identity on the Upwork platform.**

Hi Liam,

This message is submitted as a formal continuation and final statutory notice under the Illinois Right of Publicity Act (765 ILCS 1075) and applicable professional licensing laws. It constitutes my FOURTH FORMAL REQUEST for immediate action and documentation regarding the unauthorized and unlawful use of my name, CPA license, and professional identity on the Upwork platform.

At this point, Upwork has been placed on constructive notice and has failed to take meaningful corrective action. Your platform is now facilitating the continued commercial exploitation of a licensed professional's identity, despite multiple formal submissions, clear documentary evidence, and Upwork's own written acknowledgment in this thread—via Travis on March 29—that I was not the individual who submitted these proposals. This creates legal exposure for

platform liability, reputational harm, and willful disregard of statutory rights.

In addition, I have already provided:

Four documented examples of unauthorized credential use;

Evidence that the agency (Fractional Tax, Inc.) has had its corporate charter revoked, meaning it is operating illegally;

And a full internal email thread and evidentiary record that thoroughly substantiates every claim made.

If corrective action is not taken by 7:00 PM UTC on Thursday, April 3, 2025, I will initiate enforcement proceedings including, but not limited to:

Regulatory complaints to the Illinois Attorney General, Federal Trade Commission, and State CPA Boards;

Formal notice to your Registered Agent for service of process;

And civil litigation naming Upwork Inc. as a directly liable party for failure to act on statutory notice and for enabling reputational and economic harm.

This message should be immediately escalated to Upwork Legal. Further delay or referral to internal Trust & Safety channels will be treated as formal inaction.

To reiterate:

This is my fourth formal submission, in which I invoked my legally protected statutory rights under Illinois state law.

Your colleague Travis stated on March 29, 2025, that I was not the person who sent these proposals from the Fractional Tax, Inc. agency account to prospective clients.

I permitted the agency to list my professional background in connection with my actual deliverables, but I never authorized them to submit proposals, represent services, or use my CPA credentials without my direct review and approval—especially not in ways that exaggerated the firm's background or claimed service offerings it was not legally permitted to provide.

I do not have access to the internal Upwork agency proposal system and, therefore, cannot screenshot all of the proposals submitted under my name.
I have already provided evidence in my possession and fully complied with documentation standards.

This message will also be forwarded to Upwork's LegalNotices department. The Illinois Right of Publicity Act (765 ILCS 1075) prohibits the unauthorized commercial use of a person's identity—including their name and licensed professional credentials—without consent. This statute governs regardless of platform policy, and Upwork has no legal authority to override it. If I do not receive acknowledgment of the fourth formal invocation of these statutory rights within two (2) business days, I will be forced to seek legal recourse.

Respectfully,
Evan J Cronin, CPA

Evan J Cronin
EvanJC14@gmail.com|(267) 261-3116

Evan Cronin
April 1, 2025 at 6:30 PM

**This message is submitted as a formal continuation of my statutory rights assertion under the Illinois Right of Publicity Act (765 ILCS 1075) and related professional licensing laws. It serves as my FOURTH FORMAL REQUEST for action and documentation concerning the unauthorized use of my name, CPA license, and professional identity on the Upwork platform.**
Dear Upwork Legal,

Please find below the full correspondence chain regarding the unauthorized use of my name, CPA license, and professional identity on the Upwork platform by the agency operating under the name "Fractional Tax, Inc."

This thread contains:

**Four prior formal submissions** invoking my rights under the Illinois Right of Publicity Act (765 ILCS 1075);

**Written acknowledgment from Upwork personnel** (March 29, 2025) that I was not the individual submitting proposals to clients;

Documentation that the agency in question, Fractional Tax, Inc., has had its corporate charter revoked and is therefore operating unlawfully;

A clear deadline for action: 7:00 PM UTC on April 3, 2025.

I am submitting this message as a final legal notice. Continued failure to act will result in enforcement proceedings and formal legal service as outlined.

Please **confirm receipt and acknowledgment** of the invocation of my **legally protected rights under Illinois State Law** and direct all further legal correspondence accordingly.

Sincerely,
Evan J Cronin, CPA

Evan J Cronin
EvanJC14@gmail.com|(267) 261-3116

---------- Forwarded message ---------
From: Evan Cronin <evanjc14@gmail.com>
Date: Tue, Apr 1, 2025 at 6:24 PM
Subject: Re: [Upwork Help] Re: Freelancer - Other - Hi, I need to

report a violation of Upwork's Terms of Service. My name and CPA credentials are being use...
To: Upwork <support@upwork.com>

**This message is submitted as a formal continuation of my statutory rights assertion under the Illinois Right of Publicity Act (765 ILCS 1075) and related professional licensing laws. It serves as my FOURTH FORMAL REQUEST for action and documentation concerning the unauthorized use of my name, CPA license, and professional identity on the Upwork platform.**

Hi Liam,

This message is submitted as a formal continuation and final statutory notice under the Illinois Right of Publicity Act (765 ILCS 1075) and applicable professional licensing laws. It constitutes my FOURTH FORMAL REQUEST for immediate action and documentation regarding the unauthorized and unlawful use of my name, CPA license, and professional identity on the Upwork platform.

At this point, Upwork has been placed on constructive notice and has failed to take meaningful corrective action. Your platform is now facilitating the continued commercial exploitation of a licensed professional's identity, despite multiple formal submissions, clear documentary evidence, and Upwork's own written acknowledgment in this thread—via Travis on March 29—that I was not the individual who submitted these proposals. This creates legal exposure for platform liability, reputational harm, and willful disregard of statutory rights.

In addition, I have already provided:

Four documented examples of unauthorized credential use;

Evidence that the agency (Fractional Tax, Inc.) has had its corporate charter revoked, meaning it is operating illegally;

And a full internal email thread and evidentiary record that thoroughly substantiates every claim made.

If corrective action is not taken by 7:00 PM UTC on Thursday, April 3, 2025, I will initiate enforcement proceedings including, but not limited to:

Regulatory complaints to the Illinois Attorney General, Federal Trade Commission, and State CPA Boards;

Formal notice to your Registered Agent for service of process;

And civil litigation naming Upwork Inc. as a directly liable party for failure to act on statutory notice and for enabling reputational and economic harm.

This message should be immediately escalated to Upwork Legal. Further delay or referral to internal Trust & Safety channels will be treated as formal inaction.

To reiterate:

This is my fourth formal submission, in which I invoked my legally protected statutory rights under Illinois state law.

Your colleague Travis stated on March 29, 2025, that I was not the person who sent these proposals from the Fractional Tax, Inc. agency account to prospective clients.

I permitted the agency to list my professional background in connection with my actual deliverables, but I never authorized them to submit proposals, represent services, or use my CPA credentials without my direct review and approval—especially not in ways that exaggerated the firm's background or claimed service offerings it was not legally permitted to provide.

I do not have access to the internal Upwork agency proposal system and, therefore, cannot screenshot all of the proposals submitted under my name.
I have already provided evidence in my possession and fully complied with documentation standards.

This message will also be forwarded to Upwork's LegalNotices department. The Illinois Right of Publicity Act (765 ILCS 1075) prohibits the unauthorized commercial use of a person's identity—including their name and licensed professional credentials—without consent. This statute governs regardless of platform policy, and Upwork has no legal authority to override it. If I do not receive acknowledgment of the fourth formal invocation of these statutory rights within two (2) business days, I will be forced to seek legal recourse.

Respectfully,
Evan J Cronin, CPA

Evan J Cronin
EvanJC14@gmail.com|(267) 261-3116

Paragraph

Add file

Mark as solved

Submit

Upwork Dashboard
About Us
Learning Hub
Trust, Safety & Security
Upwork Foundation
Terms of Service
Privacy Policy
Accessibility
Desktop App
Cookie Policy
Enterprise Solutions

Follow Us

Mobile app

© 2015 - 2025 Upwork® Global Inc.

signNow

# Document History

SignNow E-Signature Audit Log

All dates expressed in MM/DD/YYYY (US)

**Document name:** Upwork Support Case ID 51489662 (04.16.2025)
**Document created:** 04/16/2025 12:28:55
**Document pages:** 16
**Document ID:** c281485ad22d4314967b179321099403f76382a8
**Document Sent:**
**Document Status:**
**Sender:** evan@cronintaxservices.com
**Signers:**
**CC:**

| Client | Event | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|
| SignNow Web Application | Uploaded the Document | evan@cronintaxservices.com | 04/16/2025 12:28:55 pm UTC | 04/16/2025 12:28:29 pm UTC | 172.56.17.63 |
| SignNow Web Application | Viewed the Document | evan@cronintaxservices.com | 04/16/2025 12:29:01 pm UTC | 04/16/2025 12:29:00 pm UTC | 172.56.17.63 |
| SignNow Web Application | Document Saved | evan@cronintaxservices.com | 04/16/2025 12:29:40 pm UTC | 04/16/2025 12:29:39 pm UTC | 172.56.17.63 |
| SignNow Web Application | Invite Sent to: evanjc14@gmail.com | evan@cronintaxservices.com | 04/16/2025 12:29:51 pm UTC | 04/16/2025 12:29:50 pm UTC | 172.56.17.63 |
| SignNow Web Application | Viewed the Document | evanjc14@gmail.com | 04/16/2025 12:30:09 pm UTC | 04/16/2025 12:30:09 pm UTC | 91.246.58.171 |
| SignNow Web Application | Viewed the Document | evanjc14@gmail.com | 04/16/2025 12:30:34 pm UTC | 04/16/2025 12:30:07 pm UTC | 216.68.10.133 |
| SignNow Web Application | Invite Canceled for: evanjc14@gmail.com | evan@cronintaxservices.com | 04/16/2025 12:31:45 pm UTC | 04/16/2025 12:31:44 pm UTC | 172.56.17.63 |
| SignNow Web Application | Viewed the Document | evan@cronintaxservices.com | 04/16/2025 12:31:53 pm UTC | 04/16/2025 12:31:53 pm UTC | 172.56.17.63 |
| SignNow Web Application | Viewed the Document | evan@cronintaxservices.com | 04/16/2025 12:32:12 pm UTC | 04/16/2025 12:32:12 pm UTC | 172.56.17.63 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 2

## April 1, 2025 Notice to legalnotices@upwork.com, with Upwork's Automated Proof-of-Receipt Replies

**Date / Operational Origin:** Email sent by Plaintiff on April 1, 2025 at 6:30 p.m. from his Upwork-registered email account, evanjc14@gmail.com, to legalnotices@upwork.com — the address the User Agreement designates for notice of a Claim — together with the automated reply emails received from legalnotices+noreply@upwork.com at 6:30 p.m. the same day. The automated reply states: "If you are providing notice required under our Terms of Service, this email will serve as your proof of receipt." The automated replies are reproduced because they are the record of receipt, not merely of transmission.

*— Document follows this cover page —*

Gmail

Evan Cronin <evanjc14@gmail.com>

# [Upwork Help] Re: Freelancer - Other - Hi, I need to report a violation of Upwork's Terms of Service. My name and CPA credentials are being use...

**Evan Cronin** <evanjc14@gmail.com> Tue, Apr 1, 2025 at 6:30 PM
To: legalnotices@upwork.com

***This message is submitted as a formal continuation of my statutory rights assertion under the Illinois Right of Publicity Act (765 ILCS 1075) and related professional licensing laws. It serves as my FOURTH FORMAL REQUEST for action and documentation concerning the unauthorized use of my name, CPA license, and professional identity on the Upwork platform.***

Dear Upwork Legal,

Please find below the full correspondence chain regarding the unauthorized use of my name, CPA license, and professional identity on the Upwork platform by the agency operating under the name "Fractional Tax, Inc."

This thread contains:

- **Four prior formal submissions** invoking my rights under the **Illinois Right of Publicity Act (765 ILCS 1075)**;
- **Written acknowledgment from Upwork personnel** (March 29, 2025) that I was **not the individual** submitting proposals to clients;
- Documentation that the agency in question, **Fractional Tax, Inc., has had its corporate charter revoked** and is therefore operating unlawfully;
- A clear deadline for action: **7:00 PM UTC on April 3, 2025**.

I am submitting this message as a **final legal notice**. Continued failure to act will result in enforcement proceedings and formal legal service as outlined.

Please **confirm receipt and acknowledgment** of the invocation of my **legally protected rights under Illinois State Law** and direct all further legal correspondence accordingly.

Sincerely,
**Evan J Cronin, CPA**

Evan J Cronin
EvanJC14@gmail.com|(267) 261-3116

[Quoted text hidden]

Gmail

Evan Cronin <evanjc14@gmail.com>

# [Upwork Help] Re: Freelancer - Other - Hi, I need to report a violation of Upwork's Terms of Service. My name and CPA credentials are being use...

**LegalNotices** <legalnotices+noreply@upwork.com> Tue, Apr 1, 2025 at 6:30 PM
To: evanjc14@gmail.com

Hello,

Thank you for emailing Upwork Inc. Legal Notices. If you are providing notice required under our Terms of Service, this email will serve as your proof of receipt. Please note we do not waive any legal service of process requirements.

If you are a user of Upwork.com, for a quicker response, please direct any questions on using the website, including questions on closing your account, to our customer service team at https://support.upwork.com. You can find more information on closing your account in this helpful article: https://support.upwork.com/hc/en-us/articles/211067588-Close-my-account

Thank you,

Upwork Legal Team

Gmail

Evan Cronin <evanjc14@gmail.com>

# [Upwork Help] Re: Freelancer - Other - Hi, I need to report a violation of Upwork's Terms of Service. My name and CPA credentials are being use...

**LegalNotices** <legalnotices+noreply@upwork.com> Tue, Apr 1, 2025 at 6:30 PM
To: evanjc14@gmail.com

Hello,

Thank you for emailing Upwork Inc. Legal Notices. If you are providing notice required under our Terms of Service, this email will serve as your proof of receipt. Please note we do not waive any legal service of process requirements.

If you are a user of Upwork.com, for a quicker response, please direct any questions on using the website, including questions on closing your account, to our customer service team at https://support.upwork.com. You can find more information on closing your account in this helpful article: https://support.upwork.com/hc/en-us/articles/211067588-Close-my-account

Thank you,

Upwork Legal Team

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 3

## Professional Statement to Upwork, Dated April 16, 2025

**Date / Operational Origin:** Statement prepared and executed by Plaintiff on April 16, 2025 in his capacity as a licensed Certified Public Accountant whose name, credentials, and professional identity had been used in client-facing Upwork solicitations. It consolidates his prior communications with Upwork and preserves his professional position regarding the identity, licensing, ethical, and regulatory concerns already reported. At page 9, under the heading "Closing and Preservation Statement," it advises Upwork: "As such, unless requested otherwise by an appropriate authority, I consider this the close of my personal correspondence with Upwork. Further communications will likely proceed through designated representation." This exhibit also includes the SignNow electronic-signature audit log for the document, which reflects its creation and execution on April 16, 2025.

*— Document follows this cover page —*

# Professional Statement to Upwork

**Date:** April 16, 2025 (Chicago, IL)

**Prepared By:** Evan J Cronin, CPA

This Professional Statement to Upwork is submitted solely in my individual capacity as a licensed CPA, acting independently and without the benefit of legal representation. It is prepared in accordance with what I believe to be my professional responsibilities and my understanding of the ethical standards that support the public good, the integrity of honest work, and the people who rely upon that integrity.

This Professional Statement reflects my understanding of the matter and my actions, informed by the information available to me at the time and supported by contemporaneous documentation. It consolidates the procedural history of my outreach to Upwork—including formal assertions, written correspondence, and submitted materials—and is preserved here as part of the record.

Time references in this statement are intended to be expressed in Chicago local time, reflecting my personal residency. Efforts have been made to apply this time standard consistently across prior communications and documentation.

I reserve the right to clarify, supplement, or correct this statement as additional information becomes available or if further context is required.

## To Whom It May Concern,

Upwork markets itself as a global platform committed to professional integrity and user safety. As President and CEO Hayden Brown describes[1]:

> ***"Our mission to create economic opportunities so people have better lives has taken us so much further. As a result, we've become the world's work marketplace where every day businesses of all sizes and independent talent from around the globe meet here to accomplish incredible things."***
>
> ***"In fact, we designed it that way. Our work marketplace aligns the goals of our clients with the goals of talent on Upwork so that outcomes are better and everyone grows in the same direction. You'll find tools to***

[1] Brown, Hayden. n.d. "About Us." Upwork. Accessed April 14, 2025. https://www.upwork.com/about.

***develop your skills, evolve your business, and gain the control and freedom you need for success."***

***"We see your vision, and everything we do is an effort to help you make the connections that will turn that vision into reality, by building your Virtual Talent Bench of trusted people."***

***"I can say with confidence that the Upwork team - the team that serves you the talent and you the client - is still driven by our mission to create economic opportunity for our people around the world.***

***You're our people now, and we're glad that you're here."***

Messaging of this nature, to me, reflects an understanding of professional responsibility. When such values are publicly expressed—by the President and CEO—they carry with them a baseline expectation of response, particularly in matters implicating professional identity and regulatory oversight. At minimum, one would expect the platform to act on a report involving the identity and credentials of a licensed, regulated practitioner.

These publicly expressed values have not reflected my user experience. As documented in Support Case #51489662[2], Upwork declined to engage meaningfully despite repeated, clearly articulated, and documented concerns—including concerns the company acknowledged, but did not substantively act upon. In its correspondence, the platform confirmed that I was not the author of proposals at issue. I relayed that understanding in my April 1 message, and no correction was issued.

I escalated my concerns through a series of narrowly scoped requests grounded in ethical obligations, licensing responsibilities, and protections under the Illinois Right of Publicity Act (765 ILCS 1075).

# Table of Contents

**Date:** April 16, 2025 (Chicago, IL)........................................................ 0
**Prepared By:** Evan J Cronin, CPA........................................................ 0
**To Whom It May Concern,**........................................................ **0**
**Table of Contents**........................................................ **1**
**I. Statement Purpose and Regulatory Context**........................................................**2**
**II. Upwork's Design; Upwork's Words**........................................................**2**

[2] Cronin, Evan J., and Upwork Global Inc. 2025. "Case Id #51489662." Upwork Support. https://support.upwork.com/hc/en-us/requests/51489662.

**III. Summary of Formal Requests............................................................ 3**
III.1 – March 28, 2025 – Initial Notice, Statutory Invocation, and Evidentiary Submission..........................................................................................3
III.1.1-EJC-1 – 2:37 PM CT – March 28, 2025...............................................3
III.1.2-EJC-2 – 3:43 PM CT – March 28, 2025...............................................3
III.2 – March 29, 2025 – Platform Response and Authorship Acknowledgment 4
III.2.3-UPW-1 – 4:22 PM CT – March 29, 2025............................................4
III.2.4-UPW-2 – 7:16 PM CT – March 29, 2025............................................5
III.2.5-EJC-1 – 10:20 PM CT – March 29, 2025............................................5
III.2.6-UPW-3 – 10:48 PM CT – March 29, 2025..........................................6
III.3 – April 1, 2025 – Exhaustion Leads to Enforcement Deadline................ 6
III.3.7-EJC-1 – 2:33 AM CT – April 1, 2025................................................. 6
III.3.8-UPW-1 – 5:50 PM CT – April 1, 2025.................................................7
III.3.9–EJC-2 – 6:24 PM CT / 6:30 PM CT – April 1, 2025............................7
**IV. Professional Reflection on Platform Design....................................... 8**
**V. Risk Management and Disclosures.........................................................8**
**VI. Closing and Preservation Statement.....................................................8**
**VII. References............................................................................................. 9**

# I. Statement Purpose and Regulatory Context

This submission documents the steps I took to address concerns regarding the commercial misuse of my professional identity on Upwork as it relates to proposals and client-facing materials that falsely attributed my involvement in ways that appear to have been facilitated by features of Upwork's platform design.

# II. Upwork's Design; Upwork's Words

The following excerpts are direct quotes from Upwork's public-facing materials.

1. ***"Business managers can submit a proposal on behalf of any agency member."***

– Upwork Help Center: Agency Proposals and Offers[3]

[3] Upwork Global Inc. n.d. "Agency proposals and offers – Upwork Customer Service & Support | Upwork Help." Upwork Help Center. Accessed April 14, 2025. https://support.upwork.com/hc/en-us/articles/360009524274-Agency-proposals-and-offers.

2. ***"They can also edit or withdraw all agency proposals, as well as accept or decline all offers."***

– Upwork Help Center: Agency Proposals and Offers

3. ***"Contracts with the agency are created at the individual freelancer profile level, even while agency contract earnings roll up to the agency."***

– Upwork Help Center: Agency Proposals and Offers

4. ***"Only agency owners and business managers can access financial data, make changes to contracts, and manage proposals."***

– Upwork Help Center: Agency Settings and Permissions[4]

5. ***"Both the contracted agency member and all business managers can submit milestones on fixed-price contracts."***

– Upwork Help Center: Agency Contracts

Upwork's design enables structuring that may obscure for clients who submitted a proposal, who is managing their contract, or who is handling their deliverables.

# III. Summary of Formal Requests

(March 28, 2025 – April 1, 2025)

This section outlines the formal requests submitted to Upwork Trust & Safety and Upwork Legal between March 28 and April 1, 2025. "CT" refers to the U.S. Central Time Zone.

## III.1 – March 28, 2025 – Initial Notice, Statutory Invocation, and Evidentiary Submission

### III.1.1-EJC-1 – 2:37 PM CT – March 28, 2025

I submitted an initial message through Upwork's directed support channel to open a case and requested an escalated review. I provided a brief summary stating that

[4] Upwork Global Inc. n.d. "Agency settings and permissions – Upwork Customer Service & Support | Upwork Help." Build Your Agency. Accessed April 14, 2025. https://support.upwork.com/hc/en-us/articles/360009646553-Agency-settings-and-permissions.

my name and CPA credentials were being misused in client-facing proposals, and that I had supporting documentation.

### III.1.2-EJC-2 – 3:43 PM CT – March 28, 2025

I submitted a formal follow-up directly addressed to Upwork Trust & Safety detailing concerns about the misuse of my professional identity in connection with client-facing proposals and the Fractional Tax, Inc. agency account.

I included four documented examples of misuse, with three proposal screenshots attached. One (Mario Cvetic) included an internal Slack message confirming the agency was aware it was not a licensed CPA firm. A fourth proposal (Zephrina/ZMC) was described but not attached.

I requested a full record of how my name, image, or CPA credential had been used across all proposals, messages, or deliverables associated with the agency account, citing potential regulatory and reputational risk. I emphasized the limited visibility available to me as an agency member and the need for a complete audit trail. I stated the request was made in good faith pursuant to the Illinois Right of Publicity Act (765 ILCS 1075), with reference to my residency in Illinois and my responsibilities as a licensed CPA.

## III.2 – March 29, 2025 – Platform Response and Authorship Acknowledgment

### III.2.3-UPW-1 – 4:22 PM CT – March 29, 2025

Upwork Support responded on March 29 by acknowledging receipt of my report and reflecting its framing as a "serious violation of Upwork Terms of Service."

> ***"I understand you would like to report a serious violation of Upwork Terms of Service by an agency you're a part of, please allow me to assist."***

The message further expressed empathy, describing the situation as "incredibly stressful" and affirming that it was "upsetting." Taken together, this language indicated that the concern had been received and understood as significant in both substance and personal impact.

> ***"I'm really sorry to hear you're going through this frustrating situation; it must be incredibly stressful. I can imagine how upsetting this situation would be, and I'm here to assist you to alleviate some of that frustration."***

Upwork then cited its agency policy stating that business managers are permitted to submit proposals on behalf of agency members[5].

> ***"To help keep agency workflows centralized and running smoothly, business managers can submit a proposal on behalf of any agency member."***

Upwork concluded by stating that my case did not constitute a Terms of Service violation and advised me to leave the agency if I had concerns, despite its apparent acknowledgment of the seriousness of the issue.

> ***"After consulting with our team, we are able to confirm that this does not constitute a violation. You have the option to leave the agency if you feel that your team is using your name and CPA credentials without your consent or if the business managers are submitting proposals on your behalf."***

## III.2.4-UPW-2 – 7:16 PM CT – March 29, 2025

Later that same day, Upwork Trust & Safety (Keem) responded with a separate message that appeared to reopen the issue internally after Upwork's prior determination that no Terms of Service violation had occurred.

> ***"We received your recent report of a possible violation on Upwork and we wanted to take a moment to thank you.***
>
> ***We take all customer reports very seriously. To help us better investigate, we would appreciate any details you can provide. If possible, please reply to this email with the User ID of the agency and freelancer and proof that they are using your name to sign off work."***

Upwork acknowledged receipt of my report, thanked me for submitting it, and requested additional documentation to assist with further evaluation—including the agency and freelancer User IDs, and proof that my name was being used to sign off on work. Keem stated that this information would help Upwork determine what action to take.

## III.2.5-EJC-1 – 10:20 PM CT – March 29, 2025

I responded cordially to Upwork's request for additional information and politely reiterated the seriousness of the matter, including the statutory notice previously

---

[5] Upwork Global Inc. n.d. "Agency proposals and offers – Upwork Customer Service & Support | Upwork Help." Upwork Help Center. Accessed April 14, 2025. https://support.upwork.com/hc/en-us/articles/360009524274-Agency-proposals-and-offers.

submitted under the Illinois Right of Publicity Act (765 ILCS 1075). I again summarized my concerns, provided additional documentation, and formally restated my request for insight into how my identity was being commercialized on Upwork's platform.

### III.2.6-UPW-3 – 10:48 PM CT – March 29, 2025

Upwork, through its Trust & Safety team issued its most substantive acknowledgment to date.

The message began:

> ***"Thank you for the important information that you shared. I can understand the urgency of this issue to get straightened out."***

This affirmed that the matter was understood by both parties as both time-sensitive and significant.

Upwork continued:

> ***"We are collating all of this information to establish the violation.***
>
> ***We need additional clarification as we build solid evidence to use as a basis of our action."***

This indicated that my documentation was being treated as credible and warranted further attention.

Upwork also acknowledged that I was not the individual who submitted the client-facing materials:

> ***"On the screenshots, that you have shared, it appears that you were not the one who sent these services to clients."***

At no point did Upwork challenge the statutory basis of my submission or the documentation provided.

## III.3 – April 1, 2025 – Exhaustion Leads to Enforcement Deadline

### III.3.7-EJC-1 – 2:33 AM CT – April 1, 2025

**Submission of Clarifying Documentation and Third Formal Request for Platform Action**

In response to Upwork's March 29 inquiry, I submitted a third formal message addressed to Trust & Safety representative Travis. I reiterated my statutory position under the Illinois Right of Publicity Act (765 ILCS 1075), clarified the nature of my agency affiliation, and formally responded to the platform's request for additional context. I again requested that action be taken.

Two additional supporting documents were attached:

1. **A Delaware Division of Corporations Status, Tax & History Information Report**, pulled on March 31, 2025 at 4:14:17 PM CT, reflecting that Fractional Tax Inc.'s charter was listed as "void" as of March 9, 2025. This public record documented the agency's loss of good standing during the relevant period.

2. **A comprehensive PDF record titled *Formal and Final Notice Regarding Use of Name, Likeness, and Client-Facing Representation***, providing Upwork with contemporaneous documentation confirming that I had directly objected to the use of my professional identity.

This message provided additional supporting documentation, context, and structural clarification.

## III.3.8-UPW-1 – 5:50 PM CT – April 1, 2025

**Upwork Requests Documentation Already in Possession**

At 5:50 PM CT on April 1, 2025, Upwork responded to the documentation and third formal statutory assertion I had submitted earlier that day. Upwork acknowledged receipt stating:

> ***"Thank you for your reply and for providing the above information."***

Upwork then requested three new categories of documentation:

1. ***"screenshots showing the Agency sent proposals using your credentials that you did not approve"***

2. ***"screenshots of contracts where your credentials were used but did not involve you as the direct freelancer working with the client"***

3. ***"screenshots of any additional information showing the violation"***

The request included documentation clearly already provided and acknowledged by Upwork, as well as categories—such as screenshots of unapproved actions—that are not reasonably subject to evidentiary capture.

### III.3.9–EJC-2 – 6:24 PM CT / 6:30 PM CT – April 1, 2025

**Fourth Formal Request, Escalation and Referral to Upwork Legal**

Despite mutually stated recognition of the issue's urgency—and a shared acknowledgment of its stressful and frustrating nature—Upwork's responses failed to substantively engage with the legal and evidentiary concerns I had raised.

In light of my professional obligations, I concluded that continued correspondence was no longer tenable. I set a final enforcement deadline of 7:00 PM UTC (2:00 PM CT) on April 3, 2025, stating that failure to take corrective action by that time would trigger regulatory and legal action. The support thread and accompanying documentation were concurrently forwarded to Upwork Legal, and I received confirmation of receipt dated April 1, 2025, at 6:30 PM CT.

# IV. Professional Reflection on Platform Design

The events documented were not solely the result of case-level oversight but rather reflect structural conditions inherent in Upwork's platform design. I submitted factual documentation, cited relevant statutory protections, and articulated professional obligations tied to my licensure. I responded to the platform's requests in good faith, providing timely and thorough documentation. Key assertions were acknowledged—including recognition that client-facing proposals had been submitted under my name without authorship—yet the matter remained unresolved.

Viewed in this context, the issue extends beyond individual handling and points to a systemic flaw. Upwork's platform design enables third parties to transmit first-person–style communications under another freelancer's name, creating the conditions for false attribution and implied authorship.

# V. Risk Management and Disclosures

In light of documented events, I have made precautionary disclosures consistent with my professional responsibilities and ethical judgment.

# VI. Closing and Preservation Statement

As of April 2, 2025 at 5:55 PM CT, Upwork's support system recorded internal activity on the case following my final message on April 1, 2025; no further correspondence was received.

This statement reflects the full extent of my good-faith efforts, undertaken independently and in my professional capacity as a licensed CPA, to raise, clarify, and attempt to address the serious concerns documented. It reflects not only personal concern, but a professional obligation to document and respond to structural conditions that pose risk to the public trust.

My steps—including statutory notice, evidentiary submission, and repeated escalation—have been measured and grounded in the professional responsibilities that govern licensed practice, as well as the ethical standards Upwork publicly associates with its role as the self-described "world's work marketplace."

While I have documented the record to the best of my ability, I acknowledge that I do not yet know the full scope of harm or exposure. Although the matter directly involves Upwork, I have received no meaningful assistance from the company and have had to manage the situation independently, in my professional capacity, to the fullest extent I am able as an individual.

As such, unless requested otherwise by an appropriate authority, I consider this the close of my personal correspondence with Upwork. Further communications will likely proceed through designated representation.

This statement is submitted without prejudice to any future legal action or regulatory review and should not be interpreted as a waiver of any rights, claims, defenses, or remedies available under law.

Respectfully submitted,



**Evan J Cronin, CPA**
04/16/2025

# VII. References

Brown, Hayden. n.d. "About Us." Upwork. Accessed April 14, 2025. https://www.upwork.com/about.

Cronin, Evan J., and Upwork Global Inc. 2025. "Case Id #51489662." Upwork Support. https://support.upwork.com/hc/en-us/requests/51489662.

Fractional Tax, Inc. n.d. "Upwork Agency Profile: Fractional Tax, Inc." Upwork. Accessed April 14, 2025. https://www.upwork.com/agencies/1782780848665907200/.

"765 ILCS 1075." 1999. Illinois General Assembly. https://www.ilga.gov/legislation/ilcs/ilcs3.asp?ActID=2241.

Upwork Global Inc. n.d. "Agency Contracts – Upwork Customer Service & Support | Upwork Help." Upwork Help Center. Accessed April 14, 2025. https://support.upwork.com/hc/en-us/articles/360009646893-Agency-Contracts.

Upwork Global Inc. n.d. "Agency Finances – Upwork Customer Service & Support | Upwork Help." Upwork Help Center. Accessed April 14, 2025. https://support.upwork.com/hc/en-us/articles/360009524554-Agency-Finances.

Upwork Global Inc. n.d. "Agency proposals and offers – Upwork Customer Service & Support | Upwork Help." Upwork Help Center. Accessed April 14, 2025. https://support.upwork.com/hc/en-us/articles/360009524274-Agency-proposals-and-offers.

Upwork Global Inc. n.d. “Agency settings and permissions – Upwork Customer Service & Support | Upwork Help.” Build Your Agency. Accessed April 14, 2025. https://support.upwork.com/hc/en-us/articles/360009646553-Agency-settings-and-permissions.

Upwork Global Inc. n.d. “How to communicate professionally on Upwork – Upwork Customer Service & Support | Upwork Help.” Upwork Help Center. Accessed April 14, 2025. https://support.upwork.com/hc/en-us/articles/1500007951322-How-to-communicate-professionally-on-Upwork.

Upwork Global Inc. n.d. “Leave an Agency – Upwork Customer Service & Support | Upwork Help.” Upwork Help Center. Accessed April 14, 2025. https://support.upwork.com/hc/en-us/articles/360009523714-Leave-an-Agency.

Upwork Global Inc. n.d. “Security and Privacy.” Upwork. Accessed April 14, 2025. https://www.upwork.com/trust-and-safety/security/#w-tabs-1-data-w-pane-1.

Upwork Global Inc. n.d. “Submit a request – Upwork Customer Service & Support | Upwork Help.” Upwork Help Center. Accessed April 14, 2025.

https://support.upwork.com/hc/en-us/requests/new?ticket_form_id=3964.

Upwork Global Inc. n.d. "Upwork Trust & Safety – Upwork Customer Service & Support | Upwork Help." Upwork Trust & Safety. Accessed April 14, 2025. https://support.upwork.com/hc/en-us/articles/25205969832083-Upwork-Trust-Safety.

Upwork Global Inc. n.d. "Work for an agency – Upwork Customer Service & Support | Upwork Help." Upwork Help Center. Accessed April 14, 2025. https://support.upwork.com/hc/en-us/articles/211062608-Work-for-an-agency.

signNow

## Document History

SignNow E-Signature Audit Log

All dates expressed in MM/DD/YYYY (US)

**Document name:** Professional Statement to Upwork (04.16.2025)
**Document created:** 04/16/2025 12:24:00
**Document pages:** 13
**Document ID:** 939faadf97cf46eeae723702d6be631bc0e497eb
**Document Sent:**
**Document Status:**
**Sender:** evan@cronintaxservices.com
**Signers:**
**CC:**

| Client | Event | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|
| SignNow Web Application | Uploaded the Document | evan@cronintaxservices.com | 04/16/2025 12:24:00 pm UTC | 04/16/2025 12:23:57 pm UTC | 172.56.17.63 |
| SignNow Web Application | Viewed the Document | evan@cronintaxservices.com | 04/16/2025 12:24:07 pm UTC | 04/16/2025 12:24:07 pm UTC | 172.56.17.63 |
| SignNow Web Application | Signed the Document | evan@cronintaxservices.com | 04/16/2025 12:25:40 pm UTC | 04/16/2025 12:25:40 pm UTC | 172.56.17.63 |
| SignNow Web Application | Document Saved | evan@cronintaxservices.com | 04/16/2025 12:25:40 pm UTC | 04/16/2025 12:25:40 pm UTC | 172.56.17.63 |
| SignNow Web Application | Added a Text | evan@cronintaxservices.com | 04/16/2025 12:25:40 pm UTC | 04/16/2025 12:25:40 pm UTC | 172.56.17.63 |
| SignNow Web Application | Viewed the Document | evan@cronintaxservices.com | 04/16/2025 12:26:07 pm UTC | 04/16/2025 12:26:07 pm UTC | 172.56.17.63 |
| SignNow Web Application | Document Saved | evan@cronintaxservices.com | 04/16/2025 12:26:53 pm UTC | 04/16/2025 12:26:53 pm UTC | 172.56.17.63 |
| SignNow Web Application | Invite Sent to: evanjc14@gmail.com | evan@cronintaxservices.com | 04/16/2025 12:27:09 pm UTC | 04/16/2025 12:27:08 pm UTC | 172.56.17.63 |
| SignNow Web Application | Viewed the Document | evanjc14@gmail.com | 04/16/2025 12:27:42 pm UTC | 04/16/2025 12:27:42 pm UTC | 91.246.58.171 |
| SignNow Web Application | Viewed the Document | evanjc14@gmail.com | 04/16/2025 12:28:00 pm UTC | 04/16/2025 12:27:49 pm UTC | 199.250.251.37 |
| SignNow Web Application | Invite Canceled for: evanjc14@gmail.com | evan@cronintaxservices.com | 04/16/2025 12:31:35 pm UTC | 04/16/2025 12:31:34 pm UTC | 172.56.17.63 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 4

## April 16, 2025 Transmittal Email of the Professional Statement

**Date / Operational Origin:** Email of April 16, 2025 at 7:43 a.m. by which Plaintiff transmitted the Professional Statement to Upwork's designated legal-notice address, legalnotices@upwork.com, together with the automated response received. The email lists its two attachments by name and size: the Professional Statement (Exhibit 3) and the SignNow file of the support-case record (Exhibit 1). Plaintiff also uploaded both files to Support Case No. 51489662 the same day. Included because it establishes the date and channel by which the documents at Exhibits 1 and 3 reached Upwork.

*— Document follows this cover page —*

Gmail

Evan Cronin <evanjc14@gmail.com>

# [Upwork Help] Re: Freelancer - Other - Hi, I need to report a violation of Upwork's Terms of Service. My name and CPA credentials are being use...

**Evan Cronin** <evanjc14@gmail.com> Wed, Apr 16, 2025 at 7:43 AM
To: legalnotices@upwork.com

Hello,

Please see attached.

Respectfully,
Evan J Cronin, CPA

Evan J Cronin
EvanJC14@gmail.com|(267) 261-3116

[Quoted text hidden]

**2 attachments**

**Professional Statement to Upwork (04.16.2025).pdf**
395K

**Upwork Support Case ID 51489662 (04.16.2025).pdf**
7258K

Gmail

Evan Cronin <evanjc14@gmail.com>

## [Upwork Help] Re: Freelancer - Other - Hi, I need to report a violation of Upwork's Terms of Service. My name and CPA credentials are being use...

**LegalNotices** <legalnotices+noreply@upwork.com> Wed, Apr 16, 2025 at 7:43 AM
To: evanjc14@gmail.com

Hello,

Thank you for emailing Upwork Inc. Legal Notices. If you are providing notice required under our Terms of Service, this email will serve as your proof of receipt. Please note we do not waive any legal service of process requirements.

If you are a user of Upwork.com, for a quicker response, please direct any questions on using the website, including questions on closing your account, to our customer service team at https://support.upwork.com. You can find more information on closing your account in this helpful article: https://support.upwork.com/hc/en-us/articles/211067588-Close-my-account

Thank you,

Upwork Legal Team

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 5

## Screenshots of Support-Case Dashboard "Last Activity" Entries, April 16–17, 2025

**Date / Operational Origin:** Four screenshots Plaintiff captured on April 16 and April 17, 2025 of the "Last activity" entries then displayed on the support-case dashboard for Case No. 51489662, each preserved by email the same day. The entries reflect activity at 8:08 a.m., 5:01 p.m., and 9:32 p.m. on April 16, 2025, and at 2:35 p.m. on April 17, 2025. None corresponded to any communication from Upwork to Plaintiff. The screenshots are offered to show the dashboard entries Plaintiff preserved and when he preserved them, and not as proof of Upwork's internal reason for any entry.

*— Document follows this cover page —*

12:56

| | |
|---|---|
| Id | #51489662 |
| Status | Open |
| Created | March 28, 2025 at 2:37 PM |
| Last activity | Today, 8:08 AM |
| Requester | Evan Cronin |
| CCs | Noel<br>Yosef Mahmood<br>Anastasiia Dryha |

## Attachments

Upwork_Eric_(02.28.2025).png
(60 KB)
Upwork_Jerome_(03.27.2025).png
(60 KB)
Upwork_Mario_(03.03.2025_Audit Ex).png
(90 KB)
IMG_0304.PNG
(500 KB)
Upwork Agency Profile.pdf
(900 KB)
Fractional Agency 300+ entities served claim.png
(400 KB)
Formal and Final Notice Regarding Use of Name, Likeness, and Client-Facing Repre.pdf
(300 KB)
Delaware Charter Revocation – Fractional Tax Inc. (Revoked as of 3-9-2025).pdf
(60 KB)
Professional Statement to Upwork (04.16.2025).pdf
(400 KB)
Professional Statement to Upwork (04.16.2025).pdf
(400 KB)
Upwork Support Case ID 51489662 (04.16.2025).pdf
(7 MB)

support.upwork.com

*IMG_0712 — Dashboard "Last activity" — April 16, 2025, 8:08 AM CT*




*IMG_0717 — Dashboard "Last activity" — April 16, 2025, 5:01 PM CT*



10:26

73

Add file

Mark as solved

Submit

| | |
|---|---|
| Id | #51489662 |
| Status | Open |
| Created | March 28, 2025 at 2:37 PM |
| Last activity | Today, 9:32 PM |
| Requester | Evan Cronin |
| CCs | Noel<br>Yosef Mahmood<br>Anastasiia Dryha |

Attachments

Upwork_Eric_(02.28.2025).png
(60 KB)
Upwork_Jerome_(03.27.2025).png
(60 KB)
Upwork_Mario_(03.03.2025_Audit Ex).png
(90 KB)
IMG_0304.PNG
(500 KB)
Upwork Agency Profile.pdf
(900 KB)
Fractional Agency 300+ entities served claim.png
(400 KB)
Formal and Final Notice Regarding Use of Name, Likeness, and Client-Facing Repre.pdf
(300 KB)
Delaware Charter Revocation – Fractional Tax Inc. (Revoked as of 3-9-2025).pdf
(60 KB)
Professional Statement to Upwork (04.16.2025).pdf
(400 KB)
Professional Statement to Upwork (04.16.2025).pdf
(400 KB)
Upwork Support Case ID 51489662 (04.16.2025).pdf
(7 MB)

Upwork Dashboard

support.upwork.com

*IMG_0718 — Dashboard "Last activity" — April 16, 2025, 9:32 PM CT*

11:29 23

Mark as solved | Submit

| | |
|---|---|
| Id | #51489662 |
| Status | Open |
| Created | March 28, 2025 at 2:37 PM |
| Last activity | Today, 2:35 PM |
| Requester | Evan Cronin |
| CCs | Noel<br>Yosef Mahmood<br>Anastasiia Dryha |

## Attachments

Upwork_Eric_(02.28.2025).png
(60 KB)
Upwork_Jerome_(03.27.2025).png
(60 KB)
Upwork_Mario_(03.03.2025_Audit Ex).png
(90 KB)
IMG_0304.PNG
(500 KB)
Upwork Agency Profile.pdf
(900 KB)
Fractional Agency 300+ entities served claim.png
(400 KB)
Formal and Final Notice Regarding Use of Name, Likeness, and Client-Facing Repre.pdf
(300 KB)
Delaware Charter Revocation – Fractional Tax Inc. (Revoked as of 3-9-2025).pdf
(60 KB)
Professional Statement to Upwork (04.16.2025).pdf
(400 KB)
Professional Statement to Upwork (04.16.2025).pdf
(400 KB)
Upwork Support Case ID 51489662 (04.16.2025).pdf
(7 MB)

Upwork Dashboard

support.upwork.com

*IMG_0747 — Dashboard "Last activity" — April 17, 2025, 2:35 PM CT*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220

Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 6

## Demand Letter of Pullman & Comley Dated April 29, 2025

**Date / Operational Origin:** Demand letter dated April 29, 2025, prepared by attorney Russell F. Anderson of Pullman & Comley, Plaintiff's then-retained counsel, and transmitted on his behalf to legalnotices@upwork.com. The letter requests a resolution by May 8, 2025. It was sent as the "designated representation" Plaintiff had told Upwork on April 16 would carry further communications on this matter. At page 3, the letter advises that a class action on behalf of other affected freelancers was under consideration. The letter is reproduced without its enclosures (client-facing solicitation screenshots), which are not material to this Motion.

*— Document follows this cover page —*

PULLMAN & COMLEY

**Russell F. Anderson**
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
p 203 330 2271
f 203 576 8888
randerson@pullcom.com
www.pullcom.com

**Sent via Email to legalnotices@upwork.com**

April 29, 2025

Upwork Global Inc.
530 Lytton Ave
Suite 301
Palo Alto, CA 94301
Attn: General Counsel

**Re: Violations of Illinois Uniform Deceptive Trade Practices Act ("UDTPA"), Consumer Fraud and Deceptive Business Practices Act ("CFDBPA"), common law trademark, and Upwork Privacy Policy and Terms of Use**

To Whom it May Concern,

This firm represents Evan J. Cronin ("Cronin"), a CPA licensed in Illinois, Pennsylvania, and California. Cronin has two profiles on Upwork's platform – one for himself and one for his CPA company, Evan J Cronin CPA & Tax Services.[1, 2] Cronin previously had a relationship as a contractor with another Upwork user, Fractional Tax, Inc. ("Fractional").[3] Cronin became a contractor with Fractional in December 2024 and Fractional added him as an agency member to their Upwork profile in February 2025.

Almost immediately after adding Cronin as an agency member to their Upwork profile, Fractional messaged potential clients in Cronin's name (the "Postings") (see attached Exhibits). He became aware of them only when prospective clients messaged him directly in response to the Postings.

Fractional published the Postings, which they sent to prospective clients pretending to be Cronin – that is, they seemingly came from Cronin's Upwork profile under his likeness and identity. They fraudulently misrepresented that Cronin owned or operated Fractional, and offered services to potential clients that Cronin is not licensed to provide. Cronin does not run Fractional as they fraudulently told prospective clients. He is not their CPA of record, and he had only been affiliated with them for a few weeks as a contractor at the onset of the fraudulent Postings.

[1] Evan Cronin: https://www.upwork.com/freelancers/~011a13ffac06358218
[2] Evan J Cronin CPA & Tax Services: https://www.upwork.com/agencies/1855888236213517446/
[3] Fractional Tax, Inc.: https://www.upwork.com/agencies/1782780848665907200/

PULLMAN
& COMLEY



As is clear from the attached Exhibits, the Postings did not come from Fractional's Upwork account. They appear to have been published by Cronin directly. The sender identifies themselves as Cronin, states that Cronin runs Fractional, offers services ostensibly to be performed by Cronin, and signs the Postings in Cronin's name. Unequivocally, Cronin did not make those Postings, nor did he not authorize Fractional to publish the Postings in his name. Rather, Fractional fraudulently published the Postings to solicit customers, intending that they appear to be from Cronin's personal Upwork account. Cronin does not know how Fractional made it appear as if he published these Postings, and he is perturbed by the fraudulent, bad faith conduct by Fractional to imitate him while soliciting clients in his name in blatant violation of Upwork's Terms of Use.

After Cronin confronted Fractional about the unauthorized and fraudulent Postings in violation of Upwork's Terms of Use, Fractional sent Cronin a termination notice on March 28, 2025. The termination notice stated that Cronin's relationship with Fractional would end on April 28, 2025. Notwithstanding the April 28th termination date, Fractional immediately locked Cronin out of all of Fractional's platforms including Slack and MyTax, and they also removed him as an agency member of their Upwork profile. As a result, he was no longer able to access any work that Fractional had solicited in his name on Upwork, nor has Fractional compensated Cronin for the work that he did complete on their behalf.

Cronin, who still has access to his personal Upwork accounts, has recently heard from prospective clients responding to the fraudulent Postings, indicating that, despite his termination and removal from Fractional's agency profile on Upwork, Postings between prospective clients and Fractional – where they fraudulently imitated Cronin – are still active on Upwork.

Despite no longer having any relationship with Fractional, Cronin is concerned that active Postings that fraudulently imitate him will lead to harm both for clients seeking CPA services and for his own professional reputation, licenses, and credentials. To the extent that Fractional may currently be completing work for clients who responded to the Postings and who may believe that Cronin is completing the work offered in the Postings, or who may still be hearing from prospective clients who believe that they are corresponding with Cronin, the fraud is ongoing as is further damage to Cronin's professional reputation and licensure requirements. Please note that it is a crime to perform accountancy services without a license, and Cronin is concerned that Fractional is doing this under the cover of Cronin's name on Upwork.

Even more distressing is that in late March and early April, 2025, Cronin contacted Upwork to ask that it remove the fraudulent Postings to help him protect his professional licenses and credentials. Upwork took no remedial action or any enforcement whatsoever despite substantial documentation detailing the Postings. He has now retained our firm to assist him to more aggressively pursue actions to remedy these issues.

Fractional's conduct is a clear and flagrant violation of Section 3.2 of Upwork's Terms of Use prohibiting misleading facts. The Terms of Use prohibit the "passing off any part of someone else's profile or identity as your own," and "impersonating or falsely attributing statements to any

person or entity." By creating Postings in Cronin's name, they impersonated him and passed off his profile as their own. Further, the Terms of Use prohibit "submitting a proposal on behalf of a freelancer who can't or won't do the work." By submitting Postings advertising work that Cronin was not legally permitted to complete due to the limits of his CPA licensure, Fractional again deliberately violated Upwork's Terms of Use.

We are confident that Upwork has put in place these Terms of Use to protect its own corporate interests. By ignoring Cronin's requests and allowing the conduct to continue even after notice, Upwork permitted this fraud to occur on its service. This fraud hurts Upwork's customers and could cause customers to lose faith in the integrity of the Upwork service.

The Postings and their continued publication also violate Cronin's rights under the UDTPA, CFDBPA, Digital Millenium Copyright Act, as well as his common law trademark rights. Pursuant to Cronin's rights under these laws, Cronin demands the immediate removal of all Postings by Fractional and any other unauthorized content referencing Cronin's name, likeness, or credentials (the "Content"). While Cronin would prefer not to sue Upwork to stop this fraud, he is fully prepared to do so and has numerous means by which to require Upwork to do so.

Further, it is imperative that Upwork take immediate investigative action into how this occurred. The question of how Fractional was able make Postings that appear to come from Cronin's personal account must be answered. In addition to the specific harm done to Cronin, Fractional's fraudulent Postings impersonating Cronin indicate that there is a global risk to all freelancers on the Upwork platform that agencies may be able to impersonate them to solicit business in direct contravention of the law and the Upwork Terms of Use. In the event that we are required to sue Upwork to enforce Cronin's rights, we may explore whether a class action is appropriate of other aggrieved freelancers.

Cronin also requests that Upwork contact all clients who responded to the Postings, those who may be in contact with Fractional under the belief that they are communicating with Cronin, and those who may believe that Cronin has completed or will complete work on their behalf so that he may exercise his rights and notify them of the fraudulent misrepresentation and that he has no involvement with their projects. These remedial disclosures are necessary to ensure that Cronin can protect his professional reputation and his licensure in Illinois, Pennsylvania, and California. If Cronin is not able to protect his licensure, his damages will increase dramatically in any claim against Upwork.

Please confirm receipt of this notice by May 1, 2025. We hope to come to a satisfactory resolution to this matter by May 8, 2025. If we have not heard from you by then, we will consider any and all options to protect Cronin and his legal rights and professional reputation, including formally noticing the Illinois Attorney General, Illinois Department of Labor, and relevant accounting boards.

PULLMAN & COMLEY



Please note that nothing in this letter shall constitute an admission or waiver.

Best regards,

Russell F. Anderson

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 7

## Upwork Legal Email Thread: April 29, 2025 Acknowledgment and May 9, 2025 Response Commitment

**Date / Operational Origin:** Email thread obtained from the records of Plaintiff's then-counsel at Pullman & Comley. Upwork Legal replied to counsel's letter the same day it was sent, April 29, 2025: "This is to confirm receipt of your Demand Letter. Our team is currently reviewing the matter, and we acknowledge the timeline outlined in your message. We are working toward a constructive resolution and will be in touch soon." On May 9, 2025 — one day after the May 8 resolution date counsel had set — Anastasiia Dryha, writing from anastasiiadryha@cloud.upwork.com, stated: "Please note that, according to the arbitration provisions applicable to this matter, we have 60 days from the receipt of your demand to provide our response. We will ensure that our formal response is provided within this period."

*— Document follows this cover page —*

On Tue, Apr 29, 2025 at 10:39 AM LegalNotices <legalnotices@upwork.com> wrote:

To Whom It May Concern,

This is to confirm receipt of your Demand Letter. Our team is currently reviewing the matter, and we acknowledge the timeline outlined in your message.

We are working toward a constructive resolution and will be in touch soon.

Best regards,
Upwork Legal

On Tue, Apr 29, 2025 at 8:04 AM 'Lane, Jill' via LegalNotices <legalnotices@upwork.com> wrote:

Good morning,

Please see the attached correspondence on behalf of Attorney Russell Anderson.

Best regards,

Jill

**Jill Lane**
Paralegal

**Pullman & Comley LLC**
253 Post Road West P.O. Box 3179
Westport, CT 06880-8180
T 203 330 2273 • F 203 576 8888
jlane@pullcom.com • www.pullcom.com

**V-card** • **Directions**

BRIDGEPORT HARTFORD SPRINGFIELD STAMFORD WATERBURY WESTPORT WHITE PLAINS

**Please consider the environment before printing this message.**

THIS MESSAGE AND ANY OF ITS ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE DESIGNATED RECIPIENT, OR THE RECIPIENT'S DESIGNEE, AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL OR PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE (1) IMMEDIATELY NOTIFY PULLMAN & COMLEY ABOUT THE RECEIPT BY TELEPHONING (203) 330-2000; (2) DELETE ALL COPIES OF THE MESSAGE AND ANY ATTACHMENTS; AND (3) DO NOT DISSEMINATE OR MAKE ANY USE OF ANY OF THEIR CONTENTS.

**From:** Anastasiia Dryha <anastasiiadryha@cloud.upwork.com>
**Sent:** Friday, May 9, 2025 5:41:34 PM
**To:** Lane, Jill <jlane@pullcom.com>
**Cc:** Anderson, Russell F. <RAnderson@pullcom.com>; Schaitkin, Ryan <RSchaitkin@pullcom.com>
**Subject:** Re: [LegalNotices] Demand Letter

To Whom It May Concern,

We are reaching out to inform you that we are currently working on this response and expect to provide it shortly. Please note that, according to the arbitration provisions applicable to this matter, we have 60 days from the receipt of your demand to provide our response. We will ensure that our formal response is provided within this period.

If you have any questions or need further clarification, please feel free to contact us.

Best regards,

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 8

## Follow-Up and Cure Letter of Pullman & Comley Dated June 6, 2025

**Date / Operational Origin:** Follow-up and cure letter dated June 6, 2025, prepared and sent by Pullman & Comley on Plaintiff's behalf to legalnotices@upwork.com. The letter quotes Upwork's May 9, 2025 commitment and demands that Upwork respond and resolve the matter by June 11, 2025. The letter states that copies of the March 28 support-case report, the April 29 letter, and the May 9 email were enclosed; those enclosures are not reproduced here, and the corresponding documents appear elsewhere in this Compendium as Exhibits 1, 6, and 7. Nothing in the reproduced text has been altered, obscured, or redacted. Plaintiff reserves the right to file the complete transmission.

*— Document follows this cover page —*

PULLMAN & COMLEY

**Russell F. Anderson**
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
p 203 330 2271
f 203 576 8888
randerson@pullcom.com
www.pullcom.com

**Via Email legalnotices@upwork.com**

June 6, 2025

Upwork Global Inc.
530 Lytton Ave
Suite 301
Palo Alto, CA 94301
Attn: General Counsel

**Re: Violations of Illinois Uniform Deceptive Trade Practices Act ("UDTPA"), Consumer Fraud and Deceptive Business Practices Act ("CFDBPA"), common law trademark, and Upwork Privacy Policy and Terms of Use**

To Whom it May Concern,

This correspondence is a follow-up to our previous letter dated April 29, 2025 (the "**April 29th Letter**") and Upwork's May 9th response email (the "**May 9th Email**") regarding the unauthorized and fraudulent postings by Fractional Tax, Inc. ("**Fractional**") impersonating another Upwork user, Evan J. Cronin ("**Cronin**"). The April 29th Letter describes the numerous and material failures on the part of Upwork to protect its users and to perpetuate Fractional's fraudulent conduct. Among Upwork's failures to properly address this situation includes its failure to respond to Cronin's first attempt to report and demand action be taken regarding the fraud through the platform on March 28th, 2025 (the "**March 28th Report**"). Copies of the March 28th Report, the April 29th Letter, and the May 9th Email are enclosed for your convenience.

Upwork responded in the May 9th Email to state that, "according to the arbitration provisions applicable to this matter, we have 60 days from the receipt of your demand to provide our response." We have been accommodating and have given Upwork adequate time to consider, investigate, and attempt to resolve this matter. However, more than 60 days has elapsed since Cronin brought this issue to Upwork's attention and demanded resolution in the March 28th Report, which Upwork chose to ignore only until receiving the April 29th Letter.

We continue to be surprised by Upwork's resistance to protect its own platform from fraud. We believe this is the kind of story that consumer protection reporters and industry trade press may find fascinating and if this is not resolved Cronin will start exploring publicizing his experience in order to protect his own professional reputation. As previously discussed in our correspondence, Cronin's rights under several local and federal trademark and privacy laws have been violated and continue to be violated by Fractional's fraud, which has been enabled and

PULLMAN
& COMLEY



perpetuated by Upwork. If we do not hear from you by June 11, 2025, we will be forced to not only reach out to the press outlets noted above, but also formally notice the Illinois Attorney General, Illinois Department of Labor, and relevant accounting boards, and take any other action to protect Cronin, his legal rights, and his professional reputation.

Please note that nothing in this letter shall constitute an admission or waiver.

Best regards,

Russell F. Anderson

Enclosures

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 9

## Support-Case Record for Case No. 51489662, Printed June 4, 2026 — Excerpts: the "Solved" Case Panel and the April 16, 2025 Case Entries

**Date / Operational Origin:** Three pages of the sixteen-page record of Support Case No. 51489662 as Plaintiff printed it from his Upwork account on June 4, 2026 — pages 1, 14, and 15 of 16, each bearing a browser print header reflecting that date and its own "n/16" page mark. The print is consistent with the copy of the case record filed at Compl., Dkt. 1 Ex. G-6. Page 1 is the case panel, showing the same case as Exhibit 1 with its status changed to "Solved," a last-activity entry of June 2, 2025 at 6:06 p.m., and the same carbon-copied persons; compare the panel at Exhibit 1, page 1 (status "Open," last activity April 2, 2025 at 5:55 p.m.). Plaintiff states at Cronin Decl. ¶ 17 that no substantive response, determination, or proposed resolution accompanied the closure. Pages 14 and 15 carry the April 16, 2025 case entries: an entry at 7:39 a.m. attaching "Professional Statement to Upwork (04.16.2025).pdf (400 KB)," and an entry at 7:43 a.m. — the same minute as the email at Exhibit 4 — attaching both that file and "Upwork Support Case ID 51489662 (04.16.2025).pdf (7 MB)," the SignNow file reproduced as Exhibit 1, and setting out Upwork's April 1, 2025 automated acknowledgment from legalnotices@upwork.com. Included to show the closure and, on the face of Upwork's own case record, that both documents reached the support channel on April 16, 2025. The intervening pages are the same correspondence reproduced in Exhibit 1.

*— Document follows this cover page —*

upwork | Help Center

Search articles

Requests

# Freelancer - Other - Hi, I need to report a violation of Upwork's Terms of Service. My name and CPA credentials are being use...

Evan Cronin
March 28, 2025 at 2:37 PM

Hi, I need to report a violation of Upwork's Terms of Service. My name and CPA credentials are being used by another Upwork user in client proposals and communications without my consent.

I am a licensed CPA (Evan J Cronin), and I was subcontracted by another freelancer or agency account. However, they submitted work and proposals under my name and presented deliverables as if I had signed off on them—before I had reviewed or agreed.

I have documentation showing this behavior and can provide screenshots and client records. This misrepresentation is harming my professional reputation and may violate Upwork's policies on false representation and identity misuse.

Please escalate this for internal review. I need a case opened and confirmation that this is being addressed.

Evan Cronin
March 28, 2025 at 3:43 PM

Formal Statement to Upwork Trust & Safety: Unauthorized Use of Identity and Professional Credential by Fractional Tax

To Whom It May Concern,

I am submitting this statement to formally report a serious violation of Upwork's Terms of Service by the agency account Fractional Tax. I am a licensed CPA who was subcontracted by this agency to support technical tax preparation and compliance work. However, I have since discovered that my name, image, and professional credentials have been used without my full authorization in client-facing proposals, communications, and representations of services—falsely implying authorship, control, and responsibility for work I had no opportunity to review or approve.

The following four examples, which I am uploading alongside this statement, clearly demonstrate this pattern of identity misuse, credential abuse, and reputational exploitation:

## Example 1: Eric Gaines – "I run Fractional Tax"

Screenshot: Upwork_Eric_(02.28.2025).png

In this message, sent without my knowledge or consent, the text states:

"Hi Eric, I run Fractional Tax..."

| | |
|---|---|
| Id | #51489662 |
| Status | Solved |
| Created | March 28, 2025 at 2:37 PM |
| Last activity | June 2, 2025 at 6:06 PM |
| Requester | Evan Cronin |
| CCs | Noel<br>Yosef<br>Mahmood<br>Anastasiia<br>Dryha |

## Attachments

Upwork_Eric_(02.28.2025).png
(60 KB)
Upwork_Jerome_(03.27.2025).png
(60 KB)
Upwork_Mario_(03.03.2025_Audit Ex).png
(90 KB)
IMG_0304.PNG
(500 KB)
Upwork Agency Profile.pdf
(900 KB)
Fractional Agency 300+ entities served claim.png
(400 KB)
Formal and Final Notice Regarding Use of Name, Likeness, and Client-Facing Repre.pdf
(300 KB)
Delaware Charter Revocation – Fractional Tax Inc. (Revoked as of 3-9-2025).pdf
(60 KB)

firm's background or claimed service offerings it was not legally permitted to provide.

- I do not have access to the internal Upwork agency proposal system and, therefore, cannot screenshot all of the proposals submitted under my name.
- I have already provided evidence in my possession and fully complied with documentation standards.

This message will also be forwarded to Upwork's LegalNotices department. The Illinois Right of Publicity Act (765 ILCS 1075) prohibits the unauthorized commercial use of a person's identity—including their name and licensed professional credentials—without consent. This statute governs regardless of platform policy, and Upwork has no legal authority to override it. If I do not receive acknowledgment of the fourth formal invocation of these statutory rights within two (2) business days, I will be forced to seek legal recourse.

Respectfully,
Evan J Cronin, CPA

Evan J Cronin
EvanJC14@gmail.com|(267) 261-3116

Evan Cronin
April 16, 2025 at 7:39 AM

Hello,

Please see the attached professional statement regarding Case #51489662.

Respectfully,
Evan J Cronin, CPA

Professional Statement to Upwork (04.16.2025).pdf
(400 KB)

Evan Cronin
April 16, 2025 at 7:43 AM

Hello,

Please see attached.

Respectfully,
Evan J Cronin, CPA

Evan J Cronin
EvanJC14@gmail.com|(267) 261-3116

---------- Forwarded message ---------
From: LegalNotices <legalnotices+noreply@upwork.com>
Date: Tue, Apr 1, 2025 at 6:30 PM
Subject: Re: Fwd: [Upwork Help] Re: Freelancer - Other - Hi, I need to report

a violation of Upwork's Terms of Service. My name and CPA credentials are being use...
To: <evanjc14@gmail.com>

Hello,

Thank you for emailing Upwork Inc. Legal Notices. If you are providing notice required under our Terms of Service, this email will serve as your proof of receipt. Please note we do not waive any legal service of process requirements.

If you are a user of Upwork.com, for a quicker response, please direct any questions on using the website, including questions on closing your account, to our customer service team at https://support.upwork.com. You can find more information on closing your account in this helpful article: https://support.upwork.com/hc/en-us/articles/211067588-Close-my-account

Thank you,

Upwork Legal Team

To unsubscribe from this group and stop receiving emails from it, send an email to legalnotices+unsubscribe@upwork.com.

Professional Statement to Upwork (04.16.2025).pdf
(400 KB)
Upwork Support Case ID 51489662 (04.16.2025).pdf
(7 MB)

For Clients
How to hire
Talent Marketplace
Project Catalog
Hire an agency
Enterprise
Business Plus
Any Hire
Contract-to-hire
Direct Contracts
Hire worldwide
Hire in the USA

For Talent
How to find work
Direct Contracts
Find freelance jobs worldwide
Find freelance jobs in the USA
Win work with ads
Exclusive resources with Freelancer Plus

Resources
Help & support
Success stories
Upwork reviews
Resources
Blog
Affiliate programme
Free Business Tools

Company
About us
Leadership
Investor relations
Careers
Our impact
Press
Contact us
Partners
Trust, safety & security
Modern slavery statement

Follow Us

Mobile app

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 10

## LinkedIn Profiles of Yosef Mahmood and Anastasiia Dryha of Upwork's Legal Team

**Date / Operational Origin:** Publicly available LinkedIn profiles of Yosef Mahmood and Anastasiia Dryha, downloaded by Plaintiff on May 20, 2026 using LinkedIn's "Save to PDF" feature. On its face, Mr. Mahmood's profile identifies his role at Upwork as Counsel for Policy, Privacy, and Litigation. Ms. Dryha's profile identifies her as a "Certified Paralegal," states her position at Upwork as "Legal Assistant - Policy, Litigation & Privacy," and lists "case management" among her top skills. Both appear among the persons carbon-copied on Support Case No. 51489662, and Ms. Dryha is the sender of the May 9, 2025 email reproduced at Exhibit 7.

*— Document follows this cover page —*

## Contact

www.linkedin.com/in/yosef-mahmood-6540b23b (LinkedIn)

## Top Skills

Artificial Intelligence (AI)
Trust and Safety
Zendesk

# Yosef Mahmood

Counsel - Policy, Privacy, Litigation
United States

## Experience

### Upwork

Counsel - Policy, Privacy, Litigation
March 2023 - Present (3 years 3 months)
Los Angeles, California, United States

### Afghan-American Community Organization (AACO)

Conference Director, Programming Director
January 2021 - December 2023 (3 years)
Los Angeles, California, United States

Managed planning team of 10 and conference team of 20+ to plan and host annual 400+ person conference, bringing the Afghan-American community together for a three-day weekend of networking, community reflection, and problem-solving.

Supported other organizational efforts including year-round programming, annual fundraising gala, policy initiatives, and fiscal sponsorships.

### Los Angeles City Attorney’s Office

Deputy City Attorney
May 2020 - March 2023 (2 years 11 months)
Los Angeles, California, United States

Litigated civil law enforcement actions focused on complex, high impact matters in various areas including consumer protection, wage theft, and unfair business and housing practices.

### Kirkland & Ellis LLP

Associate
June 2017 - May 2020 (3 years)
Greater Los Angeles Area

### Blank Rome LLP

Associate
December 2014 - May 2017 (2 years 6 months)
Greater Los Angeles Area

Bingham McCutchen
Associate
January 2014 - December 2014 (1 year)

Bingham McCutchen
Summer Associate
May 2012 - July 2012 (3 months)

## Education

University of California, Los Angeles - School of Law
Doctor of Law (J.D.), Law · (2010 - 2013)

California State University, Fresno
Bachelor of Arts (B.A.), Political Science and Government and Theatre Arts · (2005 - 2009)

## Contact

www.linkedin.com/in/anastasiia-dryha (LinkedIn)


## Top Skills

Family Law
Legal Administration
Case Management

## Certifications

Interpersonal Communication
Time Management Fundamentals
Paralegal Certificate

# Anastasiia D.

Legal Assistant - Policy, Litigation & Privacy
San Francisco, California, United States

## Summary


Certified Paralegal and legal support professional with experience in litigation support, legal research, document drafting, subpoena and law enforcement response, privacy review support, and cross-functional legal coordination in fast-paced in-house environments. Skilled in case management, evidence review, deadline tracking, levy handling, vendor onboarding support, and SOP development. Recognized for strong organizational skills, sound judgment, and the ability to manage high-volume legal matters with accuracy, efficiency, and follow-through.
Let's connect to explore opportunities or collaborate on impactful projects!


## Experience

### Upwork

2 years 7 months

Legal Assistant - Policy, Litigation & Privacy - HWS
June 2024 - Present (2 years)
San Francisco Bay Area

- Manage subpoenas, law enforcement requests, levies, and other official legal demands, ensuring timely and compliant responses.
- Provide litigation support, including case preparation, document review, legal research, evidence organization, and case summaries.
- Maintain calendars, deadlines, and matter trackers to support compliance and efficient case management.
- Assist with privacy review support, including documentation review and coordination of PIA-related processes.
- Support vendor onboarding and legal documentation workflows, ensuring proper tracking and completion of required records.
- Draft standard operating procedures, templates, and internal documentation to improve legal workflows and knowledge management.
- Collaborate with cross-functional teams including policy, payments, finance, and external counsel.

Paralegal
November 2023 - July 2024 (9 months)
California, United States

- Conducted legal research and prepared a variety of legal documents, including pleadings, motions, contracts, and related filings.
- Supported case management by organizing case files, scheduling appointments, and monitoring court deadlines to ensure timely compliance.
- Maintained clear communication with clients to understand their legal needs and help deliver tailored support solutions.
- Collaborated closely with attorneys to ensure the accurate and timely completion of legal tasks and case-related deliverables.

Advantage Technical
Language Specialist
February 2023 - July 2024 (1 year 6 months)
Menlo Park, California, United States

Messeprojekt GmbH
Assistant Project Manager
December 2017 - September 2018 (10 months)
Kharkiv, Ukraine

## Education

UC Berkeley Extension
Legal Assistant/Paralegal · (April 2023)

City College of San Francisco
Associate of Arts - AA, Speech Communication and Rhetoric · (December 2021)

V. N. Karazin Kharkiv National University
Bachelor of Arts - BA, Foreign Languages, Literatures, and Linguistics · (July 2017)

Dalian University of Foreign Languages
Chinese Language Program, Chinese Language and Literature

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 11

## Exhibit 21.1 to Upwork Inc.'s Form 10-K for Fiscal Year 2024 — Subsidiaries of Upwork Inc.

**Date / Operational Origin:** Exhibit 21.1 to the Annual Report on Form 10-K of Upwork Inc. for the fiscal year ended December 31, 2024, filed with the Securities and Exchange Commission on February 13, 2025 (Accession No. 0001627475-25-000011), retrieved by Plaintiff from the Commission's EDGAR system. The schedule is captioned "Subsidiaries of Upwork Inc." and lists "Upwork Global Inc.," California, among those subsidiaries. Included because Version 6.8 of the User Agreement identifies Upwork Global Inc. as the contracting Upwork party.

*— Document follows this cover page —*

EX-21.1 5 exhibit211subsidiariesofup.htm EX-21.1

**Exhibit 21.1**

**Subsidiaries of Upwork Inc.**

| Name of Subsidiary | Jurisdiction |
| --- | --- |
| Elance, Inc. | Delaware |
| Upwork Global Inc. | California |
| Upwork Talent Group Inc. | Delaware |
| Upwork Escrow Inc. | Delaware |
| Elance Limited | Ireland |
| UPW Holdco, Inc. | Delaware |
| Upwork Payments Inc. | Delaware |
| Objective AI, Inc. | Delaware |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 12

## Exhibit 10.2 to Upwork Inc.'s Form 10-Q for the Quarter Ended September 30, 2025

**Date / Operational Origin:** Exhibit 10.2 to the Quarterly Report on Form 10-Q of Upwork Inc. for the quarter ended September 30, 2025, filed with the Securities and Exchange Commission on November 4, 2025 (Accession No. 0001627475-25-000058), retrieved by Plaintiff from the Commission's EDGAR system. The agreement defines "Upwork Inc." as "Parent" and "Upwork Global LLC" as "Subsidiary," is executed "[o]n behalf of Upwork Inc. and Upwork Global LLC" by Hayden Brown, identified as President and Chief Executive Officer of each, and records an employee's acceptance of "the transfer of my employment from Parent to Subsidiary."

*— Document follows this cover page —*

**Exhibit 10.2**

**Amendment to November 14, 2024 Offer Letter**

This Amendment ("**Amendment**") to the Amended and Restated Offer Letter, dated November 14, 2024 ("**Offer Letter**"), is entered into by and between **Upwork Inc.** ("**Parent**"), **Upwork Global LLC** ("**Subsidiary**"), and **Dave Bottoms** ("**Employee**"), effective as of August 18, 2025 (the "**Transfer Date")**. The Parent, Subsidiary, and Employee are collectively referred to herein as the "**Parties**."

1. **Employment Transferred from Parent to Subsidiary.** The Offer Letter is hereby amended to substitute Subsidiary in place of Parent as the employer of Employee. Employee's employment with Parent shall terminate on the day immediately preceding the Transfer Date, and Employee shall commence employment with Subsidiary on the Transfer Date. On the Transfer Date, Subsidiary agrees to assume all obligations of employment set forth in the Offer Letter through Subsidiary's own compensation and benefits policies and plans. Employee agrees that Employee's obligations under the Offer Letter, including his obligations under the Parent's Employee Invention Assignment and Confidentiality Agreement and Dispute Resolution Agreement, remain in full force and effect after his employment is transferred to Subsidiary.

2. **Position.** Employee will be employed by Subsidiary in the position of General Manager, Marketplace.

3. **At-Will Employment.** Employee acknowledges and agrees that employment with Subsidiary is for no specific period of time. Employee's employment with Subsidiary will be "at will," meaning that either Employee or Subsidiary may terminate Employee's employment at any time and for any reason, with or without cause. Any contrary representations, whether written or oral, that may have been made are superseded by this Amendment. This is the full and complete agreement between Employee and Subsidiary on this term. Although Employee's job duties, title, compensation, and benefits, as well as Subsidiary's personnel policies and procedures, may change from time to time, the "at will" nature of Employee's employment may only be changed in an express written agreement signed by Employee and Parent's Chief Executive Officer.

4. **Entire Agreement.** This Amendment modifies the Offer Letter, but only to the extent expressly stated herein. Except as expressly modified by this Amendment, all terms, conditions, and provisions of the Offer Letter shall remain in full force and effect and are hereby ratified and confirmed. In the event of any conflict between the terms of this Amendment and the Offer Letter, the terms of this Amendment shall control. This Amendment, together with the Offer Letter, constitutes the complete and exclusive agreement between the parties with respect to the subject matter herein, and supersedes all prior or contemporaneous written or oral agreements, representations, or understandings related to such subject matter.

[*Signature Page Follows*]

On behalf of Upwork Inc. and Upwork Global LLC,

By: /s/ Hayden Brown
Hayden Brown
President and Chief Executive Officer, Upwork Inc.
President and Chief Executive Officer, Upwork Global LLC

I accept the transfer of my employment from Parent to Subsidiary on the terms and conditions set forth in this Amendment to the Offer Letter. I understand and agree that my employment with Subsidiary is at will.

/s/ Dave Bottoms Date: 8/1/2025
Dave Bottoms

[*Signature Page to Offer Letter Amendment*]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220
Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 13

## Exhibit 21.1 to Upwork Inc.'s Form 10-K for Fiscal Year 2025 — Subsidiaries of Upwork Inc.

**Date / Operational Origin:** Exhibit 21.1 to the Annual Report on Form 10-K of Upwork Inc. for the fiscal year ended December 31, 2025, filed with the Securities and Exchange Commission on February 13, 2026 (Accession No. 0001627475-26-000012), retrieved by Plaintiff from the Commission's EDGAR system. The schedule is captioned "Subsidiaries of Upwork Inc." and lists "Upwork Global LLC," California, in the same subsidiary schedule that listed Upwork Global Inc. a year earlier.

*— Document follows this cover page —*

EX-21.1 4 exhibit211subsidiariesofup.htm EX-21.1

**Exhibit 21.1**

**Subsidiaries of Upwork Inc.**

| Name of Subsidiary | Jurisdiction |
|---|---|
| Ascen Inc. | Delaware |
| Ascen Workforce Canada Inc. | Canada |
| Ascen Workforce, LLC | Delaware |
| Bubty B.V. | Netherlands |
| Elance Limited | Ireland |
| Elance LLC | Delaware |
| Lifted Solutions LLC | Delaware |
| Lifted Talent Group LLC | Delaware |
| Payment Escrow Inc. | Delaware |
| Tallance B.V. | Netherlands |
| UPW Holdco, Inc. | Delaware |
| Upwork Global LLC | California |
| Upwork Payments Inc. | Delaware |
| Upwork Services LLC | Delaware |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Cronin v. Upwork Inc., et al.* — Case No. 1:26-cv-03220

Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# 14

## Plaintiff's Demonstrative Summaries — Figure 1 (Section 14's Action Verbs), Figure 2 (Performance, Verb by Verb), and Figure 3 (the Record Chronology)

**Date / Operational Origin:** Three demonstrative summaries prepared by Plaintiff for the convenience of the Court. They are not offered as independent evidence, and each states its sources on its face. Figure 1 sets out the operative verbs of Section 14 of Version 6.8 — the bilateral obligations to notify, to seek informal voluntary resolution, to evaluate and attempt to resolve the Claim, and the sixty days both parties are given — together with the condition Section 14.4 places on arbitration, quoting the operative language from the instrument Upwork filed at Dkt. 44-4. Figure 2 places that clause language beside the record of what each party did in response to it, and identifies the elements Section 14.3 requires a Notice to contain alongside the corresponding contents of the April 1, 2025 Notice. Figure 3 places the record chronology on a single page: the April 1 Notice and proof of receipt, Upwork's April 29 acknowledgment and May 9 response commitment, the sixtieth day and the June 2 "Solved" closure, the June 6–11 cure opportunity, the June 28 endpoint of the latest start date Upwork could claim, and the filing of the Complaint. Every quotation, date, and record citation appearing in the figures is drawn from the exhibits and Declaration paragraphs identified beneath them.

*— Document follows this cover page —*

## Figure 1. The Action Verbs of Section 14

*Section 14 is written in verbs that bind both parties. Section 14.4's arbitration obligation is conditioned on that mandatory performance—the verbs dictate how the sixty days before arbitration are to be used. Text quoted verbatim from the Agreement Upwork filed; the verbs are set out at left.*

Section 14 "discusses . . . how we will resolve any disputes between us, including that **we will both first try** to resolve any dispute informally . . . ." (§ 14, PageID #:711.)

You and Upwork — **§ 14.3**

**AGREE TO FIRST NOTIFY**

"Before serving a demand for arbitration of a Claim, you and Upwork **agree to first notify** each other of the Claim."

You, and Upwork — **§ 14.3**

**AGREE TO NOTIFY · AGREES TO PROVIDE**

"You **agree to notify** Upwork of the Claim by email to legalnotices@upwork.com, and Upwork **agrees to provide** to you a notice at your email address on file (in each case, a "Notice")."

You and Upwork — **§ 14.3**

**WILL SEEK**

"You and Upwork then **will seek** informal voluntary resolution of the Claim."

The purpose the Notice must serve — **§ 14.3**

**ATTEMPT TO INFORMALLY RESOLVE**

". . . so that you or Upwork, as applicable, **may evaluate** the Claim and **attempt to informally resolve** it."

Both you and Upwork — **§ 14.3**

**WILL HAVE 60 DAYS**

"Both you and Upwork **will have 60 days** from the date of the receipt of the Notice to informally resolve the other party's Claim and avoid the need for further action."

The condition on arbitration — **§ 14.4**

**ARE UNABLE TO RESOLVE**

"In the unlikely event the parties **are unable to resolve** a Claim within 60 days of the receipt of the applicable Notice, you, Upwork, and our Affiliates agree to resolve the Claim by final and binding individual arbitration before an arbitrator from JAMS . . . ."

The Agreement makes the *resolution* voluntary — "informal *voluntary* resolution." It does not make the *effort* voluntary: "will seek," "will have 60 days . . . to informally resolve the other party's Claim." Where the Agreement confers discretion, it says so: "either of us **may** terminate this Agreement in our **sole discretion"** (§ 13.1, PageID #:710); "[y]ou **may** opt out of the Arbitration Provision" (§ 14.4.4, PageID #:714). In Section 14.3 it wrote "agree" and "will."

Sources: Dkt. 44-4 at PageID #:710–714 (User Agreement v6.8, §§ 13.1, 14, 14.3, 14.4, 14.4.4); Opposition Background B and Part I.B.
*Verbatim quotation of the instrument Upwork filed. The verbs at left are labels for the quoted language; emphasis added.* **FIGURE 1**

# Figure 2. Performance of Section 14.3, Verb by Verb

*The clause on the left; what the record shows each party did about it on the right. Every entry cites the exhibit or Declaration paragraph it summarizes.*

**Section 14.3 states what a Notice must contain. The April 1, 2025 Notice contained each element.**

- ✓ **"by email to legalnotices@upwork.com"** Sent April 1, 2025 at 6:30 PM to that address, before any demand for arbitration was served.
- ✓ **"pertinent account information"** Sent from Plaintiff's Upwork-registered account email and appending the Upwork support correspondence.
- ✓ **"a brief description of the Claim"** Set out in the body: unauthorized use of Plaintiff's name, CPA license, and professional identity.
- ✓ **"contact information"** Plaintiff's email address and telephone number in the signature block.

| SECTION 14.3 REQUIRES | PLAINTIFF'S PERFORMANCE | UPWORK'S PERFORMANCE |
|---|---|---|
| **AGREE TO FIRST NOTIFY** *"you and Upwork agree to first notify each other of the Claim . . . by email to legalnotices@upwork.com"* | Notice of the Claim emailed April 1, 2025, as set out above. *Resp. Ex. 2; Decl. ¶ 9.* | Upwork's system confirmed receipt the same day: "this email will serve as your proof of receipt." *Resp. Ex. 2; Decl. ¶ 9.* |
| **WILL SEEK** *"You and Upwork then will seek informal voluntary resolution of the Claim."* | Professional Statement submitted through both channels April 16; demand letter through counsel April 29; cure letter June 6. *Resp. Exs. 3, 4, 6, 8; Decl. ¶¶ 10, 12, 14, 16.* | Acknowledged "the timeline outlined in your message" April 29; invoked "the arbitration provisions applicable to this matter" May 9 and promised "our formal response." No proposal, no conference, no response. *Resp. Ex. 7; Decl. ¶¶ 15, 20.* |
| **ATTEMPT TO INFORMALLY RESOLVE** *"so that you or Upwork . . . may evaluate the Claim and attempt to informally resolve it"* | Supplied the account record, the support-case file, and the documents underlying the Claim. *Resp. Exs. 1, 3, 9; Decl. ¶¶ 6, 10, 17.* | Marked the support file "Solved" on June 2, 2025 at 6:06 PM. No substantive disposition of the Claim accompanied the closure. *Resp. Ex. 9 at 1; Decl. ¶ 17.* |
| **WILL HAVE 60 DAYS** *"Both you and Upwork will have 60 days from the date of the receipt of the Notice to informally resolve the other party's Claim"* | Waited out the sixty days and the further cure period before filing suit. *Decl. ¶¶ 18, 20.* | No response by May 31 / June 2 (sixty days from the April 1 Notice); none by June 28 or the next business day, June 30 (sixty days from the April 29 demand, its own most favorable start); none before suit. *Decl. ¶¶ 18, 20.* |

Sources: Clause text: Dkt. 44-4 at PageID #:712 (§ 14.3). Record: Resp. Exs. 1–4, 6–9; Cronin Decl. ¶¶ 6, 9–10, 12, 14–18, 20; Opposition Background C and Part I.C–D.

*Demonstrative summary of record already cited in the Opposition; not offered as independent evidence.* **FIGURE 2**

# Figure 3. The Record Chronology

*April 1, 2025 through the filing of the Complaint. Plaintiff's and counsel's acts at left, Upwork's at right; each entry cites the record it summarizes.*

| PLAINTIFF AND COUNSEL | UPWORK |
|---|---|
| **Apr. 1, 2025 — Notice of the Claim**<br>Emailed to legalnotices@upwork.com from Plaintiff's Upwork-registered account, before any demand for arbitration. *(Resp. Ex. 2; Decl. ¶ 9.)* | **Apr. 1, 2025 — Receipt confirmed the same day**<br>Upwork's automated reply: "this email will serve as your proof of receipt." *(Resp. Ex. 2; Decl. ¶ 9.)*<br>THE SIXTY DAYS BEGIN |
| **Apr. 16, 2025 — Professional Statement submitted**<br>Filed to the support case and emailed to legalnotices@upwork.com; further communications to proceed through counsel. *(Resp. Exs. 3–4; Decl. ¶¶ 10–12.)* | |
| **Apr. 29, 2025 — Demand letter from counsel**<br>Pullman & Comley wrote to the same address, setting a May 8 resolution date. *(Resp. Ex. 6; Decl. ¶ 14.)* | **Apr. 29, 2025 — Upwork Legal acknowledges counsel's timeline**<br>"[W]e acknowledge the timeline outlined in your message. We are working toward a constructive resolution . . . ." *(Resp. Ex. 7; Decl. ¶ 15.)* |
| | **May 9, 2025 — Upwork defines its promised first-tier performance**<br>Invoked "the arbitration provisions applicable to this matter," claimed "60 days from the receipt of your demand," and promised "our formal response." *(Resp. Ex. 7; Decl. ¶ 15.)* |
| | **May 31 / June 2, 2025 — The sixtieth day passes; the file is closed**<br>No response. The sixtieth day fell on Saturday, May 31; on Monday, June 2 at 6:06 PM Upwork marked the case "Solved," with no substantive disposition. *(Resp. Ex. 9 at 1; Decl. ¶¶ 17, 20.)*<br>DAY 60 — APRIL 1 NOTICE |
| **June 6–11, 2025 — A finite cure opportunity**<br>Counsel's letter quoted the May 9 commitment and set a cure deadline of June 11. The deadline passed without a response. *(Resp. Ex. 8; Decl. ¶¶ 16, 18.)* | |
| | **June 28 / June 30, 2025 — Upwork's most favorable measure expires**<br>Sixty days from the April 29 demand — the latest start Upwork could claim — fell on Saturday, June 28. No formal response arrived then or by the next business day, June 30. *(Decl. ¶ 20.)*<br>DAY 60 — APRIL 29 DEMAND |
| **Mar. 23, 2026 — Complaint filed**<br>294 days after the file was closed, with no substantive response delivered and no arbitration commenced. *(Dkt. 1; Decl. ¶¶ 20–21.)* | |

**On the April 1 clock and on Upwork's most favorable alternative alike, the sixty days closed with no promised response, no proposed resolution, and no requested conference.**

Sources: Resp. Exs. 2–4, 6–9; Cronin Decl. ¶¶ 9–12, 14–18, 20–21; Dkt. 1; Opposition Background C and Part I.C–D.
*Demonstrative summary of record already cited in the Opposition; not offered as independent evidence.* FIGURE 3