**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EVAN J. CRONIN,<br><br>Plaintiff,<br><br>v.<br><br>UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT,<br><br>Defendants. | Case No. 1:26-cv-03220<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Laura K. McNally |

**DEFENDANTS TERMA PROJECT, INC; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; AND NISHCHAL BASNYAT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING THE REPLY BRIEF SUPPORTING THEIR MOTION TO COMPEL ARBITRATION**

Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax Usa, LLC, Chandler Murphy and Nishchal Basnyat (collectively the "Fractional Tax Defendants"), through their counsel, state as follows in support of their Motion to Extend the Deadline for Filing the Reply Supporting their Motion to Compel Arbitration:

1. Neither Plaintiff nor Defendants Upwork Inc. or Upwork Global LLC object to the relief requested in this motion.

2. This is the Fractional Tax Defendants' first request for an extension of this filing deadline.

3. On March 23, 2026, Plaintiff Evan J. Cronin ("Plaintiff") filed his Complaint for Declaratory and Injunctive Relief, and Damages ("Complaint") (Dkt. No. 1).

4. On June 15, 2026, the Fractional Tax Defendants filed their Motion to Compel Arbitration. (Dkt. No. 26). More than two months later, on August 17, 2026, Plaintiff filed his brief in opposition to the Fractional Tax Defendants' motion. (Dkt. No. 47). In addition to a supporting memorandum of law, the Plaintiff's opposition brief includes a nine (9) page declaration by Plaintiff as well as supporting thirty-seven (37) page exhibit compendium. (*Id.*).

5. This Honorable Court previously ordered the Fractional Tax Defendants to file their Reply brief on or before September 8, 2026. (Dkt. No. 52).

6. The Fractional Tax Defendants are seeking an extension until September 14, 2026, to file their Reply brief.

7. This Honorable Court has scheduled a status hearing for November 17, 2026, concerning the Motions to Compel Arbitration. (Dkt. No. 43).

8. Federal Rule of Civil Procedure 6(b) provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . . ." FED. R. CIV. P. 6(b). *McCann v. Cullinan*, No. 11-cv-50125, 2015 U.S. Dist. LEXIS, 91362, at *19-20, 31 (N.D. Ill. July 14, 2015) (noting that "good cause" under Federal Rule of Civil Procedure 6 "is not a high standard" and "imposes a light burden"); *Chicago Reg'l Council of Carpenters v. Unique Casework Installations, Inc.*, Case No. 1:14-cv-02911, 2014 U.S. Dist. LEXIS 170493, at *3, *5 n.1 (N.D. Ill. Dec. 9, 2014) (acknowledging that the court had extended the time for filing a responsive pleading).

9. Given the importance of the issues raised in the Fractional Tax Defendants' Motion to Compel Arbitration, these parties are seeking a brief extension of four (4) business days to prepare and file their Reply brief. The Fractional Tax Defendants want to ensure that there is an

adequate opportunity to address all of the issues raised in Plaintiff's opposition brief as well as his nine (9) page declaration and thirty-seven (37) page exhibit compendium supporting that opposition. The Fractional Tax Defendants – whose counsel has a heavy case load and is obligated to comply with significant motion and discovery deadlines in other cases – will suffer prejudice without additional time to prepare the Reply brief.

10. Under these circumstances, good cause exists as granting this Motion will not unfairly prejudice or unduly delay this litigation.

11. Prior to filing this motion, the Fractional Tax Defendants conferred with Plaintiff as well as Co-Defendants. There is no opposition to the relief requested in this motion.

WHEREFORE, Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat respectfully request that this Honorable Court enter an order: (1) granting this Motion; (2) extending the deadline for the Fractional Tax Defendants to file their Reply supporting their Motion to Compel Arbitration to September 14, 2026; and (3) providing for such other and further relief as this Court deems just and appropriate.

**DATED**: September 8, 2026

GOLDBERG SEGALLA LLP

Respectfully submitted,

*/s/ Patrycia Piaskowski*
Chad J. Layton, Esq., ARDC No. 6243339
Patrycia Piaskowski, ARDC No. 6346239
222 West Adams Street, Suite 2250
Chicago, IL 60606
Tel: 312.572.8422
clayton@goldbergsegalla.com
ppiaskowski@goldbergsegalla.com

*Counsel for Terma Project, Inc.; Fractional Tax, Inc.; Fractional Tax USA, LLC; Chandler Murphy; and Nishchal Basnyat*

## CERTIFICATE OF SERVICE

I hereby certify that, on **September 8, 2026**, I electronically filed the foregoing *Defendants Terma Project, Inc.; Fractional Tax, Inc.; Fractional Tax USA, LLC; Chandler Murphy; and Nishchal Basnyat's Unopposed Motion to Extend the Deadline for Filing the Reply Brief Supporting Their Motion to Compel Arbitration* with the Court via the ECF System, it is available for viewing and downloading from the ECF system, and a true and correct copy was served to all counsel of record registered with the ECF system.

*/s/ Jacquelyn Bender*
Jacquelyn Bender