**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EVAN J. CRONIN,<br><br>Plaintiff,<br><br>v.<br><br>UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT,<br><br>Defendants. | Case No. 1:26-cv-03220<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Laura K. McNally |

## NOTICE OF MOTION

TO: All Counsel of Record
(Via ECF)

YOU ARE HEREBY NOTIFIED that on **Thursday, September 17, 2026**, at **1:45 p.m.**, the following motion will be heard before the Honorable Sara L. Ellis via telephone at **(650) 479-3207**; Access Code: **2314 361 1508**: **Defendants Terma Project, Fractional Tax Inc., Fractional Tax US LLC, Chandler Murphy, and Nishchal Basnyat's Unopposed Motion to Extend Deadline for Filing the Reply Brief Supporting their Motion to Compel Arbitration**.

**DATED**: September 8, 2026

GOLDBERG SEGALLA LLP

Respectfully submitted,

*/s/ Patrycia Piaskowski*
Chad J. Layton, Esq., ARDC No. 6243339
Patrycia Piaskowski, ARDC No. 6346239
222 West Adams Street, Suite 2250
Chicago, IL 60606
Tel: 312.572.8422
clayton@goldbergsegalla.com
ppiaskowski@goldbergsegalla.com

*Counsel for Terma Project, Inc.; Fractional*

*Tax, Inc.; Fractional Tax USA, LLC; Chandler Murphy; and Nishchal Basnyat*

## CERTIFICATE OF SERVICE

I hereby certify that, on **September 8, 2026**, I electronically filed the foregoing ***Notice of Motion*** *of Defendants Terma Project, Inc.; Fractional Tax, Inc.; Fractional Tax USA, LLC; Chandler Murphy; and Nishchal Basnyat's Unopposed Motion to Extend the Deadline for Filing the Reply Brief Supporting Their Motion to Compel Arbitration* with the Court via the ECF System, it is available for viewing and downloading from the ECF system, and a true and correct copy was served to all counsel of record registered with the ECF system.

*/s/ Jacquelyn Bender*
Jacquelyn Bender