# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EVAN J. CRONIN,<br><br>Plaintiff,<br><br>v.<br><br>UPWORK, INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY, and NISHCHAL BASNYAT,<br><br>Defendants. | Case No. 1:26-cv-03220<br><br>Judge Sara L. Ellis<br>Magistrate Judge Laura K. McNally |

**DECLARATION OF NISHCHAL BASNYAT**

I, NISHCHAL BANSYAT, being duly sworn on oath declare that the following is true and accurate to the best of my belief and is based on my personal knowledge and recollection:

1. I have reviewed Plaintiff's Complaint and supporting exhibits.

2. At all times relevant to this lawsuit, I have been and remain the Chief Executive Officer of Terma Project, Inc., the sole board member of Fractional Tax USA, LLC, and the sole Director and Secretary of Fractional Tax, Inc.

3. Fractional Tax, Inc. is a wholly owned subsidiary of Fractional Tax USA, LLC, which is a wholly owned subsidiary of Terma Project, Inc.

4. At all times relevant to this lawsuit, Fractional Tax USA, LLC was and remains the owner and operator of the fractionaltax.com website and some other virtual infrastructure through which Fractional Tax, Inc. operates its business.

5. I executed the Service Agreement and the Content Assignment and Use of Name Approval Agreement with Evan J. Cronin in my capacity as the sole Director and Secretary of Fractional Tax, Inc.

6. Some use of Mr. Cronin's name or likeness, or some work performed by Mr. Cronin – in connection with the Service Agreement and the Content Assignment and Use of Name Approval Agreement – was likely featured on or likely used the fractionaltax.com website or an associated portal.

7. At all relevant times, Chandler Murphy has been and remains employed at Terma Project, Inc. as a Director of Operations.

8. In her role as Director of Operations for Terma Project, Inc., Chandler Murphy's responsibilities include, but are not limited to, involvement in negotiating contracts, onboarding, and directing certain Fractional Tax USA, LLC's and Fractional Tax, Inc.'s operations, when necessary. In other words, in her capacity as an employee of Terma Project, Inc., Chandler Murphy conducts operations and discharges certain responsibilities on behalf of both Fractional Tax USA, LLC and Fractional Tax, Inc.

9. Chandler Murphy engaged in negotiations with Mr. Cronin regarding the Service Contract as well as the Content Assignment and Use of Name Approval Agreement and facilitated Mr. Cronin's onboarding, after those agreements were executed. Chandler Murphy also managed some of Mr. Cronin's work that was performed under the Service Contract as well as the Content Assignment and Use of Name Approval Agreement.

10. Throughout the period of engagement with us, which included the time when Evan Cronin was performing work under the Service Contract as well as the Content Assignment and

Use of Name Approval Agreement, Doris Mutembei was engaged by Terma Project, Inc. and Fractional Tax, Inc. as administrative support staff.

11. In her role as administrative support staff for Terma Project, Inc. as well as Fractional Tax, Inc., Doris Mutembei's responsibilities included, but were not limited to, submitting proposals to clients on behalf of Fractional Tax, Inc.'s tax specialists, such as Evan J. Cronin, pursuant to the Content Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/14/2026

NISHCHAL BASNYAT