# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EVAN J. CRONIN,

Plaintiff,

v.

UPWORK, INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY, and NISHCHAL BASNYAT,

Defendants.

Case No. 1:26-cv-03220

Judge Sara L. Ellis
Magistrate Judge Laura K. McNally

**DECLARATION OF CHANDLER MURPHY**

I, CHANDLER MURPHY, being duly sworn on oath declare that the following is true and accurate to the best of my belief and is based on my personal knowledge and recollection:

1. I have reviewed Plaintiff's Complaint and supporting exhibits.

2. At all relevant times, I have been and remain employed at Terma Project, Inc. as a Director of Operations.

3. In my role as Director of Operations for Terma Project, Inc., my responsibilities include, but are not limited to, involvement in negotiating contracts, onboarding, and directing certain Fractional Tax USA, LLC's and Fractional Tax, Inc.'s operations, when necessary. In other words, in my capacity as an employee of Terma Project, Inc., I conduct operations and discharge responsibilities on behalf of both Fractional Tax USA, LLC and Fractional Tax, Inc.

4. I engaged in negotiations with Mr. Cronin regarding the Service Contract as well as the Content Assignment and Use of Name Approval Agreement and facilitated Mr. Cronin's

onboarding, after those agreements were executed. I also communicated with Mr. Cronin and managed some of the work that he performed under the Service Contract as well as the Content Assignment and Use of Name Approval Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2026

CHANDLER MURPHY