**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

***Cronin v. Upwork Inc., et al.*** — Case No. 1:26-cv-03220

Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

# EXHIBIT COMPENDIUM

*in support of*

## PLAINTIFF'S MOTION FOR REIMBURSEMENT OF EXPENSES UNDER FED. R. CIV. P. 4(d)

Evan J. Cronin — Plaintiff

*Respectfully submitted, September 16, 2026*

*7 exhibits • 34 pages • index follows*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

***Cronin v. Upwork Inc., et al.*** — Case No. 1:26-cv-03220

Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

# EXHIBIT COMPENDIUM INDEX


| Exhibit | Document Description | Page |
|---|---|---|
| A | March 24, 2026 Inquiry to Upwork's Legal Notices Address Regarding Authority to Receive the Rule 4(d) Waiver Packages, and the Response Received | 4 |
| B | Notices of a Lawsuit and Requests to Waive Service of Summons as Sent to the Registered Agents of Upwork Inc. and Upwork Global LLC, with the United States Postal Service Shipping Labels for the Two Packages, March 27, 2026 | 7 |
| C | United States Postal Service Payment and Receipt Records for the March 27, 2026 Waiver Mailings | 14 |
| D | United States Postal Service Proofs of Delivery to the Registered Agents of Upwork Inc. and Upwork Global LLC | 22 |
| E | Paid Invoices of Proof Technology, Inc. for Personal Service on Upwork Inc. and Upwork Global LLC, May 4, 2026 | 25 |
| F | Plaintiff's September 1, 2026 Request to Counsel for the Upwork Defendants for Reimbursement of Service Expenses Under Fed. R. Civ. P. 4(d)(2), with Attachment Manifest | 30 |
| G | Delaware Division of Corporations Records for Upwork Inc. — Registered Agent of Record on March 16, 2026, and the Change of Agent Reflected on April 30, 2026 | 33 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

***Cronin v. Upwork Inc., et al.*** — Case No. 1:26-cv-03220

Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# A

## March 24, 2026 Inquiry to Upwork's Legal Notices Address Regarding Authority to Receive the Rule 4(d) Waiver Packages, and the Response Received

**Date / Operational Origin:** Email sent by Plaintiff from legal@cronintaxservices.com to legalnotices@upwork.com on Tuesday, March 24, 2026 at 12:02 p.m., copying Anastasiia Dryha at anastasiiadryha@cloud.upwork.com, and the reply received from Upwork Support at legalnotices@upwork.com the same day at 12:02 p.m. The inquiry asks one question — whether Upwork's legal department is authorized to receive a Rule 4(d) waiver package for either Upwork defendant — states that Plaintiff will direct the packages to the registered agents if it is not, and states expressly that the inquiry does not ask Upwork to accept formal service of process and does not ask whether either defendant intends to waive service. The reply is an automated message stating that the inbox is reserved for legal matters and that Upwork does not waive any applicable legal service of process requirements. It does not answer the question asked. Printed from Plaintiff's Gmail account on May 21, 2026 at 10:08 p.m.

*— Document follows this cover page —*

Evan J Cronin CPA & Tax Services

Evan Cronin <evan@cronintaxservices.com>

# Authority to Receive Rule 4(d) Waiver Package — Case No. 1:26-cv-03220

2 messages

**Evan J Cronin** <legal@cronintaxservices.com> Tue, Mar 24, 2026 at 12:02 PM
To: legalnotices@upwork.com
Cc: "anastasiiadryha@cloud.upwork.com" <anastasiiadryha@cloud.upwork.com>

To the Upwork General Counsel / Legal Department:

I am writing as a professional courtesy regarding Case No. 1:26-cv-03220, now pending in the United States District Court for the Northern District of Illinois before Judge Sara L. Ellis.

The Upwork defendants named in the action are:

- Upwork Inc.
- Upwork Global LLC

Before I direct Rule 4(d) waiver packages to the applicable registered agents, I wanted to inquire whether this department is authorized to receive a Rule 4(d) waiver package for either or both of those defendants.

If so, please identify specifically which defendant or defendants this department is authorized to receive the package for.

If not, I will proceed by directing the waiver packages to the appropriate registered agents.

To be clear, this inquiry does not ask Upwork to accept formal service of process, and it does not ask whether either defendant intends to waive service. It asks only whether this department is authorized to receive the Rule 4(d) waiver package for any specific defendant.

Unless and until I receive express confirmation of that authority as to a particular defendant, I will not send that defendant's waiver package through this channel.

Ms. Dryha is copied as a courtesy because she previously communicated on Upwork's behalf regarding this matter.

If I do not hear back by Friday, March 27, 2026 at 12:00 PM CDT, I will proceed accordingly.

Regards,

Evan J Cronin
Plaintiff, Pro Se

--
**Evan J Cronin**
Plaintiff, Pro Se
legal@cronintaxservices.com
+1 (312) 725-9960

**Support** <legalnotices@upwork.com> Tue, Mar 24, 2026 at 12:02 PM
Reply-To: Support <legalnotices@upwork.com>
To: Evan J Cronin <legal@cronintaxservices.com>

upwork

Hello Evan,

Thank you for emailing Upwork Global Inc. Legal Notices.

If your message constitutes a formal legal notice under our Terms of Service, this email serves as your proof of receipt. Please note that we do not waive any applicable legal service of process requirements.

If you are contacting us about your Upwork account, including account suspensions, appeals, or other account-related matters, please reach out to our Customer Support team.
To report a technical vulnerability, please submit your findings through our Bug Bounty program.

This inbox is reserved for legal matters only. Messages unrelated to legal issues will not receive a response.

Thank you,

Upwork Legal Team

3490 S 4400 W #70008, West Valley City, UT 84120
© 2026 Upwork® Inc.

Upwork Learning Hub    Upwork Help Center    Upwork Resource Center

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

***Cronin v. Upwork Inc., et al.*** — Case No. 1:26-cv-03220

Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# B

## Notices of a Lawsuit and Requests to Waive Service of Summons as Sent to the Registered Agents of Upwork Inc. and Upwork Global LLC, with the United States Postal Service Shipping Labels for the Two Packages, March 27, 2026

**Date / Operational Origin:** Six records of the two Rule 4(d) waiver packages mailed March 27, 2026, reproduced package by package. For Upwork Inc.: Form AO 398, Notice of a Lawsuit and Request to Waive Service of a Summons, addressed to Upwork Inc. c/o Registered Agent Solutions, Inc., dated 03/27/2026 and allowing 30 days for return; Form AO 399, Waiver of the Service of Summons, naming Upwork Inc. as the party waiving service, with the statement "Duty to Avoid Unnecessary Expenses of Serving a Summons" printed below the signature block; and the United States Postal Service Click-N-Ship label bearing tracking number 9405 5301 0935 5352 1867 56, addressed to Ste 21-2, 838 Walker Rd, Dover, DE 19904-2751, ship date March 27, 2026, Priority Mail $10.15, package weight 2 lbs 3 oz, and printed with Case Action No. 1:26-cv-03220. For Upwork Global LLC: the corresponding Form AO 398 addressed to Upwork Global LLC c/o Registered Agent Solutions, Inc.; the corresponding Form AO 399 naming Upwork Global LLC as the party waiving service; and the Click-N-Ship label bearing tracking number 9405 5301 0935 5352 1867 63, addressed to Ste 201, 901 S 2nd St, Springfield, IL 62704-7909, with the same ship date, postage and weight. Two copies of Form AO 399 were enclosed in each package; one copy of each is reproduced here. These pages reproduce the electronic file from which the forms were printed, and the signature line is therefore blank. Plaintiff printed and signed each Form AO 398 by hand before placing it in the mailing, and the copy delivered to each registered agent bore his signature.

*— Document follows this cover page —*

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| Evan J Cronin<br>*Plaintiff*<br>v.<br>Upwork Inc. et al<br>*Defendant* | ) | Civil Action No. 1:26-cv-03220 |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Upwork Inc. c/o Registered Agent Solutions, Inc.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 03/27/2026

*Signature of the attorney or unrepresented party*

Evan J Cronin
*Printed name*

211 W Wacker Drive STE 120 #2217
Chicago, IL 60606
*Address*

legal@cronintaxservices.com
*E-mail address*

(312) 725-9960
*Telephone number*

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| Evan J Cronin<br>*Plaintiff*<br>v.<br>Upwork Inc. et al<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-03220 |

## WAIVER OF THE SERVICE OF SUMMONS

To: Evan J Cronin
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 03/27/2026, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: __________________

_________________________
*Signature of the attorney or unrepresented party*

Upwork Inc.
*Printed name of party waiving service of summons*

_________________________
*Printed name*

_________________________
*Address*

_________________________
*E-mail address*

_________________________
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

UNITED STATES POSTAL SERVICE®

Click-N-Ship®

9405 5301 0935 5352 1867 56 0101 5002 0301 9904

P

usps.com
$10.15
US POSTAGE

03/27/2026
2 lbs 3 oz

U.S. POSTAGE PAID
Click-N-Ship®

Mailed from 18917 515278320492625

**PRIORITY MAIL®**

EVAN J CRONIN CPA & TAX SERVICES
EVAN J CRONIN
PMB 2217
211 W WACKER DR STE 120
CHICAGO IL 60606-1377

Created 2026-03-27
Padded Flat Rate Envelope
RDC 03

C003

UPWORK INC. C/O REGISTERED AGENT SOLU
STE 21-2
838 WALKER RD
DOVER DE 19904-2751

**USPS TRACKING #**

**9405 5301 0935 5352 1867 56**

Case Action No. 1.26-cv-03220

*Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9405 5301 0935 5352 1867 56**

| | | | |
|---|---|---|---|
| Print Date: | 2026-03-27 | PRIORITY MAIL® | $10.15 |
| Ship Date: | 2026-03-27 | Extra Services: | $0.00 |
| | | Fees: | $0.00 |
| | | Total: | $10.15 |

**From:** EVAN J CRONIN CPA & TAX SERVICES
EVAN J CRONIN
PMB 2217
211 W WACKER DR STE 120
CHICAGO IL 60606-1377

**To:** UPWORK INC. C/O REGISTERED AGENT SOLUTIC
STE 21-2
838 WALKER RD
DOVER DE 19904-2751

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| Evan J Cronin<br>*Plaintiff*<br>v.<br>Upwork Inc. et al<br>*Defendant* | ) ) ) ) ) | Civil Action No. 1:26-cv-03220 |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Upwork Global LLC c/o Registered Agent Solutions, Inc.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 03/27/2026

*Signature of the attorney or unrepresented party*

Evan J Cronin

*Printed name*

211 W Wacker Drive STE 120 #2217
Chicago, IL 60606

*Address*

legal@cronintaxservices.com

*E-mail address*

(312) 725-9960

*Telephone number*

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| Evan J Cronin<br>*Plaintiff*<br>v.<br>Upwork Inc. et al<br>*Defendant* | ) <br>) <br>) <br>) <br>) | Civil Action No. 1:26-cv-03220 |

## WAIVER OF THE SERVICE OF SUMMONS

To: Evan J Cronin

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 03/27/2026, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ______________

______________________________
*Signature of the attorney or unrepresented party*

Upwork Global LLC
*Printed name of party waiving service of summons*

______________________________
*Printed name*

______________________________
*Address*

______________________________
*E-mail address*

______________________________
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

P

UNITED STATES POSTAL SERVICE®

Click-N-Ship®

9405 5301 0935 5352 1867 63 0101 5002 0306 2704

usps.com
$10.15
US POSTAGE

03/27/2026
2 lbs 3 oz

U.S. POSTAGE PAID
Click-N-Ship®

Mailed from 18917 178050330945172

PRIORITY MAIL®

EVAN J CRONIN CPA & TAX SERVICES
EVAN J CRONIN
PMB 2217
211 W WACKER DR STE 120
CHICAGO IL 60606-1377

Created 2026-03-27
Padded Flat Rate Envelope
RDC 03

C075

UPWORK GLOBAL LLC C/O REGISTERED AGE
STE 201
901 S 2ND ST
SPRINGFIELD IL 62704-7909

USPS TRACKING #

9405 5301 0935 5352 1867 63

Case Action No. 1:26-cv-03220

*Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9405 5301 0935 5352 1867 63**

| | | | |
|---|---|---|---|
| Print Date: 2026-03-27 | | PRIORITY MAIL® | $10.15 |
| Ship Date: 2026-03-27 | | Extra Services: | $0.00 |
| | | Fees: | $0.00 |
| | | Total: | $10.15 |

**From:** EVAN J CRONIN CPA & TAX SERVICES
EVAN J CRONIN
PMB 2217
211 W WACKER DR STE 120
CHICAGO IL 60606-1377

**To:** UPWORK GLOBAL LLC C/O REGISTERED AGENT
STE 201
901 S 2ND ST
SPRINGFIELD IL 62704-7909

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

***Cronin v. Upwork Inc., et al.*** — Case No. 1:26-cv-03220

Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# C

## United States Postal Service Payment and Receipt Records for the March 27, 2026 Waiver Mailings

**Date / Operational Origin:** Three United States Postal Service records, all dated March 27, 2026 and all received at Plaintiff's email address. First, the Click-N-Ship payment confirmation (Order No. 019d30cb-b3a2-79e3-b2b3-e2aaba30ff2c, placed 19:35:49 UTC, MASTERCARD-9284, status PAID) for two Priority Mail packages at $10.15 each, $20.30 in total — one addressed to Upwork Inc. c/o Registered Agent Solutions, 838 Walker Rd Ste 21-2, Dover, DE, and one to Upwork Global LLC c/o Registered Agent Solutions, 901 S 2nd St Ste 201, Springfield, IL. Second, the USPS eReceipt of 4:22 p.m. recording Certified Mail with electronic return receipt on both tracking numbers, 9405 5301 0935 5352 1867 56 and 9405 5301 0935 5352 1867 63, at $8.12 each, $16.24 in total. Third, the USPS eReceipt of 4:32 p.m. recording the purchase of two No. 10R envelopes at $1.01 each, $2.02 in total — the prepaid stamped return envelopes enclosed with the waiver requests as Rule 4(d)(1)(C) requires. The three receipts total $38.56.

*— Document follows this cover page —*

Evan J Cronin CPA & Tax Services

Evan Cronin <evan@cronintaxservices.com>

# USPS - Click-N-Ship(R) Payment Confirmation

2 messages

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Mar 27, 2026 at 2:36 PM
To: evan@cronintaxservices.com

Order #: 019d30cb-b3a2-79e3-b2b3-e2aaba30ff2c

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

| | |
|---|---|
| Account #: | 436387506 |
| Order #: | 019d30cb-b3a2-79e3-b2b3-e2aaba30ff2c |
| Placed on: | Mar 27, 2026<br>19:35:49 PM UTC |
| Payment Method: | MASTERCARD-9284 |
| Status: | PAID |
| Email: | evan@cronintaxservices.com |

**ORDER SUMMARY**

| Item | Total |
|---|---|
| Priority Mail®<br>420199042751940553010935535218 6756<br>Scheduled delivery date: 03/30/2026<br>Shipped To:<br>Upwork Inc. c/o Registered Agent Solutions<br>838 WALKER RD | $10.15 |

STE 21-2

DOVER DE 19904-2751 US

Priority Mail®

4206270479099405530109355352186763

Scheduled delivery date: 03/30/2026

Shipped To:

Upwork Global LLC c/o Registered Agent Solutions $10.15

901 S 2ND ST

STE 201

SPRINGFIELD IL 62704-7909 US

Subtotal: $20.30

Shipping: $0.00

Total: $20.30

**NEED HELP?**
If you need help, please visit the Frequently Asked Questions.

Go to FAQ's

**SAVE TIME, CREATE LABELS**
Go to Click-N-Ship

Download **USPS Mobile®**

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2026 USPS. All Rights Reserved.

**Evan Cronin** <evan@cronintaxservices.com> Fri, Mar 27, 2026 at 2:39 PM
To: "Mr. Receipt Collector" <cronintaxreceipts+expenses@assist.intuit.com>

[Quoted text hidden]

--

**Evan J Cronin, CPA, MT**
evan@cronintaxservices.com | +1 (312) 725-9960
cronintaxservices.com

*Tax & Accounting Made Simple with Big-Firm Expertise, Tailored for You*

Evan J Cronin CPA & Tax Services

Evan Cronin <evan@cronintaxservices.com>

## USPS eReceipt

**DoNotReply@ereceipt.usps.gov** <DoNotReply@ereceipt.usps.gov>
To: LEGAL@cronintaxservices.com

UNITED STATES POSTAL SERVICE ®

DUBLIN
301 STATION DR STE 101
DUBLIN, PA 18917-9996
www.usps.com

03/27/2026 04:22 PM

---

TRACKING NUMBERS
9405 5301 0935 5352 1867 56
9405 5301 0935 5352 1867 63

---

TRACK STATUS OF ITEMS BY LINK
(Up to 25 items)
Click to track items

---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Padded FR Env | 1 | | $0.00 |
| Dover, DE 19904 | | | |
| Flat Rate | | | |
| Expected Delivery Date Tue 03/31/2026 | | | |
| Tracking #: 9405 5301 0935 5352 1867 56 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: 9589 0710 5270 2042 6735 60 | | | |
| e-Return Receipt | | | $2.82 |
| Total | | | $8.12 |
| Priority Mail® Padded FR Env | 1 | | $0.00 |
| Springfield, IL 62704 | | | |
| Flat Rate | | | |
| Expected Delivery Date Wed 04/01/2026 | | | |
| Tracking #: 9405 5301 0935 5352 1867 63 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: 9589 0710 5270 2042 6735 08 | | | |
| e-Return Receipt | | | $2.82 |
| Total | | | $8.12 |

---

Grand Total: $16.24

---

Credit Card Remit $16.24
Card Name: AMEX
Account #: XXXXXXXXXXX2644
Approval #: 881751
Transaction #: 930
AID: A000000025010901 Contactless
AL: AMEX CREDIT
PIN: Verified

---

TO REPORT AN ISSUE
Visit https://emailus.usps.com

Use Tracking # for inquiry on Return Receipt (Electronic).

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

For Return Receipt (by email), visit USPS.com, click on Track & Manage and enter Tracking number; click on drop-down arrow under Return Receipt Electronic; enter name and email address and click on Request Email.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team that delivers! The Postal Service is actively hiring for full and part-time positions. To learn more visit us at www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

------------------------------------------------------------------------

UFN: 412144-0017
Receipt #: 840-51750176-2-4030386-1
Clerk: 03

**Privacy Act Statement**: Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.

Evan J Cronin CPA & Tax Services

Evan Cronin <evan@cronintaxservices.com>

## USPS eReceipt

**DoNotReply@ereceipt.usps.gov** <DoNotReply@ereceipt.usps.gov>
To: LEGAL@cronintaxservices.com

UNITED STATES POSTAL SERVICE ®

DUBLIN
301 STATION DR STE 101
DUBLIN, PA 18917-9996
www.usps.com

03/27/2026 04:32 PM

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| NCardinal#10R Env | 2 | $1.01 | $2.02 |

Grand Total: $2.02

Credit Card Remit $2.02
Card Name: MasterCard
Account #: XXXXXXXXXXXX1696
Approval #: 04024Z
Transaction #: 932
AID: A0000000041010 Contactless
AL: MASTERCARD

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team that delivers! The Postal Service is actively hiring for full and part-time positions. To learn more visit us at www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

UFN: 412144-0017
Receipt #: 840-51750176-2-4030541-1
Clerk: 03

**Privacy Act Statement**: Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more

information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

***Cronin v. Upwork Inc., et al.*** — Case No. 1:26-cv-03220

Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# D

## United States Postal Service Proofs of Delivery to the Registered Agents of Upwork Inc. and Upwork Global LLC

**Date / Operational Origin:** Two proof-of-delivery letters issued by the United States Postal Service in response to Plaintiff's requests. The first, dated March 31, 2026, reports tracking number 4206 2704 7909 9405 5301 0935 5352 1867 63 delivered March 31, 2026 at 12:01 p.m. at Springfield, IL 62704, to 901 S 2nd St Ste 201 — the registered agent of Upwork Global LLC — with recipient signature. The second, dated March 30, 2026, reports tracking number 4201 9904 2751 9405 5301 0935 5352 1867 56 delivered March 30, 2026 at 11:02 a.m. at Dover, DE 19904, to 838 Walker Rd Ste 21-2 — the registered agent of Upwork Inc. — with recipient signature. Both record the postal product as Priority Mail with Certified Mail, Return Receipt Electronic and USPS Tracking.

*— Document follows this cover page —*

UNITED STATES POSTAL SERVICE

March 31, 2026

Dear Evan Cronin:

The following is in response to your request for proof of delivery on your item with the tracking number: **4206 2704 7909 9405 5301 0935 5352 1867 63**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 31, 2026, 12:01 pm |
| **Location:** | SPRINGFIELD, IL 62704 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | USPS Tracking® |
| | Up to $100 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 2lb, 4.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 901 S 2ND ST STE 201 |
| **City, State ZIP Code:** | SPRINGFIELD, IL 62704-7909 |

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

UNITED STATES POSTAL SERVICE

March 30, 2026

Dear Evan Cronin:

The following is in response to your request for proof of delivery on your item with the tracking number: **4201 9904 2751 9405 5301 0935 5352 1867 56**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 30, 2026, 11:02 am |
| **Location:** | DOVER, DE 19904 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | USPS Tracking® |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 2lb, 4.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 838 WALKER RD STE 21-2 |
| **City, State ZIP Code:** | DOVER, DE 19904-2751 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | CS |
| Address of Recipient: | 838 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

***Cronin v. Upwork Inc., et al.*** — Case No. 1:26-cv-03220

Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# E

## Paid Invoices of Proof Technology, Inc. for Personal Service on Upwork Inc. and Upwork Global LLC, May 4, 2026

**Date / Operational Origin:** Two invoices issued by Proof Technology, Inc. on May 05, 2026, each marked PAID with a zero balance, each billed to Client Billing Number 1:26-cv-03220 — Upwork Service Expenses and created by Evan Cronin. Invoice No. 1452178 (Serve ID SRV-HHR7B0V) covers service on Upwork Inc. at 901 S 2nd St, Ste 201, Springfield, IL 62704-7909, and totals $188.90. Invoice No. 1451902 (Serve ID SRV-08PN9WY) covers service on Upwork Global LLC at the same address and likewise totals $188.90. Each itemizes a standard serve at $95.00, a printing fee of $46.00, mailing per page of $20.40, mailing over pages of $2.50, and certified mailing of $25.00. Each reflects a $5.00 Cook County summons service fee deduction under 735 ILCS 5/2-202. The two invoices total $377.80.

*— Document follows this cover page —*

# Proof

## Invoice #1452178

May 05, 2026
Serve ID: SRV-HHR7B0V

PAID

Client Billing Number: 1:26-cv-03220 - Upwork Service Expenses
Servee: UPWORK INC.
Servee Address: 901 S 2nd St, Ste 201, Springfield, IL 62704-7909
Job Created By: Evan Cronin

Defendant: UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC, CHANDLER MURPHY; NISHCHAL BASNYAT
Plaintiff: EVAN J CRONIN

Evan Cronin
211 West Wacker Drive
120-2217
Chicago, Illinois 60606

Proof Technology Inc
PO Box 4730
Carol Stream, IL 60197-4730
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|---|---|---|---|---|
| **Mailing Per Page**<br>Value for each page over mailing | 1730536 | $0.10 | 204 | $20.40 |
| **Mailing Over Pages**<br>Value for mailing with documents larger than 5 pages | 1730536 | $2.50 | 1 | $2.50 |
| **Mailing Certified**<br>Value for certified mailing service | 1730536 | $25.00 | 1 | $25.00 |
| **Printing Fee**<br>25 cents/page over 25 pages | 1730536 | $0.25 | 184 | $46.00 |
| **Standard Serve**<br>901 S 2nd St, Ste 201, Springfield, IL 62704-7909 | 1730536 | $95.00 | 1 | $95.00 |

**Total** **$188.90**

| | |
|---|---|
| Paid | $188.90 |
| Balance | $0.00 |

Price reflects $5 Cook County summons service fee deduction per 735 ILCS 5/2-202.
For questions or issues, please email AR@proofserve.com.

Proof

# Invoice #1451902

May 05, 2026
Serve ID: SRV-08PN9WY

PAID

Client Billing Number: 1:26-cv-03220 - Upwork Service Expenses
Servee: UPWORK GLOBAL LLC
Servee Address: 901 S 2nd St, Ste 201, Springfield, IL 62704-7909
Job Created By: Evan Cronin

Defendant: UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; NISHCHAL BASNYAT
Plaintiff: EVAN J CRONIN

Evan Cronin
211 West Wacker Drive
120-2217
Chicago, Illinois 60606

Proof Technology Inc
PO Box 4730
Carol Stream, IL 60197-4730
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|---|---|---|---|---|
| **Standard Serve**<br>901 S 2nd St, Ste 201, Springfield, IL 62704-7909 | 1730535 | $95.00 | 1 | $95.00 |
| **Printing Fee**<br>25 cents/page over 25 pages | 1730535 | $0.25 | 184 | $46.00 |
| **Mailing Per Page**<br>Value for each page over mailing | 1730535 | $0.10 | 204 | $20.40 |
| **Mailing Over Pages**<br>Value for mailing with documents larger than 5 pages | 1730535 | $2.50 | 1 | $2.50 |
| **Mailing Certified**<br>Value for certified mailing service | 1730535 | $25.00 | 1 | $25.00 |

Total $188.90

| | |
|---|---|
| Paid | $138.90 |
| Balance | $0.00 |

Price reflects $5 Cook County summons service fee deduction per 735 ILCS 5/2-202.
For questions or issues, please email AR@proofserve.com.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

***Cronin v. Upwork Inc., et al.*** — Case No. 1:26-cv-03220

Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# F

## Plaintiff's September 1, 2026 Request to Counsel for the Upwork Defendants for Reimbursement of Service Expenses Under Fed. R. Civ. P. 4(d)(2), with Attachment Manifest

**Date / Operational Origin:** Email sent by Plaintiff from legal@cronintaxservices.com on Tuesday, September 1, 2026 at 6:47 p.m. to Allison Powers at allison.powers@blankrome.com and Gabrielle N. Ganze at gabrielle.ganze@blankrome.com, counsel of record for the Upwork Defendants. The message recites the documented record of the waiver requests, the mailings, the delivery confirmations and the personal service; quotes the operative language of Rule 4(d)(1) and Rule 4(d)(2); requests reimbursement of $416.36; and asks for a response by Wednesday, September 9, 2026 at 5:00 p.m. Central as to whether the Upwork Defendants will reimburse the expenses and, if so, the form and timing of payment. Page 2 lists the four attachments transmitted with it. No response was received. Printed from Plaintiff's Gmail account on September 1, 2026 at 6:47 p.m.

*— Document follows this cover page —*

Evan J Cronin
CPA & Tax Services

Evan Cronin <evan@cronintaxservices.com>

# Cronin v. Upwork Inc., et al., No. 1:26-cv-03220 — Reimbursement of Service Expenses (Fed. R. Civ. P. 4(d)(2))

1 message

**Evan J Cronin** <legal@cronintaxservices.com> Tue, Sep 1, 2026 at 6:47 PM
To: Allison Powers <allison.powers@blankrome.com>, "Ganze, Gabrielle N." <gabrielle.ganze@blankrome.com>

Counsel,

I write regarding reimbursement of the expenses I incurred in serving the Upwork Defendants, Upwork Inc. and Upwork Global LLC, after Rule 4(d) waiver requests went unreturned.

The documented record follows.

On March 24, 2026, I wrote to legalnotices@upwork.com, copying Anastasiia Dryha (anastasiiadryha@cloud.upwork.com), asking only whether Upwork's legal department was authorized to receive a Rule 4(d) waiver package for either Upwork defendant, and stating that I would direct the packages to the registered agents if it was not. I received an automated acknowledgment and no substantive response, and proceeded to the registered agents.

On March 27, 2026, I sent each Upwork Defendant a Notice of a Lawsuit and Request to Waive Service of Summons, together with a copy of the Complaint, two copies of the waiver form, and a prepaid means of returning it, as Rule 4(d)(1)(C) requires, by certified mail addressed to each respective defendant's registered agent. Those mailings cost $38.56, comprising Priority Mail postage, Certified Mail with electronic return receipt, and the prepaid stamped return envelopes Rule 4(d)(1)(C) required me to enclose. USPS confirmed delivery to Upwork Inc.'s registered agent in Dover, Delaware on March 30, 2026 at 11:02 a.m. (tracking no. 9405 5301 0935 5352 1867 56), and to Upwork Global LLC's registered agent in Springfield, Illinois on March 31, 2026 at 12:01 p.m. (tracking no. 9405 5301 0935 5352 1867 63). Neither defendant returned a signed waiver within the 30 days permitted by the requests or thereafter.

On May 4, 2026, at 12:30 p.m., both Upwork Defendants were served at the registered agent's office at 901 S. 2nd Street, Suite 201, Springfield, Illinois. The cost was $188.90 per defendant, for a total of $377.80.

Rule 4(d)(1) provides that a defendant subject to service "has a duty to avoid unnecessary expenses of serving the summons," and requires that a waiver request be accompanied by a copy of the complaint, two copies of the waiver form, and a prepaid means for returning it. Rule 4(d)(2) provides that where a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on that defendant the expenses later incurred in making service, together with the reasonable expenses of any motion required to collect them.

I am requesting reimbursement of $416.36. Please let me know by Wednesday, September 9, 2026, at 5 p.m. Central, whether the Upwork Defendants will reimburse these expenses and, if so, the form and timing of payment.

Attached:

1. Proof Technology Inc. Invoice No. 1452178 — service on Upwork Inc., $188.90, paid.
2. Proof Technology Inc. Invoice No. 1451902 — service on Upwork Global LLC, $188.90, paid.
3. USPS receipts and delivery confirmations, March 27–31, 2026
    - the Click-N-Ship payment confirmation for the two Priority Mail packages ($20.30);
    - the March 27 retail receipt for Certified Mail with electronic return receipt on both packages ($16.24);
    - the March 27 retail receipt for the two prepaid stamped return envelopes enclosed with the requests ($2.02);
    - and the USPS proofs of delivery for both registered agents.
4. My March 24, 2026 inquiry to Upwork's legal notices address regarding authority to receive the Rule 4(d) waiver packages, and the response received.

Regards,
Evan

--
Evan J Cronin

Plaintiff, Pro Se
legal@cronintaxservices.com
+1 (312) 725-9960

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

---

**4 attachments**

**Proof Invoice #1452178_Upwork Inc..pdf**
440K

**Proof Invoice #1451902_Upwork Global LLC.pdf**
442K

**Upwork Waivers (sent by certified mail 27 March 2026).pdf**
906K

**Email to Upwork RE Authority to Receive Rule 4(d) Waiver Package — Case No. 1_26-cv-03220.pdf**
274K

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

***Cronin v. Upwork Inc., et al.*** — Case No. 1:26-cv-03220

Hon. Sara L. Ellis, U.S. District Judge | Hon. Laura K. McNally, U.S. Magistrate Judge

EXHIBIT

# G

## Delaware Division of Corporations Records for Upwork Inc. — Registered Agent of Record on March 16, 2026, and the Change of Agent Reflected on April 30, 2026

**Date / Operational Origin:** Two records of the Delaware Department of State, Division of Corporations, for UPWORK INC., File Number 5437847. The first was retrieved March 16, 2026 at 12:27 p.m. — eleven days before Plaintiff mailed the Rule 4(d) waiver requests — and identifies Upwork Inc.'s registered agent as REGISTERED AGENT SOLUTIONS, INC., 838 Walker Road Suite 21-2, Dover, Delaware 19904. That is the agent and address to which Plaintiff addressed Upwork Inc.'s Notice of a Lawsuit and Request to Waive Service of Summons on March 27, 2026, and at which the United States Postal Service recorded delivery on March 30, 2026 at 11:02 a.m. The second was retrieved April 30, 2026 at 9:41:13 p.m. and identifies the registered agent as CORPORATION SERVICE COMPANY, 251 Little Falls Drive, Wilmington, Delaware 19808; its Filing History lists a Change of Agent filed and effective April 27, 2026 — thirty-one days after the waiver request was sent. The two records are offered together to identify the registered agent of record at the time the waiver request was sent and delivered, and to date the subsequent change.

*— Document follows this cover page —*




**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **5437847** | Incorporation Date / Formation Date: | **12/13/2013** (mm/dd/yyyy) |
| Entity Name: | **UPWORK INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **REGISTERED AGENT SOLUTIONS, INC.** | | |
| Address: | **838 WALKER ROAD SUITE 21-2** | | |
| City: | **DOVER** | County: | **Kent** |
| State: | **DE** | Postal Code: | **19904** |
| Phone: | **888-716-7274** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

# *State Of Delaware*

**THIS IS NOT AN OFFICIAL CERTIFICATE OF STATUS**

Date Retrieved: 4/30/2026 9:41:13PM

File Number: 5437847
Incorporation Date / Formation Date: 12/13/2013
Entity Name: UPWORK INC.
Entity Kind: Corporation
Entity Type: General
Residency: Domestic
State: DELAWARE
Status: Good Standing
Status as of: 12/23/2025

**Registered Agent Information**

Name: CORPORATION SERVICE COMPANY
Address: 251 LITTLE FALLS DRIVE
City: WILMINGTON
Country:
State: DE
Postal Code: 19808
Phone: 302-636-5401

**Tax Information**

Last AnnualReport Filed: 2025
Tax Due: $ 0
Annual Tax Assessment: $250000
Total Authorized Shares: 500000000

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Change of Agent<BR>9382750 | 1 | 20260427 | 142900 | 20260427 |
| 2 | Restated Other | 6 | 20230609 | 153200 | 20230609 |
| 3 | Restated Stock | 7 | 20181005 | 075400 | 20181005 |
| 4 | Change of Agent<BR>9008413 | 1 | 20150527 | 080400 | 20150527 |
| 5 | Amendment<BR>ELANCE-ODESK, INC. | 1 | 20150505 | 131000 | 20150505 |


**THIS IS NOT AN OFFICIAL CERTIFICATE OF STATUS**