**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EVAN J. CRONIN,<br><br>Plaintiff,<br><br>v.<br><br>UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT,<br><br>Defendants. | Case No. 1:26-cv-03220<br><br>Hon. Judge Sara L. Ellis<br><br>Hon. Magistrate Judge Laura K. McNally |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.2**

Pursuant to Local Rule 37.2 and Judge Ellis's Case Procedures, Plaintiff Evan J. Cronin states that his attempt to engage in consultation regarding the matters raised in **PLAINTIFF'S MOTION FOR REIMBURSEMENT OF EXPENSES UNDER FED. R. CIV. P. 4(d)** (Dkt. 58) was unsuccessful through no fault of his own. Local Rule 37.2 provides that where consultation was not achieved, the statement shall recite the effort made to engage in it. That effort was as follows.

On September 1, 2026, Plaintiff wrote to both counsel of record for defendants Upwork Inc. and Upwork Global LLC, set out the expenses at issue with supporting invoices, receipts, delivery confirmations, and correspondence, asked whether the Upwork Defendants would reimburse them, and allowed a full week for a response, to 5:00 p.m. Central on September 9, 2026. (Exhibit Compendium, Ex. F.)

No response came — not by the 5:00 p.m. Central deadline of September 9, 2026, and not at any time thereafter. The Upwork Defendants did not acknowledge the communication, did not

request additional time, and did not state any position on the request. As of the filing of this motion on September 16, 2026, they have communicated nothing to Plaintiff on the subject.

**Dated:** September 16, 2026

Respectfully submitted,

*/s/ Evan J. Cronin*
Evan J. Cronin
211 W. Wacker Drive, Suite 120 #2217
Chicago, Illinois 60606
Tel.: +1 (312) 725-9960
Email: legal@cronintaxservices.com
Plaintiff, Pro Se