**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Evan J. Cronin
Plaintiff,
v.
Upwork Inc., et al.
Defendant.

Case No.: 1:26−cv−03220
Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 22, 2026:

MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 9/22/2026. The Court grants Plaintiff's motion for reimbursement [58] as stated on the record. The Court orders Defendants to reimburse Plaintiff in the amount of ;415.36, no later than 9/23/2026 at 12:00 p.m. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.