**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EVAN J. CRONIN,<br><br>Plaintiff,<br><br>v.<br><br>UPWORK INC.; UPWORK GLOBAL LLC; TERMA PROJECT, INC.; FRACTIONAL TAX, INC.; FRACTIONAL TAX USA, LLC; CHANDLER MURPHY; and NISHCHAL BASNYAT,<br><br>Defendants. | Case No. 1:26-cv-03220<br><br>Hon. Judge Sara L. Ellis<br><br>Hon. Magistrate Judge Laura K. McNally |

# NOTICE OF MOTION

**TO:** Allison N. Powers
Gabrielle N. Ganze
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Tel.: +1 (312) 776-2546
Email: allison.powers@blankrome.com
Email: gabrielle.ganze@blankrome.com
*Counsel for Defendants Upwork Inc. and Upwork Global LLC*

Chad J. Layton
Patrycia Piaskowski
GOLDBERG SEGALLA LLP
222 West Adams Street, Suite 2250
Chicago, Illinois 60606
Tel.: +1 (312) 572-8422
Email: clayton@goldbergsegalla.com
Email: ppiaskowski@goldbergsegalla.com
*Counsel for Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat*

**PLEASE TAKE NOTICE** that on **Thursday, October 22, 2026, at 1:45 p.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sara L. Ellis, or any judge sitting in her stead in Courtroom 1403 in the U.S. District Court for the Northern District of Illinois,

Eastern Division, 219 South Dearborn St., Chicago, Illinois, and shall present **PLAINTIFF'S MOTION TO DEEM WAIVED THE MATTERS FIRST RAISED IN DEFENDANTS UPWORK GLOBAL LLC AND UPWORK INC.'S REPLY (Dkt. 56) OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO THEIR MOTION TO COMPEL ARBITRATION AND STAY ACTION (Dkt. 44)** [Dkt. 62].

**Dated:** October 10, 2026

Respectfully submitted,

*/s/ Evan J. Cronin*
Evan J. Cronin
211 W. Wacker Drive, Suite 120 #2217
Chicago, Illinois 60606
Tel.: +1 (312) 725-9960
Email: legal@cronintaxservices.com
Plaintiff, Pro Se

# CERTIFICATE OF SERVICE

The undersigned, Evan J. Cronin, hereby certifies that on October 10, 2026, he caused the following document to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, through the Court's CM/ECF system:

(1) Notice of Motion for Plaintiff's Motion to Deem Waived the Matters First Raised in Defendants Upwork Global LLC and Upwork Inc.'s Reply (Dkt. 56) or, in the Alternative, for Leave to File a Sur-Reply in Opposition to Their Motion to Compel Arbitration and Stay Action (Dkt. 44) [Dkt. 62].

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and N.D. Ill. Local Rule 5.9, service of the foregoing document has been effected on all counsel of record by the Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all registered users, including the following counsel:

Allison N. Powers
Gabrielle N. Ganze
**BLANK ROME LLP**
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Tel.: +1 (312) 776-2546
Email: allison.powers@blankrome.com
Email: gabrielle.ganze@blankrome.com
*Counsel for Defendants Upwork Inc. and Upwork Global LLC*

Chad J. Layton
Patrycia Piaskowski
**GOLDBERG SEGALLA LLP**
222 West Adams Street, Suite 2250
Chicago, Illinois 60606
Tel.: +1 (312) 572-8422
Email: clayton@goldbergsegalla.com
Email: ppiaskowski@goldbergsegalla.com
*Counsel for Defendants Terma Project, Inc., Fractional Tax, Inc., Fractional Tax USA, LLC, Chandler Murphy, and Nishchal Basnyat*

**Dated:** October 10, 2026

Respectfully submitted,

*/s/ Evan J. Cronin*
Evan J. Cronin
211 W. Wacker Drive, Suite 120 #2217
Chicago, Illinois 60606
Tel.: +1 (312) 725-9960
Email: legal@cronintaxservices.com
Plaintiff, Pro Se