# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

---

Name Chad J. Layton

Firm Goldberg Segalla, LLP

Street Address 1 N Franklin Street, Suite 3400

City/State/Zip Code Chicago, IL 60606

Phone Number 312.572.8422

Email address clayton@goldbergsegalla.com

ARDC (Illinois State Bar members, only) 6243339

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:26-cv-03220 | Cronin v. Upwork Inc. | Sara L. Ellis |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Chad J. Layton
Signature of Attorney

10/26/26
Date

Rev. 01272016