# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

**If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name Patrycia Piaskowski

Firm Goldberg Segalla LLP

Street Address 1 North Franklin Street, Suite 3400

City/State/Zip Code Chicago, Illinois 60606

Phone Number (312) 572-8591

Email address ppiaskowski@goldbergsegalla.com

ARDC (Illinois State Bar members, only) 6346239

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:26-cv-03220 | Cronin v. Upwork, Inc. et al. | Sara L. Ellis |
| | | |
| | | |
| | | |
| | | |
| | | |

P. Piaskowski
Signature of Attorney

10/28/2026
Date

Rev. 07032025