UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

**If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name Evan J Cronin

Firm None (Plaintiff, Pro Se)

Street Address 4610 North Clark St #1323

City/State/Zip Code Chicago, Illinois 60640

Phone Number (312) 725-9960

Email address legal@cronintaxservices.com

ARDC (Illinois State Bar members, only) N/A

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:26-cv-03220 | Cronin v. Upwork Inc. et al. | Sara L. Ellis |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Evan J Cronin
Signature of Attorney

11/15/2026
Date